AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-00686-RMM-2 |
| HAZARD AND LUCAS DENNY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT LUCAS DENNY    .

Date:   01/27/2022

/s/ John M. Pierce
*Attorney's signature*

John M. Pierce
*Printed name and bar number*

John Pierce Law
2550 Oxnard Street, 3rd Floor, PMB# 172
Woodlands, Hills, CA 91367

*Address*

jpierce@johnpiercelaw.com
*E-mail address*

(213) 279-7648
*Telephone number*

*FAX number*