# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | § Case Number: DR:21-M-02264(1) CW |
| | § |
| (1) Lucas Denney | § |
| *Defendant* | |

**FILED DEC 17 2021 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK**

## ORDER OF REMOVAL

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:**

(1) Lucas Denney is charged in the United States District Court, District of Columbia, 18 USC 111(a)(1) and (b).

The Court finds that a warrant of arrest has been issued for the Defendant from the United States District Court, District of Columbia, and Defendant has been arrested in this division. The Court further determined that the Defendant is the person named in said warrant.

YOU ARE HEREBY COMMANDED TO REMOVE (1) Lucas Denney to the District of Columbia, and there deliver him/her to the United States Marshal for that District or to some other officer authorized to to receive him/her.

Defendant is being detained without bond.

ORDERED at DEL RIO, Texas, this 17th day of December, 2021.

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

**U.S. MARSHALS W/TX RECEIVED**
**DEC 17 2021**
**DEL RIO, TX**