# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
|  | ) | |
| v. | ) | Case No. 21-MJ-686 |
|  | ) | |
| LUCAS DENNEY | ) | |
|  | ) | |
| **Defendant** | ) | |
|  | ) | |

## DEFENDANT LUCAS DENNEY'S NOTICE OF ERRATA

William L. Shipley, Jr.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

John M. Pierce
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

*Attorney for Defendant*

## NOTICE OF ERRATA

Defendant, Lucas Denney, respectfully submits this errata to his Emergency Motion to Dismiss and for Immediate Release From Custody at Docket No. 23 in order to correct an inadvertent error.

"Defendant Lucas Denney was arrested in the Western District of Texas on December 13, 2021. The 30 day period set forth in 18 U.S.C. Sec. 3161(b) began to run on that date, and expired on January 12, 2022 -- not January 17, 2022 as set forth in the motion.

That period is extended by 10 days due to Mr. Denney having been transported to the District of Columbia. The 10 days extended the time within which an indictment was required to be filed only to January 22, 2022 -- 42 days ago."

Date: March 5, 2022

Respectfully Submitted,

/s/ William L. Shipley
John L. Pierce
William L. Shipley, Jr., Esq.
(*PHV Admitted*)
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendants*

1

## **CERTIFICATE OF SERVICE**

I, William L. Shipley, hereby certify that on this day, March 5, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley
William L. Shipley, Jr., Esq.

1