## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on February 14, 2022**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **MAGISTRATE NO. 21-MJ-686** |
| **LUCAS DENNEY,** | : | **VIOLATION:** |
| | : | **18 U.S.C. §§ 111(a)(1) and (b)** |
| Defendant. | : | **(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon)** |

### INDICTMENT

The Grand Jury charges that:

On or about January 6, 2021, within the District of Columbia, **LUCAS DENNEY**, using a deadly or dangerous weapon, that is, a long, gray-in-color pole, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, K.K., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

A TRUE BILL:


FOREPERSON.

*Matthew Graves* /RNH

Attorney of the United States in
and for the District of Columbia.