| | |
|---|---|
| **From:** | Juan Neri |
| **To:** | Kearney, Benet (USANYS) |
| **Cc:** | Marina G Gonzalez; Joseph Cordova |
| **Subject:** | [EXTERNAL] RE: US v. Donald Hazard and Lucas Denney, 21 mj 686 |
| **Date:** | Monday, December 20, 2021 11:28:51 AM |

December 20, 2021

Mr. Benet:

I was appointed to represent Mr. Lucas Denney for the limited purpose of the Rule 5 hearing and Detention hearing. I will not be representing Mr. Denney in DC.

/s/

Juan Neri, III

AFPD

---

**From:** Kearney, Benet (USADC) <Benet.Kearney@usdoj.gov>
**Sent:** Monday, December 20, 2021 9:06 AM
**To:** Rachel Taft <Rachel_Taft@fd.org>; Juan Neri <Juan_Neri@fd.org>
**Cc:** Rosborough, Danielle (NSD) <Danielle.Rosborough@usdoj.gov>
**Subject:** US v. Donald Hazard and Lucas Denney, 21 mj 686

Good Morning Ms. Taft and Mr. Neri,

I am one of the attorneys working on the prosecution of Mr. Hazard and Mr. Denney.  I wanted to reach out and see if you will continue to represent them in D.C. – we'd like to schedule an initial appearance here (by zoom) in short order.

Thanks,
Benet

Benet J. Kearney
Assistant United States Attorney
Detailed to DC-USAO
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007
P: 212-637-2260
F: 212-637-0084