| | |
|---|---|
| **From:** | Kearney, Benet (USANYS) |
| **To:** | Philip Tran |
| **Cc:** | Rosborough, Danielle (NSD) |
| **Subject:** | RE: United States v. Hazard and Denney, 21 mj 686 |
| **Date:** | Thursday, December 30, 2021 9:01:00 AM |

Mr. Hazard is at the transfer facility in Grady County, Oklahoma, awaiting transfer to D.C.  I update you if I learn anything about Mr. Denney.

Thanks,
Benet

**From:** Philip Tran <Philip_Tran@dcd.uscourts.gov>
**Sent:** Thursday, December 30, 2021 10:00 AM
**To:** Kearney, Benet (USADC) <BKearney@usa.doj.gov>
**Cc:** Rosborough, Danielle (NSD) <Danielle.Rosborough@usdoj.gov>
**Subject:** RE: United States v. Hazard and Denney, 21 mj 686

Good morning,

We are still attempting to ascertain the locations of these defendants and will have to then coordinate with whichever facility they are currently located at.

Very Respectfully,
Philip Tran
Courtroom Deputy to the
Honorable Magistrate Judge G. Michael Harvey
United States District and Bankruptcy Courts
for the District of Columbia

333 Constitution Ave., NW
Room 1700
Washington, D.C. 20001
(202) 354-3114

**From:** Kearney, Benet (USADC) <Benet.Kearney@usdoj.gov>
**Sent:** Thursday, December 30, 2021 9:59 AM
**To:** Philip Tran <Philip_Tran@dcd.uscourts.gov>
**Cc:** Rosborough, Danielle (NSD) <Danielle.Rosborough@usdoj.gov>
**Subject:** FW: United States v. Hazard and Denney, 21 mj 686

**CAUTION - EXTERNAL:**

Good Morning Mr. Tran,

Would it be possible to schedule this initial appearance for next week?

Thanks,
Benet


Benet J. Kearney
Assistant United States Attorney
Detailed to DC-USAO
212-637-2260


**From:** Kearney, Benet (USADC)
**Sent:** Tuesday, December 28, 2021 10:29 AM
**To:** harvey_criminal@dcd.uscourts.gov
**Cc:** Rosborough, Danielle (NSD) <Danielle.Rosborough@usdoj.gov>; Shelli Peterson <Shelli_Peterson@fd.org>; takeysha.robinson@psa.gov; derek.haywood@usdoj.gov; Yette, Frederick (USADC) <FYette@usa.doj.gov>
**Subject:** RE: United States v. Hazard and Denney, 21 mj 686

Good Morning,

I understand that Judge Harvey will be handling initial appearances in January. Would it be possible to schedule initial appearance for Donald Hazard and Lucas Denney for either January 4 or January 6?

Thank you,
Benet


Benet J. Kearney
Assistant United States Attorney
Detailed to DC-USAO
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007
P: 212-637-2260
F: 212-637-0084

**From:** Kearney, Benet (USADC)
**Sent:** Tuesday, December 21, 2021 2:40 PM
**To:** Faruqui Criminal <Faruqui_Criminal@dcd.uscourts.gov>; harvey_criminal@dcd.uscourts.gov; meriweather_criminal@dcd.uscourts.gov
**Cc:** Rosborough, Danielle (NSD) <Danielle.Rosborough@usdoj.gov>; Shelli Peterson <Shelli_Peterson@fd.org>; takeysha.robinson@psa.gov; derek.haywood@usdoj.gov; Yette, Frederick (USADC) <FYette@usa.doj.gov>
**Subject:** United States v. Hazard and Denney, 21 mj 686

Good Afternoon.

Mr. Hazard and Mr. Denney were each arrested on December 13, 2021, in NDTX and WDTX respectively, and each ordered detained after detention hearings in those districts on December 17, 2021. I'd like to schedule their initial appearances in DC, either next week or the first week of January 2022.

Both were represented by FPD at the time of their Rule 5(c)(3) proceeding, but neither attorney will be continuing the representation.

Thank you,
Benet


Benet J. Kearney
Assistant United States Attorney
Detailed to DC-USAO
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007
P: 212-637-2260
F: 212-637-0084

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.