**From:** John Pierce
**To:** Rozzoni, Jennifer M. (USADC)
**Subject:** [EXTERNAL] RE: U.S. v. Denney
**Date:** Saturday, February 5, 2022 12:52:59 AM

Thx have good weekend.

**From:** Rozzoni, Jennifer M. (USADC) <Jennifer.M.Rozzoni@usdoj.gov>
**Sent:** Friday, February 4, 2022 12:58 PM
**To:** John Pierce <jpierce@piercebainbridge.com>
**Subject:** RE: U.S. v. Denney

I believe it will be 1 pm EST. But I'll confirm that later this afternoon when I get the calendar.

*Jennifer M. Rozzoni*
*Assistant United States Attorney*
*District of New Mexico (on detail to the District of Columbia)*
*Desk: 505.224.1460*
*Cell: 505.350.6818*

**From:** John Pierce <jpierce@piercebainbridge.com>
**Sent:** Friday, February 4, 2022 1:56 PM
**To:** Rozzoni, Jennifer M. (USADC) <JRozzoni@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Denney

Thx so much. Do you know what time it is?

**From:** Rozzoni, Jennifer M. (USADC) <Jennifer.M.Rozzoni@usdoj.gov>
**Sent:** Friday, February 4, 2022 12:55 PM
**To:** John Pierce <jpierce@piercebainbridge.com>
**Subject:** U.S. v. Denney

John,

I believe this is the Zoom information for Monday. If I find out differently, I'll let you know ASAP.

Thanks,
Jennifer

*Jennifer M. Rozzoni*
*Assistant United States Attorney*
*District of New Mexico (on detail to the District of Columbia)*
*Desk: 505.224.1460*
*Cell: 505.350.6818*

**Subject:** MJ for February is Meriweather

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/16189525787?pwd=Wlh3MUY5VTRZTUFSYXM5REliN2UvZz09

Meeting ID: 161 8952 5787
Passcode: 860903

One tap mobile
+16692545252,,16189525787#,,,,,,0#,,860903# US (San Jose)
+16468287666,,16189525787#,,,,,,0#,,860903# US (New York)

Dial by your location
  +1 669 254 5252 US (San Jose)
  +1 646 828 7666 US (New York)
  +1 669 216 1590 US (San Jose)
  +1 551 285 1373 US
Meeting ID: 161 8952 5787
Passcode: 860903