| | |
|---|---|
| **From:** | John Pierce |
| **To:** | Rozzoni, Jennifer M. (USADC) |
| **Subject:** | [EXTERNAL] Re: U.S. v. Denney |
| **Date:** | Sunday, February 6, 2022 5:55:51 PM |

Great thx Jennifer.

Get Outlook for iOS

**From:** Rozzoni, Jennifer M. (USADC) <Jennifer.M.Rozzoni@usdoj.gov>
**Sent:** Sunday, February 6, 2022 6:41:54 PM
**To:** John Pierce <jpierce@piercebainbridge.com>
**Subject:** RE: U.S. v. Denney

I'll email who I think is the court room deputy (and will copy you) to see if we can get his initial set up.

Once we figure that out, I'll also file a motion to move him. I have another defendant that also needs to be moved, so hopefully I can get them all done this week and people can get where they need to be very soon.

*Jennifer M. Rozzoni*
*Assistant United States Attorney*
*District of New Mexico (on detail to the District of Columbia)*
*Desk: 505.224.1460*
*Cell: 505.350.6818*

**From:** John Pierce <jpierce@piercebainbridge.com>
**Sent:** Sunday, February 6, 2022 5:39 PM
**To:** Rozzoni, Jennifer M. (USADC) <JRozzoni@usa.doj.gov>
**Subject:** [EXTERNAL] Re: U.S. v. Denney

Actually, I do not recall why I was thinking 2/7. Perhaps something client or his family incorrectly thought. So that's actually better for my schedule.

Do you have any sense then of when his initial appearance would be or how we figure that out? Also, any update you have on when he will be transported to DC would be greatly appreciated too. Sounds like he is not in a great situation in the Northern Neck place.

Sincerely appreciate it and enjoy the rest of your weekend,

John

Get Outlook for iOS

**From:** Rozzoni, Jennifer M. (USADC) <Jennifer.M.Rozzoni@usdoj.gov>

**Sent:** Sunday, February 6, 2022 5:48:20 PM
**To:** John Pierce <jpierce@piercebainbridge.com>
**Subject:** RE: U.S. v. Denney

Hi John,

I was looking at the docket, and I don't see a setting for tomorrow. Is there something that made you think that he does have a setting? I also don't see Mr. Denney's name on the public calendar.

Let me know and hopefully we can figure this out.

Jenna

*Jennifer M. Rozzoni*
*Assistant United States Attorney*
*District of New Mexico (on detail to the District of Columbia)*
*Desk: 505.224.1460*
*Cell: 505.350.6818*

---

**From:** John Pierce <jpierce@piercebainbridge.com>
**Sent:** Sunday, February 6, 2022 10:13 AM
**To:** Rozzoni, Jennifer M. (USADC) <JRozzoni@usa.doj.gov>
**Subject:** [EXTERNAL] Re: U.S. v. Denney

I actually have a status hearing for Ronald McAbee before Judge Sullivan at 1 pm ET tmrw. Do you know contact info for Judge Meriweather's Courtroom Deputy so I can see if we can move this one a bit?

Thank you!
John

Get Outlook for iOS

---

**From:** John Pierce
**Sent:** Saturday, February 5, 2022 2:52:47 AM
**To:** Rozzoni, Jennifer M. (USADC) <Jennifer.M.Rozzoni@usdoj.gov>
**Subject:** RE: U.S. v. Denney

Thx have good weekend.

---

**From:** Rozzoni, Jennifer M. (USADC) <Jennifer.M.Rozzoni@usdoj.gov>
**Sent:** Friday, February 4, 2022 12:58 PM
**To:** John Pierce <jpierce@piercebainbridge.com>
**Subject:** RE: U.S. v. Denney

I believe it will be 1 pm EST.  But I'll confirm that later this afternoon when I get the calendar.

*Jennifer M. Rozzoni*
*Assistant United States Attorney*
*District of New Mexico (on detail to the District of Columbia)*
*Desk: 505.224.1460*
*Cell: 505.350.6818*

**From:** John Pierce <jpierce@piercebainbridge.com>
**Sent:** Friday, February 4, 2022 1:56 PM
**To:** Rozzoni, Jennifer M. (USADC) <JRozzoni@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Denney

Thx so much. Do you know what time it is?

**From:** Rozzoni, Jennifer M. (USADC) <Jennifer.M.Rozzoni@usdoj.gov>
**Sent:** Friday, February 4, 2022 12:55 PM
**To:** John Pierce <jpierce@piercebainbridge.com>
**Subject:** U.S. v. Denney

John,

I believe this is the Zoom information for Monday.  If I find out differently, I'll let you know ASAP.

Thanks,
Jennifer

*Jennifer M. Rozzoni*
*Assistant United States Attorney*
*District of New Mexico (on detail to the District of Columbia)*
*Desk: 505.224.1460*
*Cell: 505.350.6818*

**Subject:** MJ for February is Meriweather

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/16189525787?pwd=Wlh3MUY5VTRZTUFSYXM5REliN2UvZz09

Meeting ID: 161 8952 5787
Passcode: 860903

One tap mobile
+16692545252,,16189525787#,,,,,,0#,,860903# US (San Jose)
+16468287666,,16189525787#,,,,,,0#,,860903# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
Meeting ID: 161 8952 5787
Passcode: 860903