UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00070 |
| ) | |
| **LUCAS DENNEY** ) | |
| ) | |
| **Defendant** ) | |

**DEFENDANT LUCAS DENNEY'S NOTICE OF ERRATA**

*William L. Shipley, Jr., Esq.*
*PO Box 745*
*Kailua, Hawaii 96734*
*Tel: (808) 228-1341*
*Email: 808Shipleylaw@gmail.com*

1

**NOTICE OF ERRATA**

Defendant, Lucas Denney, respectfully submits this errata to his Sentencing Memorandum at Docket No. 29 in order to correct an inadvertent error.

When the Sentencing Memorandum was filed, it was listed as being filed by Ryan Marshall. The Sentencing Memorandum should have been filed by William Shipley.

Date: March 16, 2022

                                                Respectfully Submitted,

                                                */s/ WILLIAM L. SHIPLEY JR.*
*William L. Shipley, Jr., Esq.*
*(PHV Admitted)*
*PO Box 745*
*Kailua, Hawaii 96734*
*Tel: (808) 228-1341*
*Email: 808Shipleylaw@gmail.com*

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I, William L. Shipley, hereby certify that on this day, March 16, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                */s/ William L. Shipley*
                                *William L. Shipley, Jr., Esq.*