UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-0070 (RDM) |
| | : | |
| LUCAS DENNEY, | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' NOTICE OF SENTENCING GUIDELINES ESTIMATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its Notice of Sentencing Guideline Estimate pursuant to this Court's March 14, 2022, Minute Order requesting that the parties "submit their respective guidelines calculations, including any criminal history."

Should Defendant Lucas Denney plead guilty to one violation of 18 U.S.C. § 111(a)(1) and (b). Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, and based on the facts and circumstances of the assault, his estimated sentencing guideline analysis is as follows:

**Base offense level:** § 2A2.2(a)                                                                                              **+14**

**Specific Offense Characteristics:**

    (1) The assault involved more than minimal planning (+2), § 2A2.2(b)(1)          **+2**

    (2) A dangerous weapon (pole) was used (+4), § 2A2.2(b)(2)(B)                          **+4**

    (3) Defendant convicted under 18 U.S.C. § 111(b) (+2), § 2A2.2(b)(7)                  **+2**

**Chapter 3 Adjustments: (Chapter 3, Parts A-C, E)**

    (1) Official victim (+6), § 3A1.2(b)                                                                              **+6**

1

    (2) Acceptance of Responsibility (-3), § 3E1.1         <u>-3</u>

**Final offense level:**      25

**Criminal history category: (Chapter 4, Part A):**      I

**Sentencing Guidelines range from sentencing table (Chapter 5, Part A):**    57 to 71 months

    The United States respectfully requests that the Court use and advise Defendant Denney of the government's sentencing guidelines estimate prior to Denney's proposed plea.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

        */s/ Jennifer M. Rozzoni*
        Jennifer M. Rozzoni
        NM Bar No. 14703
        Benet J. Kearney
        NY Bar No. 4774048
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        (505) 350-6818 / (212) 637-2260
        Jennifer.M.Rozzoni@usdoj.gov
        Benet.Kearney@usdoj.gov