UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Case No. 22-cr-00070 |
| ) | |
| LUCAS DENNEY ) | |
| ) | |
| Defendant ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF MOTION TO DISMISS THE COMPLAINT

And NOW comes defendant, Lucas Denney, by and through his undersigned counsel hereby tenders this Notice to the Court of Defendant's intent to withdraw the Motion to Dismiss filed on March 5, 2022 at EFC 23—Emergency Motion for Release From Custody and Emergency Motion to Dismiss Case.

Date: March 16, 2022

Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
(*PHV Admitted*)
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I, William L. Shipley, hereby certify that on this day, March 16, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley
William L. Shipley, Jr., Esq.