CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            )
                                    )
         vs.                        )   Criminal Case No.: CR 22-070 (RDM)
                                    )
                                    )
LUCAS DENNEY                        )
                                    )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____                    Date: 3/17/22

Randolph D. Moss

United States District Judge