UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMNAL NO. 22 Cr. 070 (RDM) |
| | : | |
| LUCAS DENNEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMNAL NO. 22 Cr. 117 (JDB) |
| | : | |
| DONALD HAZARD, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF RELATED CASES

The United States respectfully files this notice to alert the Court that the above-captioned cases, *United States v. Denney*, 22 Cr. 070 (RDM) and *United States v. Hazard*, 22 Cr. 117 (JDB) are related.

Pursuant to Local Rule 57.12(a)(1), criminal cases are deemed related when (i) a superseding indictment has been filed, or (ii) more than one indictment is filed or pending against the same defendant or defendants, or (iii) prosecution against different defendants arises from a common wiretap, search warrant, or activities which are a part of the same alleged criminal event or transaction. The instant cases arise from the same complaint, *United States v. Donald Hazard and Lucas Denney*, 21-mj-686 (RMM) (the "Complaint"), which was filed on December 7, 2021, and stem from the same investigation. As detailed in the Complaint, that investigation involves evidence – including messages and posts by two social media accounts, obtained by search warrant

– showing the defendants' planning and preparation for January 6, 2021, including the acquisition of weapons and protective gear, and their recruitment of others to join them in traveling to Washington D.C., in the days leading up to January 6, 2021. Accordingly, the United States submits that these two matters arise from common activities which are a part of the same alleged criminal event and arise from common search warrants.

Therefore, the United States respectfully seeks to relate *United States v. Lucas Denney*, 22 Cr. 070 (RDM) and *United States v. Donald Hazard*, 22 Cr. 117 (JDB).

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:    /s/ *Benet J. Kearney*
        BENET J. KEARNEY
        NY Bar No. 4774048
        JENNIFER M. ROZZONI
        NM Bar No. 14703
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        (212) 637-2260 / (505) 350-6818
        Benet.Kearney@usdoj.gov
        Jennifer.M.Rozzoni@usdoj.gov