UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 22-cr-00070 |
| | ) | |
| LUCAS DENNEY | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**JOINT MOTION TO VACATE SENTENCING DATE AND CONTINUE SENTENCING**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW COMES, Defendant, Lucas Denney, and the United States of America, by and through undersigned counsel, and respectfully requests this Honorable Court to vacate the current sentencing hearing scheduled to take place on June 9, 2022, at 2:00 pm.

The Parties jointly request that the Sentencing Hearing be rescheduled for July 13, 2022, at 9:00 am, and allow a full day if possible to conduct the sentencing hearing. It is likely that a evidentiary hearing may be requested by one or both parties to resolve objections at the time of sentencing.

WHEREFORE, the defendant, Lucas Denney, and the United States of America move this Honorable Court to vacate the current scheduled sentencing hearing and continue it to July 13, 2022.

Dated: May 8, 2022            Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

*/s/ Benet J. Kearney*
Jennifer M. Rozzoni
NM Bar No. 14703
Benet J. Kearney
NY Bar No. 4774048
Assistant United States Attorneys
610 D. Street, N.W.
Washington, D.C. 20530
(505) 350-6818 / (212) 637-2260
Jennifer.M.Rozzoni@usdoj.gov
Benet.Kearney@usdoj.gov