**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 22-cr-00070** |
| | ) | |
| **LUCAS DENNEY** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## AFFIDAVIT OF LUCAS DENNEY

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1.      My name is Lucas D. Denney, and the following facts are true based on my personal knowledge.  I have read the Affidavit signed under penalty of perjury by FBI Special Agent James Farris and dated December 7, 2021, used to obtain a warrant for my arrest and to initiate the bringing of federal charges against me.

2.      I'm told that the Draft Presentence Report used many sections of Agent Farris' affidavit to create the "Offense Conduct" section.  This makes Agent Farris's statements in his Affidavit the primary source for the claims made about me in the "Offense Conduct" section.  The purpose of this Affidavit is to respond to inaccurate claims made by SA Farris in his Affidavit, and to address false conclusions and opinions set forth by SA Farris about me and my actions before and after January 6, 2022.

3.      I am 45 years old, and a lifelong resident of Texas.  I served in the United States Army for four years, and did one tour of duty in Iraq during the Iraq War. I was assigned to a Military Police Unit, and received a service-related disability discharge after suffering serious injuries in a high speed Humvee accident.  My medical condition makes it difficult for me to maintain steady employment as I have memory problems and suffer from PTSD and other related problems.  My military disability benefit is the most significant source of income since I left the Army.

4.      I watched during the summer of 2020 as violence and lawlessness descended on cities across the country, including cities in Texas.  I watched as violence broke out at political events during months leading up to the 2020 Presidential election.  Myself and a few friends attended campaign events in

Texas during the fall of 2020 as an informal security group.  Our presence was meant to deter counter-protesters who might try to disrupt the events.  Our group discontinued this practice when we learned that we needed a license to act in that fashion under Texas law, and we might be subjecting ourselves to civil liability

5.     After the November 2020 election, several friends and I decided to create a formal organization – something we were not before -- and we named it the "Patriot Boys of North Texas"— PBONT.  Before coming to that decision, we did explore the possibility of joining a local chapter of the national organization the "Proud Boys."  But we made a conscious decision as a group to not join an existing Proud Boys chapter or start a new Proud Boys chapter.  There were local Proud Boy chapters in the Dallas-Fort Worth area that we could have joined, but we purposely chose not to do so.  I had come up with the idea of creating a group in the first place, and no one among us wanted to be subject to any "national" leadership directing us in what to do as a local chapter.  The "mission statement"— for lack of a better description— on our website was to support conservative candidates for public office in Texas.  We were focused on civic and political matters.

6.     Not long after our group was formed, in early December I received an "invitation" through Facebook to meet with the national leadership of the Proud Boys in Washington D.C. at a planned rally/protest in mid-December. As was relayed to me, the Proud Boys leadership wanted to discuss having the PBONT become a Proud Boys chapter, rather than have it exist and operate as a separate organization.  I agreed to meet if I went to Washington D.C., for the

3

rally, but at the time I gave that response I had no plans to travel and attend the mid-December rally, and I ended up not attending due to the expense. The Government asked me about this subject through my attorney after my guilty plea, and I provided them with that answer. I've never had an online communication or telephone conversation with anyone I understood to be in the national leadership of the Proud Boys about any subject.

7.      There was a Facebook page created and I used that Facebook page to build PBONT membership in our immediate local area. The original members were all people that I knew, many of whom were former military like me. All the original "officers" of the PBONT were former military, including Army Special Forces and Navy SEALs. The original chapter was the one founded by this first group, but we immediately received interest from like-minded individuals— many former military— in other parts of Texas, Oklahoma, and other states who wanted to start their own local chapters of the Patriot Boys.

8.      Most of my Facebook activity in the December and January time frame involved little more other than transferring information I was reading at a variety of websites through the Facebook page to anyone who was interested in the PBONT. The page was open to all who wanted to join it and follow. It was not limited to members, and there were no "secret" postings or messages being transmitted through Facebook.

9.      Myself and other members of PBONT referred to the organization as a "militia" but did so in the longstanding and proud Texas tradition of civilian militias that have stood guard on behalf of Texans going back to the

Alamo and before.  The PBONT were never an "armed militia." There was never any quasi-military training.  There were no weekends in the woods shooting at targets.  There was no interest in that by our group.

10.    We also identified with the "Three Percenter" or "III%" mindset, i.e., that less than 3% of the population of the original 13 colonies took up arms against the English Government when winning independence at the time of the Revolution.   Whether this mindset is accurate from a historical point of view is something I do not know.  But I do know from my own experience that the active-duty armed forces of the United States at any point in time are made up from a miniscule fraction of the total population of the United States— far less than 3%.  Knowing that, I had no reason to question the accuracy of the "III%" "legend."  But the PBONT did not consider the "III%" status to represent armed opposition to the current Government of the United States— which I understand the Government has conceded in other cases involving persons who identify with the "III%" mindset.

11.    The PBONT did— beginning prior to January 6, 2021 and continuing throughout the year right up to the date of my arrest— provide voluntary assistance to private property owners in Texas border communities to maintain and repair boundary fences damaged by human smugglers and narco-traffickers who crossed the border with their contraband.  While engaged in such activities during 2021, and while on private property, PBONT would often be armed with side-arms and long guns because encounters with smuggling groups and drug traffickers were not uncommon and could be unpredictable and violent.  Armed law enforcement response sometimes was

more than an hour away in many of the areas where PBONT provided such assistance.

12.     I did gather much information— and misinformation— during the month of December from various internet sources.  I did frequent "chat rooms" where members of various Proud Boys chapters, and other groups, from across the United States discussed the "events of the day" during December 2021, and I forwarded some of what I read there on Facebook.  The only "chat" forum that I recall using with any regularity was the "Messenger" chat function that was part of Facebook.

13.     In late December 2020, while planning the trip to DC for the January 6 protest, the messages I sent Donald Hazard specifically, as well as others, included information that I gleaned from postings in "chat" rooms— including from many Proud Boys members – about the anticipated attendance by various Proud Boys factions from around the country that was expected to be in the "thousands".  The "chats" where this information was exchanged were unorganized and "free flowing".  People logged-in with various usernames and there was no meaningful way that I was aware of that you could validate or verify the information being posted by others.  But there was enough "consistency" in the messaging that I believed the information I was relaying Hazard and others in the PBONT group was accurate.

14.     For example, when planning what equipment to take along, and relaying that information to Hazard, I knew both from press reporting and information in the "chat" groups that there had been violence in clashes with counter-protesters— whether ANTIFA groups, "Black Lives Matter" supporters,

6

or others – during similar protests/rallies in November and December 2020.  I

knew that people attending those protests had been injured -- including some

having been stabbed.  But, to my knowledge, no one at either of those events

had been shot -- there was no "gunplay" involved in the clashes during either of

the two earlier events where violence occurred.  That's why I mentioned in

messages to Hazard the need to get "anti-stabbing" vests to wear— to safeguard

ourselves from attacks that happened to others in the prior protests where

counter-protesters appeared.  That was also the reason for seeking out

helmets, padded gloves, and pepper spray— all of which were intended for self-

defense if counter-protesters came to the January 6 rally/protest like they had

to the Washington D.C. rallies/protests in November and December.

      15.    In various "chat" communications where the number of anticipated

Proud Boy attendees were regularly mentioned, there were discussions about

where various "like-minded" groups could stay overnight to minimize the risk of

confrontation with counter-protesters who might also be seeking overnight

accommodations.  In the last 14 days prior to the planned January 6 event, I

hoped that between 5 and 10 members of the PBONT would make the trip.  I

was actively seeking funding to assist those who wanted to go but could not

afford the travel and accommodations.  It was mentioned in some "chat"

session that various Proud Boys chapters were all staying together, and that

the PBONT could probably find a room among the block of rooms that had

been reserved at a particular hotel.  The decision to stay at the particular hotel

I chose was made 1) because rooms were available when they were otherwise

becoming difficult to find, 2) the location would be safe given that it would be

occupied by like-minded groups, and 3) it would give the PBONT attendees the opportunity to "network" with others coming to Washington D.C. for the same reason.

16.     Although I had expected more when I first started planning the logistics of the trip, only myself, Hazard, and a third person I only knew his first name— David— ended up traveling to Washington DC.  David joined the PBONT just before we left for Washington DC.  The three of us departed on January 4, 2021, in my pickup, with a plan to drive straight through the night and arrive during the day on January 5, 2021.  Our expectation on departing was that we would "link up" with others traveling to DC for the same purpose at one of several "meet-up" locations planned in "chat" sessions, and the larger group would then travel together— being joined along the way by more and more people making the same trip.  As it turned out, we found no one at any of the identified "meet up" locations and ended up traveling the entire distance as a one-car caravan from Texas to Washington DC.

17.     It is almost comical the level of significance the FBI and Government seem to attach to my giving Hazard the title of "Sargent At Arms" for the PBONT.  As I mentioned above, all the "Officers" of PBONT (Pres., VP, Secretary, Treasurer) were former active-duty military.  Donald Hazard was my friend, and he had not served in the military.  Nor was he an "Officer" of PBONT.  The shared military service provided a level of "kinship" between those of us with military backgrounds that Hazard did not have.  I gave him that title simply so he would have something for us to refer to him as other than "member."  It also gave him a quasi-military rank to go along with the actual

ranks held by other PBONT members who had served on active-duty. The idea advanced by Special Agent Farris and the prosecutors that this was some kind of meaningful position with responsibilities that involved him providing for my physical protection while at the protests is laughable.

18.     After arriving at the hotel, having had little sleep overnight, the first thing we did was to get our room and go inside to sleep for a few hours. When we awoke we did some sightseeing around the hotel where we were staying. Later we went back to the hotel looking for members of other groups staying at the hotel. What we found was nothing more than small gatherings of people in various rooms throughout the hotel – mostly drinking beer or liquor and talking politics. The discussions were the same kinds of discussions that had been taking place in "chat" rooms for weeks. Later in the evening we went back out to walk around some more, including going to the intersection known as "Black Lives Matter Plaza." Although I wrote later on Facebook that there were violent clashes with counter-protesters at BLM Place, that was not true. We did encounter a small number of counter-protesters, but nothing happened between the two groups other than some yelling. After that we returned to our hotel.

19.     Because there was no planning or organizational effort taking place for the following day, we returned to the hotel room and I began reading and writing messages in the Messenger App. The activities that took place at our hotel on the evening of January 5 could have just as easily taken place at an outdoor Texas BBQ. There was no overt "leadership" or gathering of "Presidents and commanders of militias" as had been frequently discussed in

9

"chat" sessions in the days and weeks before we left Texas.  As we settled into
our room for the night, there was no plan for the three of us to participate in
any activity the following day with any particular group or set of individuals.

20.     After the rally in the morning on the Mall, we joined the crowd in
walking to the Capitol.  We heard speakers at the rally talk about the need for
the crowd to make itself known to the Congress that was set to meet that day
for the election certification, and we joined in with the large mass of people who
began to move in the direction of the Capitol together.  Hazard, David, and I
were not accompanying any other particular persons or group— we were just
three members in the crowd who came together from Texas.

21.     I was not wearing any body armor on January 6.  By virtue of my
time in the Army, including a combat tour in Iraq transporting and guarding
"high value targets" who had been captured, I'm quite familiar with body
armor.  I purchased a used vest on the internet that had soft padding, but it
was not anti-ballistic.  It was not a "plate carrier" design, and it was not
Kevlar— that's why I could purchase it as cheaply as I did.  I provided Hazard
with a vest as well.  I think his vest might have been a "plate carrier" design,
but he did not wear armor plates inside the vest as none came with the vest I
purchased for him.   At 44 years of age, I do not have the strength or stamina I
had in my mid-to-late 20's while serving in Iraq.  It would have been foolish for
someone my age and in my condition to wear plate armor inside a vest and
carry an extra 50+ pounds for an unpredictable period of time on January 6.
The density of the heavy fabric of the vest was such that I believed it would be

beneficial in reducing or preventing any injury if anyone attempted to stab me with a knife or other sharp object.

22.     I wore an ordinary baseball "batter's helmet" made out of plastic -- the kind that can be purchased at any sporting goods store.  I wore that in anticipation of maybe having objects like bricks or frozen water bottles thrown at us by counter-protesters.  I watched video and read many reports of pallets of bricks mysteriously appearing at locations of protests engaged in by ANTIFA and Black Lives Matter throughout the summer and fall of 2020.

23.     After being asked the question more than once, I made it clear in messages to all PBONT who were considering going to the January 6 rally/protest that no one should bring any guns because of the strict firearms laws in D.C.  This was information I learned from others in various chat groups. I had no firearm with me and neither did Mr. Hazard to my knowledge.

24.     I have gone through the timeline of events with my attorney based on videotape that captured in certain locations, sometimes with time stamps on the videos.  I don't have any meaningful dispute with the timeline or my movements from one location to another.  But the characterization given to some events by the Government— in Agent Farris's Affidavit and elsewhere— is presented out of context in some instances and is simply false in others.

25.     A continuing inaccuracy throughout the Affidavit are claims that Hazard and I were together after reaching the Capitol.  We arrived at the location of the bike rack barriers together but the chaos the crowd led to us becoming separated shortly thereafter.  I did not see him again until several hours later back at the hotel.  David, the third person with us, never even

made it back to the hotel.  I've never seen or spoken to him again since January 6, 2021.

26.    I traveled from Texas to the protest with only a basic understanding of what was going to happen on January 6 – both at the protest and in the aftermath. I didn't have any real understanding of how the 12th Amendment works or the vote counting process that was set to happen that day.  Mostly I understood that Vice President Pence had a role to play, and depending on what he did, the outcome of the Nov. 2020 election would be confirmed or not confirmed.  Most of my information in that regard came from reading various internet web sites and exchanging information in "chat" rooms and on Facebook.  I passed on information to others without really knowing if what I was telling others was true or not, and assumed most of what I read from others was true.  It was certainly a case where the opinions being shared among the persons I was in contact with were all consistent with each other.

27.    After spending time at the "Stop the Steal" rally in the morning on January 6, Hazard and I walked along with a large throng of attendees to the Capitol building.  The walk was done in a casual manner and without any hint of violence or aggression among the crowd.  The crowd moved largely unhindered until we arrived in close proximity to the Capitol building, on the plaza or landing where the inauguration was to take place.  The police had assembled a line of metal gates that looked like bike racks, but which were able to be locked together in a mechanical fashion to make them difficult to move.  For several minutes – I don't have a clear recollection – there was something of

a standoff at that location as the crowd came to a halt when it hit the line of bike racks, with dozens of uniformed police behind them.

28.     I was involved in a series of episodes with the police over a period of an hour or more.  As for my conduct at the Capitol, "regrettable" would be too mild of a word. The crowd was growing behind me, with more and more people pushing themselves forward to the line of bike racks.  For a period of time I stood at the racks and spoke in a calm voice to 2 or 3 officers who were standing at the junction where the two racks joined together.  While talking with them, one of the officers bent down to connect the two racks together mechanically as I watched.  At that point another officer approached me from my left and struck me across the ribs with his baton in a "cross-check" fashion, telling me I was too close.  It was in reacting to that blow I grabbed the baton being held by the officer and pulled on it.  It was that encounter that caused a level of hostility in me to rise beyond what was healthy at that moment in that place.  That was simply a reaction out of anger to being hit unexpectedly and without provocation from my perspective.  It also coincided with increasing aggressive use by the police present of pepper spray, non-lethal munitions, and use of non-lethal force with their batons to maintain the standoff with the crowd.

29.     As the standoff in this location dragged on, Officers positioned themselves in a location slightly higher than the crowd a few feet below them, and behind a short barrier or half-wall.  One particular officer— who I now understand has the initials K.K.— was using a "pepper spray" device to shoot a large stream of pepper spray at protesters a substantial distance from him.

Officer K.K. was not the only police officer with this device, but he positioned himself in a location where he was able to make very effective use of it. I know now that he was not using the device just to spray the crowd in general. The videos show that he was using the device to target specific protesters engaging in acts against the police – such as throwing items at them or using their own small pepper spray devices. But at that particular moment, I didn't have a clear understanding of what he was doing and I thought he was using the device simply to agitate and punish the crowd of protesters below him. I positioned myself just beneath him with the wall blocking his view of where I was. When he leaned out over the wall to use the device, I reached up and tried to grab it out of his hands. He was able to maintain control of the device and as I retreated back into the crowd he hit me with a stream of pepper spray.

30.    I noticed a long pole/pipe on the ground, made of plastic like pvc sprinkler pipe. It was 10-12 feet long. I picked up the pole and raised it in the air in and "up and down" manner. I then dropped the pole down in an effort to strike the pepper spray device and knock it from his hands. The effort was unsuccessful – I'm told videos show that the pole landed just short of Officer K.K., striking the half-wall he was standing behind. There was then a brief struggle between 2-3 Officers and 2-3 protesters over the plastic pole, with the officers eventually letting go. I did not swing the pole in any manner targeting Officer K.K. torso or head. He was not my intended target, I was aiming for the device he was holding – the same device I had tried to snatch out of his hands just moments earlier.

31.     Agent Farris's Affidavit claimed that I struck Officer K.K. with a metal pole.  I know my attorney has pointed this out several times to the Court, and the Government no longer disputes that Agent Farris's affidavit was false. I believe Agent Farris's made that mischaracterization deliberately in an effort to improve the chances that I would be detained in custody following my arrest. Agent Farris's Affidavit includes still images from Officer K.K.'s body camera video, and the video shows the pole flexed too much to be made of metal.  The video also shows Officer K.K. grabbing one end of the pole— after it did not strike him— and it is clear that the pole was plastic.  Yet Agent Farris swore under penalty of perjury that he watched the videos and that I struck Officer K.K. with a metal pole.

32.     In that same time frame I picked up and, along with another protester, tossed a hollow cardboard tube.  My recollection is that there were a few of these lying around, and they must have had something to do with the decorations being put up for the inauguration.  My action in this regard was more consistent with throwing trash than throwing any kind of weapon or dangerous object.

33.     As for events inside the Lower West Terrace entrance tunnel (LWT), the confusion of the moment makes most of what took place there somewhat difficult to remember in any detail.  This was relatively early in the day still, and people in the crowd were talking about finding ways to get inside the Capitol.  I understood there were people inside the Capitol who were live-streaming, and people outside were watching so the crowd knew there was a way to get inside.  I did not see any live streaming.

34.     One path seemed to be the LWT.  I could see that people were able to go inside, and the crowd grew larger around the LWT as the number of police in the Plaza declined.  I joined the crowd that moved forward very slowed towards the opening to the LWT tunnel while unable to see what was inside. But because the crowd kept moving forward I assumed this was a route that would take me inside the Capitol building.  It was only after I arrived at the entrance to the tunnel could I see a line of Police Officers near the back of the tunnel that was preventing the crowd from going forward.  At this point, however, the crowd behind me made it impossible for me to turnaround and exit the same way I had entered.  There were simply too many people in a very small area, all of whom were trying to go forward just as I had been.

35.     I moved slowly through the crowd as some others were able to turn and leave, creating spacing.  I eventually arrived at the "front" of the LWT where the Officers were blocking the crowd from entering the doors to the Capitol with a line of shields.  I recall realizing very quickly that this was not going to be a path to get into the Capitol, and that I needed to get myself out of the LWT.   By the timeline provided by the Government, only 6 minutes passed between the time I entered the LWT and the time I exited the LWT.  I eventually made it out of the tunnel on the left side, and at that point I was in a mass of people who were heading down the stairs trying to get away from the tear gas that the police were using inside the tunnel.  I had very little control over the movement of my body at that point because a mass of people were carrying along anyone who stopped or paused on the way out.

16

36.     I know there is video showing me in proximity to Officer M.F. as we were both going down the stairs, with 3-4 people in between us.  I have no recollection of what happened in that sequence but I'm told the video shows that I did not assault or injure Officer M.F. in any way.

37.     As for my comments after January 6 on social media, I was again immersing myself in the same sources of information that I had relied upon prior to January 6. Gradually I paid less and less attention to those sources, and focused more and more of my attention on trying to build the PBONT to engage in civic and political activities in Texas which was always meant to be its mission.

38.     Regarding my February 26, 2021, interview with the FBI, I did not consider that to be a "friendly" encounter.  I appeared voluntarily but I was not going to volunteer any information, and my answers were going to be limited to precisely the question answered.  If the question was imprecise, my answer was likely imprecise too.  If the Agent did not ask a clarifying follow-up question, I provided no further information.  For example, he asked if I knew anyone who traveled to Washington DC to go into the Capitol, and I said I did not.  That was truthful because the purpose of the travel was to go to the Stop the Steal rally, not to enter the Capitol.  I answered the questions that were posed, nothing more.

39.     Regarding my TikTok post on August 26, 2021, I am stunned that the Department of Justice would raise this given that the context of that posting was already provided.

40.     On August 26, 2021, a suicide bomber killed 13 US military personnel and 183 civilians outside the Kabul Airport during the incompetent and inept evacuation of U.S. citizens and personnel out of Afghanistan.  My words came from anger and outrage over the senseless deaths of the soldiers and civilians that had just happened that day – something that had been predicted if the Biden Administration continued on with the ill-advised evacuation plan that the Defense Department opposed.  While I might write that message differently today than I did 11 months ago, the anger and outrage today remain the same.

Dated: July 14, 2022                    Respectfully submitted,


                                        LUCAS DENNEY
                                        *(Original Signature to be Provided at Sentencing*