IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CASE NO. 22 Cr. 070 (RDM) |
| **LUCAS DENNEY** | : | |

### MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully submits this Motion for Leave to File Document Under Seal, requesting an Order placing Exhibit 8 to the Government's Sentencing Submission (ECF No. 46) (the "Exhibit") under seal until further order of the Court.

The Exhibit is a collection of posts and messages obtained from a Facebook account used by Lucas Denney (hereinafter, the "Defendant"). The Exhibit contains the name, and in some instances email addresses, of individuals not charged with a crime who communicated with the Defendant. The Exhibit also contains the Defendant's phone number.

The Government further requests leave to file the attached redacted version of the Exhibit on the public docket in the instant case..

                                Respectfully submitted,

                                Matthew M. Graves
                                United States Attorney

BY:    */s/ Benet J. Kearney*
        Jennifer M. Rozzoni
        NM Bar No. 14703
        Benet J. Kearney
        NY Bar No. 4774048
        Assistant United States Attorneys
        601 D Street, N.W.
        Washington, D.C. 20530
        (505) 350-6818 / (212) 637-2260
        Jennifer.M.Rozzoni@usdoj.gov
        Benet.Kearney@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System.

                                */s/ Benet J. Kearney*
                                BENET J. KEARNEY
                                Assistant United States Attorney

Date:  July 15, 2022