| Correspondence Definition | Support Correspondence: Correspondence account holder has had with Facebook. |
|---|---|
| | Ticket ID: Internal ticket number associated with correspondence. |
| | Ticket Subject: Subject of the ticket. |
| | Time Created: Date and time of ticket creation. |
| | Messages: Content of the correspondence. |
| | From: Author of message. |
| | Subject: Subject of the ticket. |
| | To: Recipient of message. |
| | Time: Date and time of message sent. |
| | Body: Content of the correspondence between Facebook and the account holder. |

| Support Correspondence | Ticket ID | 4993107210730202 | |
|---|---|---|---|
| | Ticket Subject | | |
| | Time Created | 2020-12-05 00:01:40 UTC | |
| | Messages | From | FB Rep |
| | | Subject | |
| | | To | Lucas Denney |
| | | Time | 2020-12-05 00:01:44 UTC |
| | | Body | No one else can see your post. Lucas DenneyDecember 4, 2020▢▢▢▢For me, it was really only a matter of time before I dusted off my boots. I've hunted the most evil men the world has ever seen and they didn't scare me. I loved it. The time is coming to choose a side. And they're 3 sides to choose from. The right side, the wrong side and the side where you aren't doing shit but sitting on the sidelines watching. DFW Proud Boys are now recruiting. We also have a few guys that are doing martial arts training, weapons training and field trai...ning. We are very active in countering ANTIFA, BLM and any other communist radical groups that decide to pop up. We also hold pro America rally's, pro Trump rally's and back the blue rally's. We show the communist that Patriots are here and not hiding. PM me for any questions you have about membership."We Don't Back Down, We Take Care Of Our Own" ▢▢▢▢ President of the DFWPB chapter. See More+7 |
| | Ticket ID | 1282333235479645 | |
| | Ticket Subject | You're no longer restricted from creating events. | |
| | Time Created | 2021-01-15 23:18:06 UTC | |
| | Messages | From | Facebook |
| | | Subject | You're temporarily restricted from creating events until January 25 at 2:47 PM. |
| | | To | Lucas Denney |
| | | Time | 2021-01-15 23:18:07 UTC |
| | | Body | |
| | | From | Facebook |
| | | Subject | The restriction has lifted |
| | | To | Lucas Denney |
| | | Time | 2021-01-25 20:47:07 UTC |
| | | Body | You&#039;re no longer restricted from creating events. |
| | Ticket ID | 1282333232146312 | |
| | Ticket Subject | You're no longer restricted from creating groups. | |
| | Time Created | 2021-01-15 23:18:06 UTC | |
| | Messages | From | Facebook |
| | | Subject | You're temporarily restricted from creating groups until January 25 |

Exhibit 8 - Page 1

**Body** I've probably met you before. Yeah just let me know.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-03 20:29:12 UTC
**Body** If you can attend it's at 7pm at Guitars and Cadillacs fort worth in the back open parking lot.

**Thread** (10208537685236519)
**Current Participants** ▮▮▮▮ (Facebook: 1739953098)
2021-02-11 20:05:35 UTC
Lucas Denney (Facebook: 100011089424217)

**Author** ▮▮▮▮ (Facebook: 1739953098)
**Sent** 2020-12-06 12:11:01 UTC
**Body** Will you send me more information on the Fort Worth Proud Boys?

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-06 22:52:42 UTC
**Body** Hey what's up ▮▮▮▮ Yeah give me a bit and I'll get back with you shortly. Driving to another meeting right now.

**Author** ▮▮▮▮ (Facebook: 1739953098)
**Sent** 2020-12-07 03:13:07 UTC
**Body** 👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-prn.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9zbWVudC9lbnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=0022f1cbdcc98faf637d1dfe263ab1c2&oe=604B0C8B



**Photo ID** 369239263222822

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-07 14:33:04 UTC
**Body** Ok sorry. I didn't get home until 1:30 in the morning. I was over by Granbury meeting with a group there and bringing them in.
So Proud Boys is a male only fraternity. You have to be a Trump supporter and of course a conservative. This chapter is like others. In north texas we are in charge with showing up everywhere ANTIFA and BLM show up to counter them. We will never start a fight. With those idiots, that's what they do. We leave that up to

Exhibit 8 - Page 2

them. But once they throw that first punch or that first water bottle ect., it's on then. We will protect businesses from getting destroyed. We will protect our freedoms and our way of life because they are out to destroy that. They want socialism. These people aren't firing shots right now so neither are we. We are meeting them with the force that they are bringing. Fist fighting them and beating them back. That's how we are different from militia's. Militia's usually show up super armed to the events but they can't do anything but stand there. Proud Boys are meeting ANTIFA and BLM with the exact same force that they are bringing. That's why we are successful in being able to actually do something and slugging heads. That's what they need. But we are showing our presence where they show. We will do what we can to keep them from tearing everything up during their rioting. There might be times we will be called to other places other than North Texas areas. This weekend I'm actually headed to DC with a group to meet with the PB chairman and to join then on their March. Which ANTIFA is already putting out flyers to counter us. That will be a brawl and you'll probably see that on the news. Another thing we do is hold rally's and marches. Rally's for back the blue, for America and the freedom of speech rally's. 2 meetings a month. It's ok if someone can't make everything because we know there's families and jobs. We also take care of our own. If someone gets arrested for fighting, your brothers will be working to get you out ASAP. We actually have funds for that. If you're interested in learning more and joining up let me know and I'll meet with you in person. We also wear uniform shirts with PB logos. Right now with it being winter we are wearing hoodie's. Normal traditional shirt is our black and yellow polos. So if you're tired of sitting back and watching ANTIFA and BLM on TV destroying shit and want to be on the front lines doing something about it as a Patriot American, come on brother. Would love to have you. We are very active and you won't be bored. If this sounds good so far I'll answer any specific questions you have.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-07 14:37:07 UTC
**Body** We have a big group and growing everyday. You'll meet a lot of new people.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-07 14:48:27 UTC
**Body** You sent 4 photos.
**Attachments** image-126525505804737 (126525505804737)
**Type** image/jpeg
**Size** 141142
**URL** https://interncache-prn.fbcdn.net/v/t1.15752-0/p600x600/129642817_126525512471403_1376945045529006082_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFljTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&tp=6&oh=06cd1767ced87fcb4b8d690aebcec9b8&oe=6049F460

Exhibit 8 - Page 3

**Thread** (10158251864533995)
**Current** 2021-04-21 01:45:03 UTC
**Participants** ▮▮▮▮▮ (Facebook: 582263994)
Lucas Denney (Facebook: 100011089424217)

**Author** ▮▮▮▮▮ (Facebook: 582263994)
**Sent** 2021-01-02 06:50:48 UTC
**Body** What are we gonna do after mid Jan?

**Author** ▮▮▮▮▮ (Facebook: 582263994)
**Sent** 2021-01-02 06:51:34 UTC
**Body** The libs are going to force us to commit crime! Ughhhhh

**Author** ▮▮▮▮▮ (Facebook: 582263994)
**Sent** 2021-01-02 07:01:22 UTC
**Body** Are you really single? ▮▮▮▮♀

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-02 07:54:12 UTC
**Body** I'm leaving Sunday for DC with my group. There's gonna be millions there. I can't tell you everything over Facebook here but I can say Trump will stay President and the liberals and deep state Republicans are not going to win against the people. They rigged this election and that's no conspiracy theory and we ain't dumb. They think we are just going to roll over and let that happen. That's what they're hoping for anyways lol.

**Author** ▮▮▮▮▮ (Facebook: 582263994)
**Sent** 2021-01-02 19:22:22 UTC
**Body** I believe that 100%

**Author** ▮▮▮▮▮ (Facebook: 582263994)
**Sent** 2021-01-02 19:22:59 UTC
**Body** It's definitely a rigged election!!


**Thread** (1794748497357286)
**Current** 2021-04-21 01:45:03 UTC
**Participants** ▮▮▮▮▮ (Facebook: 100004664586748)
Lucas Denney (Facebook: 100011089424217)

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-11-29 22:48:31 UTC
**Body** Guess we could be messaging here now lol

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 05:47:50 UTC
**Body** Hey we need a medical girl lol. You want to go to DC with me for Trump's rally on the 6th? Leaving Sunday be back Friday. Everything is paid for.

**Author** ▮▮▮▮▮ (Facebook: 100004664586748)
**Sent** 2020-12-31 05:48:33 UTC
**Body** I'm not a medical girl yet lol

Exhibit 8 - Page 4

| | |
|---|---|
| | `@[100039294871735:2048█████ the point is that the Patriot sitting down is taking a stand and ignoring that crooked, lying pedophile.` |
| Object Id | S:_I100011089424217:251788156563328:42 |
| Time | 2021-01-02 07:35:02 UTC |
| Type | Comments |
| Summary | Lucas Denney commented on a post from January 1. `I'm hearing some bad stuff today about Pence. First everyone thought he was going to be a hero and now I'm hearing he's stabbing Trump in the back through backdoor deals. The 6th in DC is going to be interesting.` |
| Object Id | S:_I100011089424217:251788156563328:41 |
| Time | 2021-01-02 07:32:36 UTC |
| Type | Comments |
| Summary | Lucas Denney commented on a post from January 1. `Who's the gay dude with the mullet?` |
| Object Id | S:_I100011089424217:251788156563328:40 |
| Time | 2021-01-02 07:31:26 UTC |
| Type | Comments |
| Summary | Lucas Denney commented on a post from January 1. `Me and my guys leave Sunday for DC to be in the fight on the 6th. It will get Western I can tell you that.` |
| Object Id | S:_I100011089424217:251788156563328:39 |
| Time | 2021-01-02 06:49:53 UTC |
| Type | Tagged by Others |
| Summary | █████ mentioned you in a comment. Content owned by █████ (582263994) |
| Object Id | S:_I100011089424217:1271707486542220:6 |
| Time | 2021-01-02 06:48:33 UTC |
| Type | Comments |
| Summary | Lucas Denney replied to your comment on a post from January 2. `@[582263994:204█████ feels like it sometimes lol` |
| Object Id | S:_I100011089424217:251788156563328:38 |
| Time | 2021-01-02 06:46:04 UTC |
| Type | Tagged by Others |
| Summary | █████ mentioned you in a comment. Content owned by █████ (582263994) |
| Object Id | S:_I100011089424217:1271707486542220:5 |
| Time | 2021-01-02 06:45:14 UTC |
| Type | Tagged by Others |
| Summary | █████ mentioned you in a comment. Content owned by █████ (582263994) |
| Object Id | S:_I100011089424217:1271707486542220:4 |
| Time | 2021-01-02 06:44:42 UTC |
| Type | Comments |
| Summary | Lucas Denney commented on a post from January 2. `It's probably why we never hardly get sick lol` |
| Object Id | S:_I100011089424217:251788156563328:37 |
| Time | 2021-01-02 05:08:39 UTC |
| Type | Comments |
| Summary | Lucas Denney commented on a post from January 1. `What a view` |
| Object Id | S:_I100011089424217:251788156563328:36 |

Exhibit 8 - Page 5

**Photo ID**
3853931884641058

| | |
|---|---|
| **Author** | Lucas Denney (Facebook: 100011089424217) |
| **Sent** | 2020-12-04 01:53:14 UTC |
| **Body** | I can answer any questions you have there. Hope to see you. And if you want to ride to DC, let's roll. You will see action there with ANTIFA. |

| | |
|---|---|
| **Author** | Lucas Denney (Facebook: 100011089424217) |
| **Sent** | 2020-12-04 01:54:30 UTC |
| **Body** | Let me send you a video of us. This is Portland. Proud boys and ANTIFA. Give me a sec |

| | |
|---|---|
| **Author** | Lucas Denney (Facebook: 100011089424217) |
| **Sent** | 2020-12-04 01:55:41 UTC |
| **Body** | https://www.youtube.com/watch?v=BRpWX7nJ420&feature=share |
| **Share** | **Date Created** 2020-12-04 01:55:40 UTC |
| | **Summary** ENJOY! |
| | **Title** PATRIOTS vs. Antifa Round 1 |
| | **Url** https://www.youtube.com/watch?v=BRpWX7nJ420 |

| | |
|---|---|
| **Author** | Lucas Denney (Facebook: 100011089424217) |
| **Sent** | 2020-12-04 01:56:45 UTC |
| **Body** | We are expecting the same thing in DC next weekend. |

| | |
|---|---|
| **Author** | [REDACTED] (Facebook: 100000574492210) |
| **Sent** | 2020-12-04 02:47:10 UTC |
| **Body** | I can't comment or watch the YouTube video without creating a YouTube account.. i appreciate the hard work yall r putting in.. i have no interest in leaving the great state of Texas til theres a war on those godless heathens.. be it a civil war or the great state of Texas finally regaining her independence again.. that being said god bless u and the proud boys in d.c. |

| | |
|---|---|
| **Author** | Lucas Denney (Facebook: 100011089424217) |
| **Sent** | 2020-12-04 03:13:40 UTC |
| **Body** | Yes sir thanks. We have a lot of radical BLM and ANTIFA here in the metro plex. I'm going to DC because I have to meet with the PB chairman. The rally that is happening is just a treat while I'm there. Our chapter handles ANTIFA, BLM and this other radical group called "enough is enough" here in DFW. Would love to have you if you want to join us in defending Texas here. We are very active. If you decide you are interested and to see what it's about, you're invited to our meeting Saturday. |

| | |
|---|---|
| **Author** | Lucas Denney (Facebook: 100011089424217) |
| **Sent** | 2020-12-26 20:10:59 UTC |
| **Body** | ==You wanna go to DC with us brother? It's gonna be paid for if you can get off work. The rally on the 6th is going to be historic I promise you that.== |

Exhibit 8 - Page 6

**Author** ▇▇▇▇▇ (Facebook: 100000574492210)
**Sent** 2020-12-27 00:07:20 UTC
**Body** I wish i could but im covered up at work.. i will be working 7days a week til end of January.. yall give those godless heathens whats coming to them.. god bless u and the boys..

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-27 00:27:10 UTC
**Body** For sure. If you know anyone like us that can go and that will actually fight, then we could use them. The trip is paid for.

**Author** ▇▇▇▇▇ (Facebook: 100000574492210)
**Sent** 2020-12-27 00:27:54 UTC
**Body** I will reach out to some folks

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-27 00:35:52 UTC
**Body** You: 👍
**Attachments** sticker (369239263222822)
  **Type** image/png
  **Size**
  **URL** https://interncache-prn.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfXJsZ2VuX2NsaWVudC9lbnRpcHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&oh=0022f1cbdcc98faf637d1dfe263ab1c2&oe=604B0C8B



  **Photo ID** 369239263222822

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-29 05:38:47 UTC
**Body** You sent an attachment.
**Share** **Date Created** 2020-12-29 05:38:47 UTC
  **Title** Status Update
  **Url** https://www.facebook.com/permalink.php?story_fbid=107411521280413&id=101762638511968

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 06:06:22 UTC
**Body** You sent a photo.
**Attachments** image-848565685929889 (848565685929889)
  **Type** image/jpeg
  **Size** 50396
  **URL** https://interncache-prn.fbcdn.net/v/t1.15752-9/134925997_848565689263222_5235802017180048039_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1

Exhibit 8 - Page 7

**Body**   Did you raise enough money to get gear and stuff for the guys?

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 02:57:08 UTC
**Body** I raised a little over 1k. Half of that went to hotel room. Other half is going towards gas and food. I'm still trying to take donations to get two helmets and stab proof vest that two guys need. And medical supplies.

**Author** [redacted] (Facebook: 100006647174287)
**Sent** 2020-12-31 03:01:21 UTC
**Body** Cam i send u a 100 will that help?

**Author** [redacted] (Facebook: 100006647174287)
**Sent** 2020-12-31 03:01:24 UTC
**Body** Can

**Author** [redacted] (Facebook: 100006647174287)
**Sent** 2020-12-31 03:02:05 UTC
**Body** Is there anything I can post on my page to see if any of my friends will donate?

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:08:29 UTC
**Body** That will definitely help if you can do it. Do you have zelle?
And let me send you our group logo. You can put the logo up and ask for donations that would be very very helpful. Usually all banks have zelle to transfer money. I think you just need my name. Not sure. You'll have to look.
Other ways is to overnight a check so it would get here in time to give me a chance to get to the store to get gear before we leave. Thank you. That's really nice.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:08:47 UTC
**Body** You sent 2 photos.
**Attachments** image-212695237175723 (212695237175723)
  **Type** image/jpeg
  **Size** 152447
  **URL** https://interncache-prn.fbcdn.net/v/t1.15752-9/p843x403/134949877_459865645401272_6870392824217895801_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsYWVudC9wbW9nZW46RFljTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&tp=6&oh=ffe53dfb4aa51247dc7ebd683ba57fb8&oe=6049AC6B

Exhibit 8 - Page 8

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:24:43 UTC
**Body** Ok I'm going to look. I didn't get a notification but the money did go to the bank.
Thanks a bunch. I wish we had enough money to fly but that was to expensive. Then I started thinking about it and decided my truck would be better to have just in case of emergency.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:25:22 UTC
**Body** The hotel has private parking for 25 a day so I'm doing that.

**Author** (Facebook: 100006647174287)
**Sent** 2020-12-31 03:25:37 UTC
**Body** Shouldn't have to put all the burden on you trying to protect us Americans people should donate and im gonna try to get my friends to donate to you. I think it be better to donate to me cause they know me and then ill transfer all to you this way. Ill see what I can do. When are you leaving?

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:26:38 UTC
**Body** Thanks a lot. Leaving Sunday morning. Got a 20 hour drive. Going to drive halfway stay in hotel somewhere then drive rest of the way.

**Author** (Facebook: 100006647174287)
**Sent** 2020-12-31 03:27:30 UTC
**Body** Ok so can u get supplies on sat?

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:27:31 UTC
**Body** A lot of the Presidents and commanders of militias like myself are meeting on the 5th to organize and plan

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:27:42 UTC
**Body** Yes I can get supplies on Saturday

**Author** (Facebook: 100006647174287)
**Sent** 2020-12-31 03:28:19 UTC
**Body** Ok ill get to work on this. Put in next text to me what you need to buy the guys.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:28:19 UTC
**Body** You guys get to where we are and you'll be safe

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:28:27 UTC
**Body** Thanks

**Author** (Facebook: 100006647174287)
**Sent** 2020-12-31 03:28:49 UTC
**Body** So I can add to what you need on my post

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:30:22 UTC

Exhibit 8 - Page 9

**Body** 2 helmets, 3 stab proof vest, cans of pepper spray, medical supplies and gloves. And our own food and water because places might get shut down.

**Author** ▓▓▓▓▓▓▓ (Facebook: 100006647174287)
**Sent** 2020-12-31 03:31:48 UTC
**Body** Ok got it. I have alot of patriots on my page and I can ask for help. God always puts me in the path of people and it was a blessing to meet you.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:32:34 UTC
**Body** If I have enough left over I'll need to get batteries and a few more communication radios (walkie talkies)

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:33:15 UTC
**Body** It was a blessing to meet you. And I'll definitely meet up with you in DC. We'll connect there.

**Author** ▓▓▓▓▓▓▓ (Facebook: 100006647174287)
**Sent** 2020-12-31 03:33:37 UTC
**Body** You buy whatever you need with what I can send. You don't need to explain but ill try to ask my friends to help.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:33:46 UTC
**Body** Thank you

**Author** ▓▓▓▓▓▓▓ (Facebook: 100006647174287)
**Sent** 2020-12-31 03:34:20 UTC
**Body** Your welcome and thank you and all the men for what you are doing.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 03:34:48 UTC
**Body** Your awesome.

**Author** ▓▓▓▓▓▓▓ (Facebook: 100006647174287)
**Sent** 2020-12-31 03:35:03 UTC
**Body** Smiling at you thanks

**Author** ▓▓▓▓▓▓▓ (Facebook: 100006647174287)
**Sent** 2020-12-31 07:09:47 UTC
**Body** I cant believe what I just read

**Author** ▓▓▓▓▓▓▓ (Facebook: 100006647174287)
**Sent** 2020-12-31 07:10:15 UTC
**Body** Trump is always a show me man and shots gonna hit the fan.

**Author** ▓▓▓▓▓▓▓ (Facebook: 100006647174287)
**Sent** 2020-12-31 07:10:27 UTC
**Body** Shits lol

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 07:11:35 UTC
**Body** What is it lol?
I'm trying to gear up for 2 weeks just in case.

Exhibit 8 - Page 10

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-01 08:09:27 UTC
**Body** This is what we are fighting and what we are up against.

**Author** ▉▉▉▉▉▉▉ (Facebook: 100006647174287)
**Sent** 2021-01-01 08:09:46 UTC
**Body** I'll post again but she can keep scrolling. Since I helped you get fb pay have you had any luck getting donations?

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-01 08:10:10 UTC
**Body** I'm serious though, tell her to walk down BLM plaza with an American flag see what happens.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-01 08:10:26 UTC
**Body** No I haven't

**Author** ▉▉▉▉▉▉▉ (Facebook: 100006647174287)
**Sent** 2021-01-01 08:10:39 UTC
**Body** How much you think u need?

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-01 08:11:11 UTC
**Body** We really need about $500. I bought a couple cans of pepper spray earlier and one vest. That's all I could get for now

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-01 08:12:11 UTC
**Body** Right now we have enough for the hotel rooms including one we have to stay at on the way. Gas, food and water

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-01 08:13:53 UTC
**Body** Still need two more vest, two helmets, two more cans of spray, two more radios and medical supplies. Then we are set

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-01 08:14:22 UTC
**Body** But we will do with what we got if we have to.

**Author** ▉▉▉▉▉▉▉ (Facebook: 100006647174287)
**Sent** 2021-01-01 08:14:46 UTC
**Body** Once these guys get the vest and trump gets in on the 20th. They got these vest for good right?

**Author** ▉▉▉▉▉▉▉ (Facebook: 100006647174287)
**Sent** 2021-01-01 08:15:13 UTC
**Body** Cause you guys be back again or won't go to that

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-01 08:16:04 UTC
**Body** Oh yeah. These are vest to protect from being stabbed. Oh we will definitely be back on the 20 with whatever happens

**Author** ▉▉▉▉▉▉▉ (Facebook: 100006647174287)
**Sent** 2021-01-01 08:16:37 UTC
**Body** Gotcha I figured once you get them u have them for other events

Exhibit 8 - Page 11

**Author** ▮ (Facebook: 100006647174287)
**Sent** 2021-01-02 03:55:24 UTC
**Body** Naming Hillary and Obama behind it

**Author** ▮ (Facebook: 100006647174287)
**Sent** 2021-01-02 03:55:57 UTC
**Body** If thats the case I hope those two rot in gitmo

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-02 03:57:06 UTC
**Body** I just heard the same thing somewhere else.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-02 03:58:00 UTC
**Body** I'm going to be cutting it close. I didn't get anymore donations either. I have to get 2 helmets though tomorrow at leastn for my guys.

**Author** ▮ (Facebook: 100006647174287)
**Sent** 2021-01-02 03:59:41 UTC
**Body** Will another 100 help?

**Author** ▮ (Facebook: 100006647174287)
**Sent** 2021-01-02 04:00:10 UTC
**Body** How much are helmets

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-02 04:12:30 UTC
**Body** You don't have to do that. You've already done enough and we thank you for that.
They are about $40 each.

**Author** ▮ (Facebook: 100006647174287)
**Sent** 2021-01-02 04:16:03 UTC
**Body** How much are vest

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-02 04:17:17 UTC
**Body** Those are a little more. But with my military discount I can get them for about $80

**Author** ▮ (Facebook: 100006647174287)
**Sent** 2021-01-02 04:17:34 UTC
**Body** A piece

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-02 04:20:21 UTC
**Body** A piece yep lol. Vest are expensive. But that's ==actually a good price for me because they go up to $200 a piece with the armor plating==

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-02 04:29:10 UTC
**Body** After DC I'm gonna get your address and we are going to send you a support hoodie in the mail as a thank you for your help

**Author** ▮ (Facebook: 100006647174287)
**Sent** 2021-01-02 04:58:12 UTC

Exhibit 8 - Page 12

**Author** █████████ (Facebook: 100006647174287)
**Sent** 2021-01-06 02:06:37 UTC
**Body** I have my ping on lol

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-06 06:27:22 UTC
**Body** Things got crazy tonight at BLM plaza. I posted video. Sorry for the cussing in it but that's what happens when you get into that warrior mode. We are gonna be at the stage where Trump is speaking at 7am. You wanna be there early to be in front. See you tomorrow.

**Author** █████████ (Facebook: 100006647174287)
**Sent** 2021-01-06 11:30:07 UTC
**Body** Lol 7

**Author** █████████ (Facebook: 100006647174287)
**Sent** 2021-01-06 11:30:47 UTC
**Body** We started in front of this statue walked around it and ended at the beginning it

**Author** █████████ (Facebook: 100006647174287)
**Sent** 2021-01-06 11:30:52 UTC
**Body** Patty sent a photo.
**Attachments** image-398222388170863 (398222388170863)
   **Type** image/jpeg
   **Size** 13714
   **URL** https://interncache-prn.fbcdn.net/v/t1.15752-9/p843x403/136530869_398222434837525_8304486524394188362_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsX2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&tp=6&oh=9a9e7d3072677c9586f2c9ac5b10e7f9&oe=604B07A3

Exhibit 8 - Page 13

race.. i like to call them a racist back.. it confuses them..

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2020-12-31 14:33:28 UTC
**Body** Haha

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-05 14:50:43 UTC
**Body** https://music.youtube.com/watch?v=c8C7i9kdEf8&feature=share
**Share** **Date Created** 2021-01-05 14:50:43 UTC
**Summary** To book the band, please contact: ▮▮▮▮▮▮▮▮▮▮▮ Like us on Facebook at: https://www.facebook.com/madisonrising Buy at Amazon.com - http://www.a...
**Title** Madison Rising - The Star Spangled Banner - YouTube Music
**Url** https://music.youtube.com/watch?v=c8C7i9kdEf8

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-06 06:35:56 UTC
**Body** You'd be getting you some blood here. Good night. Check out that live feed I made before we started fighting. Tomorrow will be epic and historic so keep an eye out tomorrow for live feeds as well. Trump talks to us around 11am. Fuck ANTIFA and BLM. They lost tonight and they're going to lose tomorrow.

**Author** ▮▮▮▮▮▮▮▮▮▮▮ Facebook: 100000574492210)
**Sent** 2021-01-06 14:03:05 UTC
**Body** Damn good to hear.. give em hell

**Author** ▮▮▮▮▮▮▮▮▮▮▮ Facebook: 100000574492210)
**Sent** 2021-01-09 00:45:37 UTC
**Body** Its time that Texas secede before its too late

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-09 00:53:22 UTC
**Body** Brother I know. I just got home a couple hours ago. It was a fucking battle up there.
I don't know if you have Parler but it's shut down now and Trump has been permanent removed from Facebook and Twitter. Supposedly we are fixing to go into a blackout on everything else. That's what I'm hearing. Parler isn't working so I know that's true. Things are fixing to be happening from what I'm hearing. I know all militia's have been activated and are mobilizing. We'll see

**Author** ▮▮▮▮▮▮▮▮▮▮▮ Facebook: 100000574492210)
**Sent** 2021-01-09 00:58:18 UTC
**Body** The commie left take over is in full action.. they r moving faster than i expected.. no i dont have parlor..

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-09 01:06:57 UTC
**Body** You sent a photo.
**Attachments** image-398236307924865 (398236307924865)
**Type** image/jpeg
**Size** 58857

Exhibit 8 - Page 14

**Body** Good!! Glad you're safe. Let us know when you can.

| | |
|---|---|
| **Thread** | (10220086641656043) |
| **Current Participants** | ▇▇▇ Facebook: 1224891854)<br>Lucas Denney (Facebook: 100011089424217) |

| | |
|---|---|
| **Author** | ▇▇▇ Facebook: 1224891854) |
| **Sent** | 2021-01-05 22:35:24 UTC |
| **Body** | Hey man. Donald asked me to friend you so I can send y'all some money. I saw on your account you are using Facebook pay? Idk what that is but I do know I don't have my bank accounts tied to Zuckercunt. Do y'all have something like zeille(sp?) or another option? |

| | |
|---|---|
| **Author** | ▇▇▇ Facebook: 1224891854) |
| **Sent** | 2021-01-05 22:35:43 UTC |
| **Body** | I'm currently at work rn so it'll take some time to respond |

| | |
|---|---|
| **Author** | Lucas Denney (Facebook: 100011089424217) |
| **Sent** | 2021-01-06 06:30:28 UTC |
| **Body** | Sorry brother I just was able to check this. ==Things got crazy at BLM plaza tonight.==<br>I do have zelle. I think you look me up by name and phone number. Chase bank, Lucas Denne▇▇▇<br>Thanks man. ==Tomorrow is going to be a historic day so keep an eye on my Facebook for live videos. I'll do them the best I can when we're not fighting.== |

| | |
|---|---|
| **Author** | ▇▇▇ Facebook: 1224891854) |
| **Sent** | ▇▇▇:34:24 UTC |
| **Body** | Jason sent a photo. |
| **Attachments** | image-1392230661117983 (1392230661117983) |
| | **Type** image/jpeg |
| | **Size** 25555 |
| | **URL** https://interncache-ldc.fbcdn.net/v/t1.15752-9/p843x403/135225994_1392230694451313_2197874441370520985_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ldc&tp=6&oh=bf0214cd8d9cae41420c04ae86720ae6&oe=60A50994 |

Exhibit 8 - Page 15

**Photo ID**
232795855094976

**Author** [redacted] (Facebook: 1558046396)
**Sent** 2021-01-10 03:14:32 UTC
**Body** https://m.youtube.com/watch?fbclid=IwAR3NhaJP13M-NIzocPzqfdIXn3nG-lNhGsjAJM1Elqm0nDDFwW_1Hgyy6O0&v=BKwQ-_pjXcI&feature=youtu.be

**Share**
**Date Created** 2021-01-10 03:14:32 UTC
**Summary** Very important stuff our country is at stake. This is not some random figure this is a high ranking ex general from the vietnam day's.
**Title** Lt Gen Tom McInerney Must watch Everything explained!
**Url** https://www.youtube.com/watch?v=BKwQ-_pjXcI

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-10 03:51:25 UTC
**Body** Yeah I seen that. I guess we'll just have to wait and see what happens for the next couple weeks

**Author** [redacted] (Facebook: 1558046396)
**Sent** 2021-01-12 20:46:52 UTC
**Body** So, what's with all of these police officers who were attacked? Why did it get to that point? Why would Trump supporters hurt the police? Did you see any of that going on?

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-12 21:06:59 UTC
**Body** I didn't see that. I was still at the speech when all it started. But I seen video of police in riot gear staged at the second set of barracades past the ones they opened voluntarily to let people in start shooting gas and flash bangs rounds into the crowd where it was peaceful and where there was women and children present. Some even had their dogs. So once that happened it started making everyone mad and agitated. I'm telling you, the whole thing was a set up.

**Author** [redacted] (Facebook: 1558046396)
**Sent** 2021-01-12 21:09:44 UTC
**Body** Oh I completely agree about the set up! But I saw video of a crowd of people pushing against the police repeatedly and even dragging one out and beating him with a flag pole. It's so unbecoming of Trump supporters, I just can't believe they would do that.

**Author** Lucas Denney (Facebook: 100011089424217)
**Sent** 2021-01-12 21:15:16 UTC
**Body** Oh wow. I didn't see that.
I know I heard a bunch of ANTIFA was in the crowd wearing MAGA hats or other clothes that aren't all black.
Now there were a lot of Patriots pushing back on the police riot shields trying to get through. But that was intentionally and

Exhibit 8 - Page 16

==unnecessarily started by a few of the police when they started throwing gas and flash bangs at the crowd that were just there yelling. There was women and children in the crowd. No one from what I seen was trying to go over barricades at that time. The whole thing was instigated on purpose.==

| | |
|---|---|
| **Author** | Lucas Denney (Facebook: 100011089424217) |
| **Sent** | 2021-01-13 01:03:21 UTC |
| **Body** | https://www.facebook.com/100057020664587/posts/166167668627254/ |
| **Share** | **Date Created** 2021-01-13 01:03:21 UTC |
| | **Title** Status Update |
| | **Url** https://www.facebook.com/permalink.php?story_fbid=166167668627254&id=100057020664587 |

| | |
|---|---|
| **Author** | Lucas Denney (Facebook: 100011089424217) |
| **Sent** | 2021-01-13 01:05:26 UTC |
| **Body** | Even this guy at the beginning of this video that is on some sports network it looks like was there and is saying that they were shooting innocent protesters with rubber bullets and gas. He's the black guy. Listen to what he says. |

| | |
|---|---|
| **Author** | ▓▓▓▓▓ (Facebook: 1558046396) |
| **Sent** | 2021-01-13 02:22:23 UTC |
| **Body** | I have read a ton of information, watched countless videos and had my hopes up more than a few times, all to no avail. It looks like nothing can be done at this point. My ultimate hope is in Christ, and I know how big the God we serve is, so I rest in His peace. A very good friend of ours has spent years teaching and writing about end time prophecy, he's a legitimate source, and he has been shedding light on the possibility that we're entering the time before Jesus comes back for His church. It's super interesting! I've been having to keep my eyes on Jesus in order to not be overcome with hopelessness at what our great nation is becoming. I'll send the good stuff your way! Some of it may be conspiracy, and false hopes, but it keeps that spark inside shining bright, regardless. Please continue to share anything you come across with me, the info may start getting harder to find going forward.<br><br>I case fb becomes obsolete to our family, my is ▓▓▓▓▓@gmail.com. |

| | |
|---|---|
| **Author** | ▓▓▓▓▓ (Facebook: 1558046396) |
| **Sent** | 2021-01-13 02:23:26 UTC |
| **Body** | https://rgm.me/prophecy-given-kenneth-hagin-1987-last-days/ |
| **Share** | **Date Created** 2021-01-13 02:23:26 UTC |
| | **Summary** The seer shall stand on the horizon of time and see that which God has planned and know its purpose. Standing on the horizon of time, he shall look back into the realm of time and see that which the enemy has planned. Yeh, yeh, yeh saith the Lord of hosts – This is the […] |
| | **Title** A Prophecy Given By Kenneth Hagin In 1987 On The Last Days - Randall Grier Ministries |
| | **Url** https://rgm.me/prophecy-given-kenneth-hagin-1987-last-days/ |

Exhibit 8 - Page 17