1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,              No. 1:22-cr-0070

5         vs.                          Washington, DC
                                       July 21, 2022
6    LUCAS DENNEY,
                                        1:13 p.m.
7              Defendant.
     _____/
8

9

10             TRANSCRIPT OF SENTENCING HEARING
          BEFORE THE HONORABLE RANDOLPH D. MOSS
               UNITED STATES DISTRICT JUDGE
11

12
     <u>APPEARANCES:</u>
13

14   For the Government:    **JENNIFER ROZZONI**
                                 DOJ-USAO
15                               201 3rd Street, NW, Suite 900
                                 Albuquerque, NM 87102

16                           **BENET KEARNEY**
                                 DOJ-USAO
17                               One Saint Andrew's Plaza
                                 New York, NY 10007
18

19   For the Defendant:     **WILLIAM SHIPLEY, JR.**
                                 Law Offices of William L. Shipley
20                               841 Bishop Street, Suite 2201
                                 Honolulu, HI 96813
21

22

     Court Reporter:        **JEFF M. HOOK**
23                               Official Court Reporter
                                 U.S. District & Bankruptcy Courts
24                               333 Constitution Avenue, NW
                                 Room 4700-C
25                               Washington, DC 20001

**P R O C E E D I N G S**

**DEPUTY CLERK:**  This is criminal action 22-70, the United States of America v. Lucas Denney.  The defendant is present and in the courtroom.  Counsel, starting with the government, followed by defendant -- defense counsel and then probation, please approach the podium and identify yourselves for the record.

**MS. KEARNEY:**  Good afternoon, Your Honor.  Benet Kearney and Jennifer Rozzoni for the United States.  And also present at counsel table is Special Agent James Ferris from the FBI.

**THE COURT:**  Okay, good afternoon.

**MR. SHIPLEY:**  Good afternoon, Your Honor.  William Shipley on behalf of defendant Lucas Denney who is present in court with counsel.

**THE COURT:**  Okay, good afternoon.

**MS. BAKER:**  Good afternoon, Your Honor.  Sherry Baker on behalf of the probation office.

**THE COURT:**  Thank you for being here.  So we're here this afternoon for a sentencing in the United States vs. Lucas Denney, 22-cr-70.  One thing as a preliminary matter I wanted to raise is that we received a request to have the public line open in light of COVID, and I've indicated that that's acceptable to the Court so that people don't unnecessarily need to expose themselves to the virus

1    to be able to observe today's proceedings.  But I want to

2    make sure there's no objection to that.

3         **MR. SHIPLEY:**  No objection by defense, Your Honor.

4         **MS. KEARNEY:**  No, no objection from the

5    government.

6         **THE COURT:**  Okay.  I will then order, though, that

7    anyone who is listening on the public line, that you may not

8    record or rebroadcast these proceedings, which is consistent

9    with the rules -- Federal Rules of Criminal Procedure and

10   this Court's rules.

11        In addition, Mr. Shipley, my courtroom deputy I

12   believe received an e-mail from someone where she didn't

13   recognize the name that had a file attached to click on

14   which may or may not have included letters.  But in any

15   event, we have not -- and she responded to you by saying to

16   you that:  I don't know who this is, and this isn't how

17   things are filed in this Court.  And therefore, I'm not

18   going to open this up because I don't know whether it's safe

19   to open it or not.  If you want to submit something, you

20   need to do it.

21        We have not heard anything further from you, so we

22   don't have any letters that you were going to submit.

23        **MR. SHIPLEY:**  Your Honor, I believe that's what

24   those were, they were the character letters that we had

25   collected as of yesterday.  Mr. Marshall and I were

1    traveling, and I thought we gained the -- or we obtained the

2    advice on how to properly submit those and make them part of

3    the record before today.  I apologize, Your Honor, I know

4    that there's no real way to get those now.  Mr. Denney will

5    speak on his own behalf obviously.

6         **THE COURT:**  Well, no, we'll make sure I get copies

7    of them before I impose sentence.

8         **MS. KEARNEY:**  Your Honor, the government has

9    downloaded them.  If there's some point where we take a

10   break, we can try to print those.

11        **THE COURT:**  Well, I think when you hear what I

12   have to say on other things, I think we're going to be going

13   a while here.  So that leads me to my more substantial

14   questions about how we should proceed.  Quite frankly, I

15   want counsel's input on this, because this is an unusual

16   case.  Usually by the time I come to sentencing, there is an

17   agreed statement of the offense that occurred.  And usually

18   there's quite a bit of agreement with respect to what's in

19   the presentence report.  There may be one or two things

20   where there is a need for the Court to resolve differences.

21        In this case, I don't have an agreed statement of

22   the offense.  I have something that purports to be an

23   affidavit from the defendant, but it's not signed under the

24   penalty of perjury.  And one of the questions I have is if

25   the defendant is going to be offering evidence about what

1    happened that day, whether that should be subject to

2    cross-examination.  And it also needs to be under oath if

3    I'm making factual findings.

4         But my bigger question is, is that it seems to me

5    that this may be an unusual sentencing in that I'm going to

6    just have to go through and decide by a preponderance of the

7    evidence what happened that day, and make factual findings

8    about what happened that day which means that I think I'm

9    going to need to have a hearing on all of these things, and

10   the parties are going to have to submit competent evidence

11   to the Court.  And then I'm just going to have to make

12   findings of fact in light of the extent of, at least what I

13   perceive to be, the disagreement between the parties.  I may

14   be wrong about the extent of the disagreement, and I'm happy

15   to hear that.

16        That also raises to my mind perhaps an even more

17   significant question, which is I'm not at all sure that the

18   defendant's description now of what happened is consistent

19   with his plea of guilty and what he told me under oath in

20   court when he entered his plea of guilty.  And in

21   particular, the defense is asserting that the enhancement

22   for use of a dangerous weapon should not apply here because

23   Mr. Denney never actually struck the officer; that it was

24   not his intention to strike the officer, it was only his

25   intention to hit the device that the officer was using to

spray a substance for crowd dispersal purposes -- whether it
was OC spray or some other spray, but he was spraying
something; and has said that it was not his intent to
actually hit the officer, that his intent was only to hit
this device that was in his hand.

          To my mind, it is actually quite a difficult
question as to whether section 111(b) and the enhancement
have the same elements or different elements.  And the D.C.
Circuit, in a case entitled United States vs. Arrington,
which is at 309 F.3d 40, in an opinion by Judge Garland,
wrote that:  "A violation of section 111(b) requires the use
of a deadly or dangerous weapon in the commission of one of
the acts described in (a)."  But it then goes on to say
that:  "For an object that is not inherently deadly, the
government concedes that the following additional element is
required:  The object must be capable of causing serious
bodily injury or death to another person, and the defendant
must use it in that manner."

          And when I look at the defense's sentencing
memorandum, the defense in its sentencing memorandum says
that Mr. Denney did not use this piece of PVC piping in the
manner of a dangerous weapon.  I don't know whether that's
right or not, and I certainly can see theories to my mind in
which he certainly did so.  Among other things, even if one
accepts his version of the facts and that his sole purpose

1   was to hit the pepper spray or OC spray gun out of the

2   officer's hands, given what was going on at that point in

3   time, that strikes me as something that would have likely --

4   more likely than not have imperiled the well-being and

5   safety of that officer.  Among other things, somebody very

6   likely would have picked that device up and used it directly

7   on the officer at a very close range.

8          And you see video of other officers who were being

9   sprayed, including one -- it's quite horrifying, that

10  happens apparently right before this happens where there is

11  an orange substance that is sprayed directly into the face

12  of one of the officers, and you hear him retreat in agony as

13  this is done.

14         But I need to be in a position in which I can

15  determine whether the plea is a valid plea, and whether we

16  should go forward with the plea; and how I reconcile the

17  plea and what the D.C. Circuit said in the Arrington case

18  about the elements of a 111(b) violation, and what the

19  defendant is now saying about the enhancement.  So that's

20  just one aspect of, I think, the factual uncertainty that

21  surrounds today's proceedings.

22         So before we jump into the proceedings, what I

23  would like to do is just hear from the parties about how

24  they think we should proceed in light of these issues.  No

25  one has briefed the legal question as to whether section

1   111(b) and the enhancement mirror one another.  I actually

2   myself can read Arrington in a way in which I can see some

3   daylight between what's required under Arrington and what is

4   required for the enhancement to apply.

5        And in particular, one possible reading of

6   Arrington is that when the D.C. Circuit is saying use the

7   innocuous device in the manner that is capable of causing

8   serious bodily injury or death to another person, that

9   essentially what that means is if you're driving a car down

10  the road for transportation purposes, you're not using that

11  as a deadly device.  On the other hand, if you're chasing

12  somebody down the road who's running away with the car, you

13  are using the car in the manner of a deadly device.  Even if

14  it's not your intent to actually run the person over, and

15  your intent is to scare them or your intent is to hit

16  somebody else or hit something else, but if you're chasing

17  them intentionally down the road and using it in that

18  manner.  And maybe that's all it means, whereas the

19  enhancement actually requires an intent to cause serious

20  bodily injury.

21       But all I mean to be doing at this point is just

22  teeing the issues up for the parties to get your input on

23  how I should proceed.  To my mind, I think there are just

24  two overarching questions.  One is making sure that we

25  should go forward in light of any questions that may exist

1   with respect to the plea in this case.  And two, assuming we

2   do go forward, that what type of factual hearing is going to

3   be necessary for me to resolve what I think are a whole

4   range of factual issues about what happened, both that day

5   and in preparation for that day.

6           And one final word before we -- I hear from the

7   parties on this.  I can read to you from this document

8   that's entitled an affidavit from Mr. Denney where he now

9   says:  "I did not swing the pole in any manner targeting

10  Officer KK's torso or head.  He was not my intended target.

11  I was aiming for the device he was holding, the same device

12  I tried to snatch out of his hand just moments earlier."

13  And then if you look at what Mr. Denney said under oath

14  during the plea colloquy, I said, among other things:  "Do

15  you acknowledge that you forcibly hit that individual?"  And

16  that's Officer KK.  "Yes, sir."  And then later I said:

17  "And you did so intentionally?"  And he said, "Yes, sir."

18          "And do you acknowledge that the pipe that you hit

19  the officer with was a dangerous weapon?"

20          "Yes, sir."

21          I just find it hard to reconcile those statements

22  with what the defense is now saying.  I've spoken enough, at

23  least as a preliminary matter, so why don't I go ahead and

24  hear from the parties.  Why don't I start with the

25  government.

1          Ms. Kearny, do you want to address how we should

2    proceed in light of my questions?

3          **MS. KEARNEY:**  Thank you, Your Honor.  I think I'd

4    like to take a few minutes --

5          **THE COURT:**  Why don't you come to the podium, I'm

6    sorry.

7          **MS. KEARNEY:**  Thank you, Your Honor.  If you don't

8    mind, I'd like to just discuss it with my co-counsel for a

9    few minutes.

10          **THE COURT:**  Well, I think maybe what we should do

11   is adjourn for 10 minutes, something like that -- you tell

12   me how long.  Because it may be that Mr. Shipley wants to

13   think a little bit about this, and maybe you may even want

14   to have a conversation with Mr. Shipley about how we should

15   proceed which would be a good idea as well.

16          **MS. KEARNEY:**  I do have one additional request,

17   Your Honor.  We do have three victims who would like to make

18   statements to the Court today.  So even if we do adjourn, if

19   they could be heard today rather than coming back, I think

20   that would be --

21          **THE COURT:**  I have no objection to that, I think

22   that's a good idea.

23          **MS. KEARNEY:**  Thank you.

24          **THE COURT:**  Mr. Shipley, does it make sense to you

25   to just adjourn for 10 or 15 minutes?

1          **MR. SHIPLEY:**  That's fine, Your Honor, because I

2     do need to discuss this with Mr. Denney, and I would like to

3     discuss it with government counsel.  Because I think we can

4     probably resolve some of these issues, narrow the issues in

5     dispute before the Court; and if we have to come back on

6     another day, have a much more productive exercise in a

7     shorter period of time.  These are all things that I think

8     had occurred to me as we were preparing, that there's lots

9     of unanswered questions to address here in one afternoon.

10    And to approach it in a more systematic fashion might be

11    best dealt with by coming back after we have a little more

12    narrowed focus.  So let me explain it to my client, and then

13    I think I can give you better input on where we stand.

14          **THE COURT:**  All right.  So it is 1:25 right now.

15    Why don't we come back at 20 minutes of 2:00, and then we

16    can talk about how to proceed.  And I certainly will hear

17    from the victims who are here today.  I don't want to do

18    anything to impose any additional burden on them.  Thank

19    you.

20          (Off the record at 1:28 p.m.)

21          (Back on the record at 1:46 p.m.)

22          **THE COURT:**  Ms. Kearny, do you want to --

23          **MS. KEARNEY:**  Thank you, Your Honor.

24          **THE COURT:**  -- how we should proceed.

25          **MS. KEARNEY:**  We've taken a few moments to discuss

1    with Mr. Shipley, and what the parties propose is that we

2    brief the issue first of whether the plea colloquy and the

3    affidavit are in fact inconsistent.

4          **THE COURT:**  Okay.

5          **MS. KEARNEY:**  And second, whether the statute --

6    the statutory language and the enhancement language are

7    coterminous.

8          **THE COURT:**  Okay, that's fine.  Did you discuss a

9    schedule?

10         **MS. KEARNEY:**  We did not.  I actually defer to

11   Mr. Shipley who will be the one traveling.

12         **MR. SHIPLEY:**  Your Honor, obviously a lot of dates

13   are tentative here.  Like, for example, I'm set for trial

14   before Judge McFadden on the 28th of --

15         **THE COURT:**  I'm sorry, I just want to make sure

16   the court reporter can hear you.  Maybe you better come to

17   the podium.

18         **MR. SHIPLEY:**  I actually have a pretrial

19   conference tomorrow morning with Judge McFadden set for a

20   case set to go to trial August 28th.  Whether we'll go to

21   trial August 28th or not is still a little bit of an open

22   question.  So I'm happy to set it around that time when I

23   expect to be back here.  And then if that trial goes off,

24   I'll just make it work.

25         But what I would like to do is if we could simply

1   put this off today, and then allow me to look at my

2   calendar, get back with your clerk and the prosecutor and

3   agree upon a date to be set, that's fine.  As I said, I

4   think that there are issues here we can narrow, and legal

5   issues we can brief that will assist the Court in getting

6   this matter to a conclusion.

7           **THE COURT:**  Okay.  So why don't I do this then --

8   and today's the 21st, why don't I direct that on or before

9   the 29th of July, the parties will file a joint status

10  report with the Court in which they will propose a schedule

11  for further briefing and for a further hearing and

12  sentencing in this matter.  And you can jointly contact the

13  courtroom deputy to find available days for the sentencing

14  hearing.

15          **MR. SHIPLEY:**  Okay.  In that same status report,

16  would the Court like us to attempt at this point to try to

17  narrow the issues and focus on just the issues that both

18  sides believe are in dispute and the Court will have to

19  resolve?

20          **THE COURT:**  Narrowing the issues is always a good

21  idea.  The one thing I will say, though, is I'm not -- to

22  the extent your view is that the only issue here is the

23  assault on Officer KK, and that nothing else is properly in

24  front of the Court for purposes of sentencing, I don't agree

25  with that.  So that's not a narrowing that I think is

1    helpful, to simply say that it's just about the assault on

2    Officer KK.  I do think the events of the day and the events

3    leading up to it are relevant for sentencing.

4         **MR. SHIPLEY:**  I don't disagree, subject to some

5    nuance in there.  But I can make that -- I can make my

6    position in writing, the government can make their position

7    in writing and then we can go forward.

8         **THE COURT:**  That's fine.  Does that schedule work

9    for the government as well, just on the 29th to give me a

10   joint status report?

11        **MS. KEARNEY:**  Yes, Your Honor.  And to be clear,

12   we'll address whether we believe we need a more evidentiary

13   style hearing or simply a sentencing proceeding.

14        **THE COURT:**  Yes, and I think -- I mean, unless the

15   parties are able to reach agreement and I'm able to then

16   have somebody attest to the accuracy of that agreement, I

17   think we may well need an evidentiary hearing.  I mean, I

18   certainly came in this morning thinking we're going to need

19   it.  You may be able to reach agreement in ways in which

20   Mr. Denney attests to the facts in ways that resolve that.

21   But I suspect we're going to need an evidentiary hearing, at

22   least on something at this point.

23        **MS. KEARNEY:**  Understood.  Thank you.

24        **THE COURT:**  So that's fine.  Then Ms. Kearny,

25   unless there was anything else you wanted to raise, I'd be

1    happy to hear from the victims at this point.

2         **MS. ROZZONI:**  Your Honor, if I may, we have three

3    victims here today, and we'd like to start with former MPD

4    officer Michael Fanone who will address the Court.  He has

5    some place to be -- he's a little bit out of order, but he

6    has some place to be, so if he may approach the podium.

7         **THE COURT:**  That's fine, thank you.  Typically I

8    don't think it's necessary with respect to a victim

9    statement, but the Deputy Clerk asked whether the victims

10   should be sworn.

11        **MS. ROZZONI:**  Your Honor, I've never actually

12   sworn a victim for a victim impact statement, so I wouldn't

13   do it here necessarily.

14        **THE COURT:**  Yeah, I haven't seen it either.  Any

15   objection to proceeding without the swearing?

16        **MR. SHIPLEY:**  No, Your Honor.

17        **THE COURT:**  Okay.  Officer Fanone.

18        And I can say, Officer Fanone, before you get

19   started that I watched the videos, and I actually saw you

20   personally on those videos.  So you may be able to add some

21   detail for me, but I did see you there and was aware of how

22   horrific the circumstances were that you and some of the

23   other officers faced that day.

24        **MR. FANONE:**  Thank you, Your Honor.  And good

25   afternoon, sir.  As I was introduced, I'm former

1   Metropolitan police officer, Michael Fanone.  I worked with

2   the Metropolitan Police Department for almost 20 years,

3   beginning my career in 2001 as a United States Capitol

4   police officer, and then lateralling to the Metropolitan

5   Police Department approximately one year later.  During that

6   time, Your Honor, I served the vast majority of my career as

7   a First District officer in patrol, vice and then crime

8   suppression.  But obviously, what brings me here today is

9   the events of January 6th, 2021 and Mr. Denney's actions on

10  that day, and the actions of many other Americans.

11         On Wednesday, January 6th, 2021, Congress met in a

12  joint session to count the electoral votes and certify the

13  2020 election results.  Due to the significance of that

14  date, a pro-Trump organization planned a large scale First

15  Amendment assembly opposing the 2020 election results.  This

16  assembly took place on the ellipse in front of the White

17  House in which the president attended the event and

18  delivered a speech to the crowd.

19         At approximately 12:00 hours, during President

20  Trump's speech, intelligence assets of the Metropolitan

21  Police Department began reporting that large numbers of the

22  estimated 30,000 attendees were starting to migrate towards

23  the United States Capitol building.  In response to this

24  movement, the Civil Disturbance Unit branch director,

25  Lieutenant Andrew Horos, began repositioning CDU platoons to

1    cover areas between the White House and the United States

2    Capitol.

3            At approximately 12:45 hours, one group converged

4    on the west lawn of the United States Capitol and quickly

5    overran the outermost fencing and line of the United States

6    Capitol police officers.  The group pushed their way to the

7    inaugural stage in the lower west terrace of the United

8    States Capitol where a greatly outnumbered United States

9    Capitol Police force barely held the police line to prevent

10   the demonstrators from entering the Capitol.  The United

11   States Capitol Police command staff, realizing they were

12   vastly outnumbered, placed a 1033 distress call for the

13   Metropolitan Police Department to respond and help defend

14   the U.S. Capitol.  It should be noted, Your Honor, that this

15   was not a mere officer in distress call, as I'm sure you're

16   familiar with hearing throughout your years of service.

17   This was an agency in distress call.

18           Inside the Capitol for the joint session was every

19   member of Congress and Vice President Michael Pence, and the

20   Capitol Police recognized that they were in grave danger.

21   At approximately 13:05 hours, Special Operations Division

22   Commander Robert Glover and Lieutenant Ronald Wilkins of the

23   Sixth District -- with whom I served for many years at the

24   First District, and Captain Daniel Harrington were among the

25   first MPD officials to reach the U.S. Capitol, along with

1   the CDU platoon, 64 from the Sixth District, and 44 from the

2   First District.   The members were the initial response to

3   the west terrace of the United States Capitol where

4   thousands of demonstrators had now converged and were

5   attempting to force their way into the building.

6          Commander Glover made a quick assessment and

7   realized the gravity of the situation.  He began setting

8   lines of defense, and ordered additional MPD CDU units

9   dispatched to the west terrace.  Commander Glover organized

10  a plan of defense, and incorporated remaining United States

11  Capitol Police units into an organized and cohesive unit to

12  defend their position.  For more than 90 minutes, MPD CDU

13  and members of the United States Capitol Police engaged in

14  hand-to-hand combat with the now extremely violent group

15  attempting to storm the United States Capitol.

16          During the initial engagement on the west terrace,

17  MPD members were subjected to repeated onslaughts of

18  projectiles that included metal piping which had been ripped

19  from the scaffolding, rocks, bottles, any form of projectile

20  that the demonstrators could use as a weapon to inflict

21  injury on the police.  In addition to the projectiles, these

22  demonstrators used improvised commercial grade fireworks and

23  bear spray against the defending officers.  The MPD members

24  who were on the steps of the west terrace fought gallantly

25  and courageously using less than lethal fired munitions,

1   hand-thrown munitions, CS gas, asp batons and their hands to

2   keep the crowd at bay until Vice President Pence and members

3   of Congress could be safely evacuated from the Capitol

4   building.

5            At approximately 14:35 hours, with rapidly

6   mounting injuries and most of the MPD's less than lethal

7   munitions expended, the defending officers were forced to

8   conduct a fighting withdrawal back to the United States

9   Capitol building entrance.  The goal was to reestablish a

10  defensive line in an attempt to keep the crowd, that had now

11  swelled to approximately 20,000, from storming the Capitol.

12  During the fighting retreat, many of the CDU units were

13  split up from their platoons and platoon leaders.  While

14  most of the MPD members made it inside the west terrace and

15  continued to evacuate to a higher level, a small group of

16  separated MPD members entered the Capitol through the west

17  terrace exit.  This doorway is on the midlevel of the west

18  terrace.  Members quickly realized that there were only a

19  handful of U.S. Capitol police officers left there to defend

20  it, approximately seven.

21           The MPD group, led by Commander Ramey Kyle and

22  assisted by Lieutenant Ronald Wilkins and then Lieutenant,

23  now Commander, Jason Bagshaw quickly realized the

24  vulnerability and the direct access to both House and Senate

25  chambers from this doorway at the west terrace exit.  We

1    would later learn that many members of Congress were hiding

2    only a few feet away from the lower west terrace tunnel.

3          Commander Kyle gave the order to hold the door at

4    all costs.  The members did not know the significance at

5    that time of the west terrace exit, that it is the hallway

6    and doorway that the president-elect exits from to take the

7    oath of office on inauguration day.  With the handful of

8    officers who separated from their platoons, the officials

9    assessed the casualty status, which was grave, of the

10   remaining officers, and formed a plan to put the least

11   wounded and officers equipped with protective gear at the

12   entrance to the hallway, and hold the line while the other

13   officers would form a human blockade behind them.

14         Commander Kyle, positioned on top of the baggage

15   X-ray machine inside of the doorway where he had a line of

16   sight, rallied the handful of officers.  Commander Kyle told

17   us that this was our stand, and we are not retreating any

18   further.  With his command presence, the remaining officers

19   prepared for the onslaught of rioters who were amassing at

20   the bottom of the steps, of which Denney was a part of.

21         We reorganized from the barrage of CS gas that had

22   covered us and the officers' withdrawal from the open

23   terrace.  Within minutes of establishing a defensive

24   position at the entrance, the violent group of rioters

25   forced their way up the landing steps.  The rioters used a

1   hammer to smash through the glass on the doors.  They pushed

2   their way in, confronting the officers at the west terrace

3   exit.  It should be noted that many of these officers had

4   deployed to the initial 1033.  They were there to assist the

5   United States Capitol Police in haste.  They did not have

6   their protective masks with them, and had been involved in

7   this fight for more than an hour.  These officers were

8   exhausted, injured, some severely, and suffering from

9   chemical irritant exposure.

10          With the door being secured by the original 30 to

11  40 separated members, and many that were wounded, this push

12  quickly turned violent as the demonstrators realized that

13  this was the only way to gain access to the Capitol building

14  from the west side terrace; and that this particular

15  entrance gave them access to the rotunda and both chambers

16  of Congress.  The violence escalated to violent hand-to-hand

17  combat within a very tight confined space.

18          These initial members faced an onslaught of

19  projectiles ranging from batteries, shoes, flagpoles,

20  hammers, ladders, sledgehammers and other debris.  Further,

21  the rioters continued to use bear spray and other chemical

22  irritants at point blank range on the officers.  These

23  members showed unmatched courage and heroism by refusing to

24  retreat out of the hallway, continuing to fight while

25  injured, and refusing entry to the demonstrators.

1           Within 30 to 40 minutes, several additional MPD

2    members -- myself included, from varying units were able to

3    fight their way through the Capitol building from the east

4    side and locate these members and assist.  It was upon the

5    arrival of these units that it was learned that the rioters

6    had entered the U.S. Capitol from the east side and had

7    stormed the rotunda and entered the crypt, seized control of

8    both chambers of Congress, and essentially cut off this

9    small force from defending officers from all sides.  We were

10   surrounded.

11          When the additional members arrived, and realizing

12   it would be a prolonged fight before any sizable relief

13   force would be able to assist, Commander Kyle, Sergeant Paul

14   Riley and Sergeant Terry Thorn organized a system of front

15   line relief for the beleaguered and battered members of the

16   front door.  Lieutenant Wilkins and Lieutenant Bagshaw

17   organized the members -- again, me included, into squad

18   sized elements, coordinated the defense of the rear steps

19   that led down to the entrance, and established a casualty

20   collection point in one of the adjacent hallways.

21          The members began pulling the original battered

22   officers, some of whom who had lost consciousness, back into

23   the hallway where other officers were attempting to attend

24   to them.  With no availability to get medical personnel into

25   that area, these officers, without hesitation, cared for

1   each other until they were physically able to pick

2   themselves back up and go back out on the line.

3           During the battle for the west terrace exit, the

4   demonstrators pushed the lifeless body of an adult female

5   demonstrator to the front of the police line at the door.

6   The members were able to pull this female through the police

7   line into the hallway.  MPD officers, despite all this chaos

8   and violence, and a member of the U.S. Park Police performed

9   CPR and utilized an AED on the female, but they were unable

10  to resuscitate her.  The female was eventually evacuated

11  from the building using an improvised stretcher.  To this

12  day, it's absolutely unbelievable to me that these officers

13  would have the presence of mind to take the time in the

14  midst of an onslaught and render aid to a member of this

15  violent group.

16          During the onslaught at the door, I was dragged

17  from the front of the police line, pulled into the crowd and

18  violently beaten and electrocuted with a stun gun.  The

19  attackers attempted to remove my pistol from my utility

20  belt.  However, they were unsuccessful.  I was eventually

21  dragged back to the police line by demonstrators who

22  intervened on my behalf.  It is likely without the

23  intervention of those demonstrators, I would have lost my

24  life.

25          At approximately 16:40 hours, Lieutenant Ronald

1    Wilkins radioed the last of many 1033s from this position,

2    and advised that they would only be able to hold the

3    position for another 10 minutes based on the amount of

4    casualties that they were taking.  In response, Commander

5    Glover organized and coordinated a rapid response push with

6    MPD CDU members and members of the Prince George's County

7    Police Department's Civil Disturbance Unit to clear the

8    upper terrace and deprive the rioters of the high ground.

9    This push allowed for additional officers from MPD's DSO

10   unit and the Virginia State Police Civil Disturbance Platoon

11   to reach the west terrace exit from within the Capitol

12   building.  With additional munitions and manpower to make

13   the final push, the beleaguered and battered MPD members

14   were able to clear the doorway entrance in the adjacent west

15   terrace.  Those officers did not lose the door.

16            It should be remembered that on January 6th, 2021,

17   over 850 members of the Metropolitan Police Department

18   responded to the U.S. Capitol to defend it from what is now

19   described as a violent insurrection.  These members

20   responded without hesitation, and fought to restore

21   democracy with valor.  Further recognition should be given

22   to those members who at first started as a mixed match group

23   of MPD officers and officials, but made the decision and

24   commitment to make a stand and not to give up that door at

25   any cost.  These members, some of who were already injured

1   prior to withdrawing from the entrance, fought through

2   countless injuries, chemical irritants, head injuries --

3   some with loss of consciousness, to defend a small strip of

4   hallway against thousands of violent demonstrators.  These

5   members showed extraordinary heroism and selflessness at the

6   cost of their own safety, and above all, the call to duty.

7   I'm very proud to have served with those officers, two of

8   whom are here in the courtroom today.

9           Your Honor, as a result of my efforts, I sustained

10  a traumatic brain injury, a heart attack and suffered for a

11  long time, not just with PTSD, but as I'm sure you know,

12  because of the events of this day, I lost a career that I

13  loved dearly.

14          With regard to Mr. Denney, it is not lost upon me

15  that you will most likely hear him argue that this plea is

16  evidence of acceptance of responsibility for his actions on

17  January 6th.  Listening to the reading of the affidavit only

18  solidifies my belief that that is not the case.  It is more

19  likely that Mr. Denney rushed into this plea in an attempt

20  to avoid facing additional charges for his actions, of which

21  it is obvious he cannot accept full responsibility for at

22  this time.  I do not care how much time Mr. Denney is

23  sentenced to.  Whether it is one day or a hundred thousand

24  days makes no difference to me, I'm only interested in what

25  Mr. Denney does with those days.  And I hope from the bottom

1    of my heart that he suffers.

2             Thank you, Your Honor.

3             **THE COURT:**  Well, thank you, Officer Fanone.

4    Before you step back, let me say to you that it's not often

5    as a judge sitting in court that you hear and see something

6    that makes you proud to be an American.  And what you and

7    your fellow officers did that day to protect our nation, to

8    protect our Capitol, to protect our democracy was

9    extraordinary.  We all, every one of us in this country,

10   owes you and your fellow officers a tremendous debt of

11   gratitude.

12            I know you have suffered personally for what

13   happened, and it's true of many others that day.  But you

14   didn't come to work that day thinking that it was your job

15   to protect democracy from assault.  You didn't come to work

16   that day thinking that it was your job to protect an assault

17   that could have resulted in the death of members of Congress

18   or the vice president of the United States.  And when called

19   upon, you and your fellow officers stood up and did what you

20   had to do.

21            And I've watched the videos, a small portion of

22   them -- because I know there are many, many of them.  But I

23   watched what happened in that tunnel that day, and what you

24   and your fellow officers did that day is nothing short of

25   heroic.  The word heroic gets overused, and using it in this

1    context is not an overuse.  So thank you.

2         **MR. FANONE:**  Thank you, Your Honor.

3         **MS. ROZZONI:**  Your Honor, the next victim is MPD

4    Sergeant KK, the person that Mr. Denney swung the pole at.

5         **THE COURT:**  Okay.

6         **SERGEANT KK:**  Good afternoon, Your Honor.

7         **THE COURT:**  Good afternoon.

8         **SERGEANT KK:**  I prepared a short statement today,

9    but I think I'm going to expand on that slightly after what

10   I've seen and heard today.  So yes, currently I'm a

11   detective sergeant with the Metropolitan Police Department.

12   That day I was what we call a squad leader -- maybe you'd

13   refer to it as a squad leader for a rapid response CDU

14   platoon.  So I was commanding a group of young men and women

15   on that day.

16        That day, I was part of CDU 12 which was the first

17   rapid response -- excuse me if I try to keep my composure,

18   the first rapid response platoon that was called to the

19   Capitol on the western front when things got out of control

20   as Officer Fanone described.  So I was present from the very

21   beginning until I was injured ultimately in the tunnel, as

22   it's been referred to.  I can't say exactly, but I think it

23   was approximately over three hours of time, maybe more --

24   three and a half hours, I can't remember exactly, from the

25   very beginning when I got there dealing with the crowd to

1    the time when I was finally hurt.

2            So I'll read my statement, and then I'll continue

3    on from there.  I might make some changes.  I normally don't

4    get emotional, but today is my first time dealing with

5    this -- which I don't really think of, to be honest, very

6    much.  I usually have a pretty hard exterior.  So I wrote

7    this today which, in revelation of what I've found out

8    today, is quite interesting based off of I guess the

9    affidavit submitted by the defendant.  So I don't know if

10   this will be entered into the record or not, but I think it

11   might hold some relevance.

12           So what I wrote is I've struggled to put this

13   statement together -- well, today obviously.  The encounter

14   with the defendant is actually one of the days I vividly

15   remember in those three plus hours.  This one stood out as

16   one of the few that I remember when I was on that post

17   trying to keep the crowd under control from getting past us.

18   I spent hours last night awake -- I went to bed, but I

19   couldn't go to bed.  I was up hours last night trying to

20   think of what I would say today, so it's been difficult.

21           So I had a hard time of trying to think of what to

22   say on my own behalf, because I felt the weight of the day.

23   And the weight of the day -- yes, I had my own experience,

24   but there were people that were with me, the fellow

25   officers.  But also the public and the American -- you know,

1    every American citizen around the country.  So coming here

2    today, I was actually -- I guess the word could be scared,

3    to provide a statement, because I felt it's not just my

4    statement that I'm giving, it's a bunch of people's

5    statements.  Because all of us probably here were affected

6    in some way from that day; if it's not physical, our

7    emotional connection to what we love in this country.

8            So let me get back to my statement.  So that day,

9    I suffered a lot of physical and emotional pains.  At the

10   end of the day, after I guess I think it was about three and

11   a half hours of fighting the protesters, I suffered a bunch

12   of injuries and pains that I never before in my -- at the

13   time I think it must have been like 12 years or so give or

14   take, in my career.  I had been through quite a bit in my

15   career where people have personally tried to harm me or kill

16   me.  But this was much different than all those, because at

17   least those individuals were doing those actions, in my

18   view, for their own personal freedoms or so they could get

19   away or they wouldn't have to answer for whatever it was

20   that they were -- whatever the situation was that arose.

21           But this day was different to me, because these

22   assaults on us were not just -- they weren't in the sense of

23   them trying -- these individuals trying to get away, it was

24   in the sense of them wanting to harm us, and to achieve

25   their ultimate goal of whatever each one of them had in

1    their own mind -- and God knows what it may be.

2         So I suffered physical injury.  I suffered many,

3    many bruises and pains.  For weeks I was in pain.  I

4    suffered multiple chemical burns all over my body.  I can't

5    even give you a number of how many times I was sprayed with

6    bear spray, OC spray, unknown chemicals in the face.  I was

7    one of the ones that unfortunately left my mask and

8    protection in the vehicle, so I suffered the onslaught of

9    almost everything that day.  And my body burnt for nearly a

10   week.  Every shower I took, my body was burning for six

11   days -- if I remember correctly, almost an entire week.  It

12   was very unpleasant.

13        But in relation to this defendant specifically,

14   the one thing that upset me the most is my understanding

15   that he possibly served in the military and was involved in

16   law enforcement.  And I remember -- I remember when I took

17   the oath when I became a U.S. Marine at the age of 17, and I

18   took the oath to go fight in Iraq OEF, in Operation Enduring

19   Freedom, because I watched September 11th in high school on

20   the TV.  So I graduated early, joined the Marine Corps at 17

21   and took that oath that a lot of us as prosecutors, law

22   enforcement, Your Honor, everybody takes to uphold and

23   defend this Constitution and the citizens of this country.

24        That stood out in my mind very vividly last night

25   into today.  I didn't take that oath once, I took it

1   multiple times, when I became a police officer as well.  So

2   the first thing I thought about was this defendant must have

3   taken that oath at least once or twice in his profession in

4   the past.  And I've held that oath -- it's a hallmark of a

5   my life, of course it's my profession.  But I've never been

6   more proud to be an American and a citizen of this country

7   traveling the world, fighting for my country, up until now

8   serving the District of Columbia.  I've never been more

9   proud to do what I do.  I could have done anything I wanted

10  to do.  I didn't go to school for this, but I chose to do

11  this because it's my passion.  And I hold that oath near and

12  dear to my heart.

13          So that was the most disturbing aspect of this,

14  because I couldn't understand in the defendant's mind how he

15  can take something like that and totally disregard it, and

16  commit the actions that he did that day against fellow

17  officers -- he was a police officer it was my understanding,

18  fellow citizens of this country, and the institution of

19  government which makes this country so -- which is the one

20  thing that sets us apart from the world.  It may not be a

21  perfect system, but our government is what sets -- makes

22  this country the greatest country in the world in my

23  opinion.  So for somebody who took an oath to uphold and

24  defend that, for them to now throw that oath away and

25  assault this country and the citizens of this country is

1    unfathomable to me.

2         It was difficult for me to come here today,

3    because I didn't want to talk about myself.  I thank Officer

4    Fanone from the bottom of my heart for talking about that,

5    because I was there most of that time in what he described.

6    And on some of the stuff, my body camera obviously turned

7    off, wasn't seen.  Like Officer Fanone, I received medical

8    care after-the-fact.  I had to be hooked up to a heart

9    monitor, because my blood pressure and pulse was so high

10   that doctors were afraid I was going to suffer a heart

11   attack.  So it was a challenging time for myself and my

12   family, because as everybody knows, your family endures

13   these things with you most of the time.  So that's why I

14   don't talk about it that much.  Today is one of the very,

15   very few times I've talked about this.

16        But I felt an obligation to come here, more so for

17   the people I served with that day and the country, because

18   their voices don't always get heard, and they haven't been

19   heard unfortunately.  And I spent days after counseling my

20   officers on this matter mentally trying to provide them

21   guidance and counseling to help them cope.  And some of

22   these people were combat veterans and have suffered injuries

23   in combat.  But for some -- and it's hard for me to explain,

24   that day took on a new -- it was a different type of hurt

25   than somebody shooting at you, trying to cut you, you know,

1    or hurt you in some way.  That day hurt from the bottom of

2    your heart.  It's very difficult to explain.

3          I remember days after my family would ask me --

4    well, I said they tried to kill us, and they tried to

5    convince me no, they didn't try to kill you.  And I was like

6    I really thought they were trying to kill us.  So I

7    struggled for a while trying to understand the gravity,

8    because it seemed like everybody didn't want to give the

9    situation the gravity that I thought it deserved.  But I

10   really did believe that the defendant and his -- the

11   individuals that he was there with that day were really

12   trying to seriously harm us and/or kill us.

13         And I personally knew some of the officers that

14   did die after that day.  I used to get coffee at the same

15   coffee shop as Officer Sicknick.  I remember afterwards

16   going back, and the staff talking to me and being like don't

17   you remember him.  And I was just like oh, my God, yeah, we

18   used to talk in the parking lot.  Or the one MPD officer

19   that took his life -- actually, I knew both of them.  The

20   younger one I didn't know so well, but I remember spending

21   time with him briefly.  But the other one I did know well,

22   very well.  And I was very upset when I learned that he took

23   his life months later very unfortunately.

24         So in regards to the defendant, his actions

25   unfortunately play over in my mind from time to time when I

1    turn the television on and CNN pops on or the HBO Max

2    special on the insurrection.  And there's that one second

3    clip, and everybody starts -- well, sometimes family or

4    friends text me oh, did you see yourself.  Well, I

5    specifically try not to watch the news after-the-fact,

6    because I don't want to have anything -- any remembrance of

7    that day.  And that's why when I said earlier that this

8    defendant sticks out to me, it's because it got played over

9    and over and over again in the news to this day as far as I

10   know, that one little clip of myself up there on the stand

11   and him trying to hit me with the pole.

12          But I find that ironic today, because in my

13   statement I wrote:  "Unfortunately, the actions of the

14   defendant are one of which play on television from time to

15   time and remind me of that day.  I am reminded of the

16   feeling that this gentleman was trying to gouge my face and

17   my eyes out with his pole."  That's why his statement today

18   I thought was very interesting, and I said this is one of

19   the most memorable experiences from that day.

20          I remember from my recollection that day that this

21   pole was headed for my face and not for my crowd control

22   device that he tried to take from me earlier on.  But that's

23   my recollection.  I wrote today -- and I might amend this a

24   little bit:  "It's my hope that the defendant is remorseful

25   for his actions, and he recognizes that his attack was on a

1    fellow veteran and officer who decided to uphold his oath to

2    his country; that he recognizes that this did not only

3    attack police officers that day, but the fabric of America;

4    that his actions will forever be written in history as one

5    of America's most reprehensible days; and that he is not a

6    patriot."

7            It's clear to me today that obviously he doesn't

8    understand his actions that day fully, and he needs some

9    serious self-reflection moving forward to fully grip what he

10   did and what his friends did that day.  But I have faith in

11   the Court and Your Honor that any judgment and sentence will

12   be appropriate, and I thank you for allowing me to speak.

13           **THE COURT:**  Well, I thank you.  I have to say, I'm

14   not sure which portions of what you said were ad libbed

15   versus what you wrote out in advance --

16           **SERGEANT KK:**  I probably had like 15 percent of

17   this, maybe 20.

18           **THE COURT:**  -- because you spoke as though it was

19   all very well considered.  One of the things I thought about

20   watching the video of what happened to you that day was --

21   and I don't know if you remember this, but the crowd

22   chanting USA, USA as they were attacking the United States,

23   invoking the name of our country as they were attacking it.

24   But everything that I said to Officer Fanone goes for you.

25   You have my deep appreciation for everything you did that

1    day.

2              **SERGEANT KK:**  Thank you, Your Honor.

3              **THE COURT:**  Thank you.

4         **MS. ROZZONI:**  Your Honor, finally we have

5    photojournalist John Harrington.  Mr. Harrington was in a

6    position below Sergeant KK when the pole came down, and was

7    actually struck by the pole during the assault.

8              **THE COURT:**  Okay.

9         **MR. HARRINGTON:**  Good afternoon, Your Honor.

10             **THE COURT:**  Mr. Harrington.

11        **MR. HARRINGTON:**  On January 6th, I stood on the

12   front line of the fence of the U.S. Capitol between

13   protesters that included the defendant in this case and the

14   officer he is guilty of assaulting with a dangerous weapon.

15   My role there was not in service to the protesters or to

16   those who were protesting.  Instead, it was to bear witness

17   as the eyes of history, to tell the story as impartially as

18   possible.  To do so visually with a camera required me to be

19   as close as possible to the events as they happened.

20             It is my footage Officer KK refers to.  It is

21   almost certainly my footage Your Honor referred to with the

22   orange bear spray used against others.  When the defendant

23   swung and struck the officer with a weapon, he also

24   repeatedly struck me.  And despite wearing protective

25   equipment, the weapon he wielded hit me repeatedly in the

1   neck, side of my face and jaw.  These resulted in headaches,

2   a sore jaw, difficulty eating and sleeping due to the neck

3   injuries, and lasting pain that remained with me for days.

4   Although it was not a part of the defendant's assault, I

5   experienced for days where -- I also experienced the spray

6   for days when I showered.

7        In addition to these physical injuries, the mental

8   anxiety remains from that day even now.  I've covered

9   violence and protests in my 30 plus years as a

10  photojournalist, but never, never on the level I experienced

11  that day.  The defendant caused me physical and mental

12  injuries that day, but he failed that day to deter my

13  pursuit of the truth into the future.  My work as a

14  photojournalist will not be deterred, there are too many

15  events that need to be reported on.

16        I would like to thank you and this Court for

17  asking for the impacts these events had on me that day.

18  Thank you, Your Honor.

19        **THE COURT:**  Thank you, Mr. Harrington.  I

20  appreciate your being here.

21        **MS. ROZZONI:**  Your Honor, those are the three

22  victim impact statements that the government had to present

23  today.

24        **THE COURT:**  Well, thank you.  And I want to thank

25  the three victims for coming today.  I can promise you all

1    that even though we're going to adjourn today's proceedings

2    and there's going to be a break in the sentencing of this

3    case, I will not forget what you all had to say today.  It

4    will remain with me, not just through this sentencing, but

5    through my remaining days on this earth.  So thank you all

6    for being here.

7              Anything further from the government today?

8              **MS. KEARNEY:**  No, Your Honor.  Thank you.

9              **THE COURT:**  Mr. Shipley, anything further today?

10             **MR. SHIPLEY:**  Nothing, Your Honor.  Thank you.

11             **THE COURT:**  Well, I will look forward to getting

12   your report, and we will reconvene as appropriate.  Thank

13   you.

14             (Proceedings adjourned at 2:31 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1          **C E R T I F I C A T E**

2

3                    I, **Jeff M. Hook, Official Court Reporter,**

4     certify that the foregoing is a true and correct transcript

5     of the record of proceedings in the above-entitled matter.

6

7

8

9          _August 1, 2022_                    _____

10                **DATE**                              **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

0070 [1]   1/4

**1**

10 [3]   10/11 10/25
24/3
10007 [1]   1/17
1033 [2]   17/12 21/4
1033s [1]   24/1
111 [4]   6/7 6/11
7/18 8/1
11th [1]   30/19
12 [2]   27/16 29/13
12:00 [1]   16/19
12:45 hours [1]
17/3
13:05 hours [1]
17/21
14:35 hours [1]
19/5
15 [1]   10/25
15 percent [1]
35/16
16:40 hours [1]
23/25
17 [2]   30/17 30/20
1:13 [1]   1/6
1:22-cr-0070 [1]
1/4
1:25 right [1]
11/14
1:28 p.m [1]   11/20
1:46 p.m [1]   11/21

**2**

20 [3]   11/15 16/2
35/17
20,000 [1]   19/11
20001 [1]   1/25
2001 [1]   16/3
201 [1]   1/14
2020 [2]   16/13
16/15
2021 [3]   16/9 16/11
24/16
2022 [1]   1/5
21 [1]   1/5
21st [1]   13/8
22-70 [1]   2/2
22-cr-70 [1]   2/21
2201 [1]   1/20
28th [3]   12/14
12/20 12/21
29th [1]   13/9 14/9
2:00 [1]   11/15
2:31 p.m [1]   38/14

**3**

30 [3]   21/10 22/1
37/9
30,000 [1]   16/22
309 [1]   6/10
333 [1]   1/24
3rd [1]   1/14

**4**

40 [3]   6/10 21/11
22/1
44 [1]   18/1

**4700-C [1]   1/24**

**6**

64 [1]   18/1
6th [5]   16/9 16/11
24/16 25/17 36/11

**7**

70 [2]   2/2 2/21

**8**

841 [1]   1/20
850 [1]   24/17
87102 [1]   1/15

**9**

90 [1]   18/12
900 [1]   1/14
96813 [1]   1/20

**A**

able [11]   3/1 14/15
14/15 14/19 15/20
22/2 22/13 23/1
23/6 24/2 24/14
above [2]   25/6 39/5
above-entitled [1]
39/5
absolutely [1]
23/12
accept [1]   25/21
acceptable [1]   2/24
acceptance [1]
25/16
accepts [1]   6/25
access [3]   19/24
21/13 21/15
accuracy [1]   14/16
achieve [1]   29/24
acknowledge [2]
9/15 9/18
action [2]   1/3 2/2
actions [11]   16/9
16/10 25/16 25/20
29/17 31/16 33/24
34/13 34/25 35/4
35/8
acts [1]   6/13
actually [14]   5/23
6/4 6/6 8/1 8/14
8/19 12/10 12/18
15/11 15/19 28/14
29/2 33/19 36/7
ad [1]   35/14
add [1]   15/20
addition [3]   3/11
18/21 37/7
additional [9]   6/15
10/16 11/18 18/8
22/1 22/11 24/9
24/12 25/20
address [4]   10/1
11/9 14/12 15/4
adjacent [2]   22/20
24/14
adjourn [4]   10/11
10/18 10/25 38/1
adjourned [1]   38/14
adult [1]   23/4
advance [1]   35/15

advice [1]   4/2
advised [1]   24/2
AED [1]   23/9
affected [1]   29/5
affidavit [5]   4/23
9/8 12/3 25/17 28/9
afraid [1]   32/10
after-the-fact [2]
32/8 34/5
afternoon [11]   2/8
2/12 2/13 2/16 2/17
2/20 11/9 15/25
27/6 27/7 36/9
afterwards [1]
33/15
again [2]   22/17
34/9
against [4]   18/23
25/4 31/16 36/22
age [1]   30/17
agency [1]   17/17
Agent [1]   2/10
agony [1]   7/12
agree [2]   13/3
13/24
agreed [2]   4/17
4/21
agreement [4]   4/18
14/15 14/16 14/19
ahead [1]   9/23
aid [1]   23/14
aiming [1]   9/11
Albuquerque [1]
1/15
allow [1]   13/1
allowed [1]   24/9
allowing [1]   35/12
almost [4]   16/2
30/9 30/11 36/21
along [1]   17/25
Although [1]   37/4
always [2]   13/20
32/18
amassing [1]   20/19
amend [1]   34/23
Amendment [1]   16/15
AMERICA [3]   1/3 2/3
35/3
America's [1]   35/5
American [4]   26/6
28/25 29/1 31/6
Americans [1]   16/10
among [4]   6/24 7/5
9/14 17/24
amount [1]   24/3
and/or [1]   33/12
Andrew [1]   16/25
Andrew's [1]   1/17
anxiety [1]   37/8
apart [1]   31/20
apologize [1]   4/3
apparently [1]   7/10
APPEARANCES [1]
1/12
apply [2]   5/22 8/4
appreciate [1]
37/20
appreciation [1]
35/25
approach [3]   2/6

11/10 15/6
appropriate [2]
35/12 38/12
approximately [9]
16/5 16/19 17/3
17/21 19/5 19/11
19/20 23/25 27/23
area [1]   22/25
areas [1]   17/1
argue [1]   25/15
arose [1]   29/20
29/1
Arrington [5]   6/9
7/17 8/2 8/3 8/6
arrival [1]   22/5
arrived [1]   22/11
asp [1]   19/1
aspect [2]   7/20
31/13
assault [7]   13/23
14/1 26/15 26/16
31/25 36/7 37/4
assaulting [1]
36/14
assaults [1]   29/22
assembly [2]   16/15
16/16
asserting [1]   5/21
assessed [1]   20/9
assessment [1]   18/6
assets [1]   16/20
assist [4]   13/5
21/4 22/4 22/13
assisted [1]   19/22
assuming [1]   9/1
attached [1]   3/13
attack [4]   25/10
32/11 34/25 35/3
attackers [1]   23/19
attacking [2]   35/22
35/23
attempt [3]   13/16
19/10 25/19
attempted [1]   23/19
attempting [3]   18/5
18/15 22/23
attend [1]   22/23
attended [1]   16/17
attendees [1]   16/22
attest [1]   14/16
attests [1]   14/20
August [2]   12/20
12/21
August 28th [2]
12/20 12/21
availability [1]
22/24
available [1]   13/13
Avenue [1]   1/24
avoid [1]   25/20
awake [1]   28/18
aware [1]   15/21
away [5]   8/12 20/2
29/19 29/23 31/24

**B**

back [15]   10/19
11/5 11/11 11/15
11/21 12/23 13/2

**B**

back... [8]   19/8
22/22 23/2 23/2
23/21 26/4 29/8
33/16
baggage [1]   20/14
Bagshaw [2]   19/23
22/16
Baker [1]   2/18
Bankruptcy [1]   1/23
barely [1]   17/9
barrage [1]   20/21
based [2]   24/3 28/8
batons [1]   19/1
battered [3]   22/15
22/21 24/13
batteries [1]   21/19
battle [1]   23/3
bay [1]   19/2
bear [5]   18/23
21/21 30/6 36/16
36/22
beaten [1]   23/18
became [2]   30/17
31/1
bed [2]   28/18 28/19
before in [1]   29/12
began [4]   16/21
16/25 18/7 22/21
beginning [3]   16/3
27/21 27/25
behalf [5]   2/14
2/18 4/5 23/22
28/22
behind [1]   20/13
beleaguered [2]
22/15 24/13
belief [1]   25/18
below [1]   36/6
belt [1]   23/20
BENET [2]   1/16 2/8
best [1]   11/11
better [2]   11/13
12/16
bigger [1]   5/4
Bishop [1]   1/20
bit [6]   4/18 10/13
12/21 15/5 29/14
34/24
blank [1]   21/22
blockade [1]   20/13
blood [1]   32/9
bodily [3]   6/17 8/8
8/20
body [5]   23/4 30/4
30/9 30/10 32/6
both [6]   9/4 13/17
19/24 21/15 22/8
33/19
bottles [1]   18/19
bottom [4]   20/20
25/25 32/4 33/1
brain [1]   25/10
branch [1]   16/24
break [2]   4/10 38/2
brief [2]   12/2 13/5
briefed [1]   7/25
briefing [1]   13/11
briefly [1]   33/21

**C**

calendar [1]   13/2
call [5]   17/12
17/15 17/17 25/6
27/12
called [2]   26/18
27/18
came [2]   14/18 36/6
camera [2]   32/6
36/18
can [20]   4/10 6/23
7/14 8/2 8/2 9/7
11/3 11/13 11/16
12/16 13/4 13/5
13/12 14/5 14/5
14/6 14/7 15/18
31/15 37/25
capable [2]   6/16
8/7
Capitol [31]   16/3
16/23 17/2 17/4
17/6 17/8 17/9
17/10 17/11 17/14
17/18 17/20 17/25
18/3 18/11 18/13
18/15 19/3 19/9
19/11 19/16 19/19
21/5 21/13 22/3
22/6 24/11 24/18
26/8 27/19 36/12
Captain [1]   17/24
car [3]   8/9 8/12
8/13
care [2]   25/22 32/8
cared [1]   22/25
career [5]   16/3
16/6 25/12 29/14
29/15
case [9]   4/16 4/21
6/9 7/17 9/1 12/20
25/18 36/13 38/3
casualties [1]   24/4
casualty [2]   20/9
22/19
cause [1]   8/19
caused [1]   37/11
causing [2]   6/16
8/7
CDU [8]   16/25 18/1
18/8 18/12 19/12
24/6 27/13 27/16
certainly [5]   6/23
6/24 11/16 14/18
36/21
certify [2]   16/12
39/4
challenging [1]

brings [1]   16/8
bruises [1]   30/3
building [8]   16/23
18/5 19/4 19/9
21/13 22/3 23/11
24/12
bunch [2]   29/4
29/11
burden [1]   11/18
burning [1]   30/10
burns [1]   30/4
burnt [1]   30/9

chambers [3]   19/25
21/15 22/8
changes [1]   28/3
chanting [1]   35/22
chaos [1]   23/7
character [1]   3/24
charges [1]   25/20
chasing [2]   8/11
8/16
chemical [4]   21/9
21/21 25/2 30/4
chemicals [1]   30/6
chose [1]   31/10
Circuit [3]   6/9
7/17 8/6
circumstances [1]
15/22
citizen [2]   29/1
31/6
citizens [3]   30/23
31/18 31/25
Civil [3]   16/24
24/7 24/10
clear [4]   14/11
24/7 24/14 35/7
clerk [2]   13/2 15/9
click [1]   3/13
client [1]   11/12
clip [2]   34/3 34/10
close [2]   7/7 36/19
CNN [1]   34/1
co [1]   10/8
co-counsel [1]   10/8
coffee [2]   33/14
33/15
cohesive [1]   18/11
collected [1]   3/25
collection [1]
22/20
colloquy [2]   9/14
12/2
COLUMBIA [2]   1/1
31/8
combat [4]   18/14
21/17 32/22 32/23
coming [4]   10/19
11/11 29/1 37/25
command [2]   17/11
20/18
Commander [10]
17/22 18/6 18/9
19/21 19/23 20/3
20/14 20/16 22/13
24/4
commanding [1]
27/14
commercial [1]
18/22
commission [1]   6/12
commit [1]   31/16
commitment [1]
24/24
competent [1]   5/10
composure [1]   27/17
concedes [1]   6/15
conclusion [1]   13/6
conduct [1]   19/8
conference [1]
12/19

confined [1]   21/17
confronting [1]
21/2
Congress [7]   16/11
17/19 19/3 20/1
21/16 22/8 26/17
connection [1]   29/7
consciousness [2]
22/22 25/3
considered [1]
35/19
consistent [2]   3/8
5/18
Constitution [2]
1/24 30/23
contact [1]   13/12
context [1]   27/1
continue [1]   28/2
continued [2]   19/15
21/21
continuing [1]
21/24
control [4]   22/7
27/19 28/17 34/21
converged [2]   17/3
18/4
conversation [1]
10/14
convince [1]   33/5
coordinated [2]
22/18 24/5
cope [1]   32/21
copies [1]   4/6
Corps [1]   30/20
correctly [1]   30/11
cost [2]   24/25 25/6
costs [1]   20/4
coterminous [1]
12/7
counsel [6]   2/4 2/5
2/10 2/15 10/8 11/3
counsel's [1]   4/15
counseling [2]
32/19 32/21
count [1]   16/12
countless [1]   25/2
country [15]   26/9
29/1 29/7 30/23
31/6 31/7 31/18
31/19 31/22 31/22
31/25 31/25 32/17
35/2 35/23
County [1]   24/6
courage [1]   21/23
courageously [1]
18/25
course [1]   31/5
court [22]   1/1 1/22
1/23 2/15 2/24 3/17
4/20 5/11 5/20
10/18 11/5 12/16
13/5 13/10 13/16
13/18 13/24 15/4
26/5 35/11 37/16
39/3
Court's [1]   3/10
courtroom [4]   2/4
3/11 13/13 25/8
Courts [1]   1/23
cover [1]   17/1

## C

covered [2]   20/22
37/8
COVID [1]   2/23
CPR [1]   23/9
cr [2]   1/4 2/21
crime [1]   16/7
criminal [3]   1/3
2/2 3/9
cross [1]   5/2
cross-examination [1]
5/2
crowd [9]   6/1 16/18
19/2 19/10 23/17
27/25 28/17 34/21
35/21
crypt [1]   22/7
CS [2]   19/1 20/21
currently [1]   27/10
cut [2]   22/8 32/25

## D

D.C [3]   6/8 7/17
8/6
danger [1]   17/20
dangerous [5]   5/22
6/12 6/22 9/19
36/14
Daniel [1]   17/24
date [3]   13/3 16/14
39/10
dates [1]   12/12
day [50]
daylight [1]   8/3
days [12]   13/13
25/24 25/25 28/14
30/11 32/19 33/3
35/5 37/3 37/5 37/6
38/5
DC [2]   1/5 1/25
deadly [4]   6/12
6/14 8/11 8/13
dealing [2]   27/25
28/4
dealt [1]   11/11
dear [1]   31/12
dearly [1]   25/13
death [3]   6/17 8/8
26/17
debris [1]   21/20
debt [1]   26/10
decide [1]   5/6
decided [1]   35/1
decision [1]   24/23
deep [1]   35/25
defend [7]   17/13
18/12 19/19 24/18
25/3 30/23 31/24
defendant [21]   1/7
1/19 2/3 2/5 2/14
4/23 4/25 6/17 7/19
28/9 28/14 30/13
31/2 33/10 33/24
34/8 34/14 34/24
36/13 36/22 37/11
defendant's [3]
5/18 31/14 37/4
defending [3]   18/23
19/7 22/9

## defense [8]   2/5 3/3
5/21 6/20 9/22 18/8
18/10 22/18
defense's [1]   6/19
defensive [2]   19/10
20/23
defer [1]   12/10
delivered [1]   16/18
democracy [3]   24/21
26/8 26/15
demonstrator [1]
23/5
demonstrators [10]
17/10 18/4 18/20
18/22 21/12 21/25
23/4 23/21 23/23
25/4
DENNEY [17]   1/6 2/3
2/14 2/21 4/4 5/23
6/21 9/8 9/13 11/2
14/20 20/20 25/14
25/19 25/22 25/25
27/4
Denney's [1]   16/9
Department [6]   16/2
16/5 16/21 17/13
24/17 27/11
Department's [1]
24/7
deployed [1]   21/4
deprive [1]   24/8
deputy [3]   3/11
13/13 15/9
described [4]   6/13
24/19 27/20 32/5
description [1]
5/18
deserved [1]   33/9
despite [2]   23/7
36/24
detail [1]   15/21
detective [1]   27/11
deter [1]   37/12
determine [1]   7/15
deterred [1]   37/14
device [9]   5/25 6/5
7/6 8/7 8/11 8/13
9/11 9/11 34/22
die [1]   33/14
difference [1]
25/24
differences [1]
4/20
different [4]   6/8
29/16 29/21 32/24
difficult [4]   6/6
28/20 32/2 33/2
difficulty [1]   37/2
direct [2]   13/8
19/24
directly [2]   7/6
7/11
director [1]   16/24
disagree [1]   14/4
disagreement [2]
5/13 5/14
discuss [5]   10/8
11/2 11/3 11/25
12/8
dispatched [1]   18/9

## dispersal [1]   6/1
dispute [2]   11/5
13/18
disregard [1]   31/15
distress [3]   17/12
17/15 17/17
DISTRICT [10]   1/1
1/1 1/10 1/23 16/7
17/23 17/24 18/1
18/2 31/8
Disturbance [3]
16/24 24/7 24/10
disturbing [1]
31/13
Division [1]   17/21
doctors [1]   32/10
document [1]   9/7
DOJ [2]   1/14 1/16
DOJ-USAO [2]   1/14
1/16
done [2]   7/13 31/9
door [7]   20/3 21/10
22/16 23/5 23/16
24/15 24/24
doors [1]   21/1
doorway [5]   19/17
19/25 20/6 20/15
24/14
down [5]   8/9 8/12
8/17 22/19 36/6
downloaded [1]   4/9
dragged [2]   23/16
23/21
driving [1]   8/9
DSO [1]   24/9
due [2]   16/13 37/2
during [8]   9/14
16/5 16/19 18/16
19/12 23/3 23/16
36/7
duty [1]   25/6

## E

e-mail [1]   3/12
earlier [3]   9/12
34/7 34/22
early [1]   30/20
earth [1]   38/5
east [2]   22/3 22/6
eating [1]   37/2
efforts [1]   25/9
either [1]   15/14
elect [1]   20/6
election [2]   16/13
16/15
electoral [1]   16/12
electrocuted [1]
23/18
element [1]   6/15
elements [4]   6/8
6/8 7/18 22/18
ellipse [1]   16/16
else [4]   8/16 8/16
13/23 14/25
emotional [3]   28/4
29/7 29/9
encounter [1]   28/13
end [1]   29/10
endures [1]   32/12
Enduring [1]   30/18

## enforcement [2]
30/16 30/22
engaged [1]   18/13
engagement [1]
18/16
enhancement [7]
5/21 6/7 7/19 8/1
8/4 8/19 12/6
enough [1]   9/22
entered [5]   5/20
19/16 22/6 22/7
28/10
entering [1]   17/10
entire [1]   30/11
entitled [3]   6/9
9/8 39/5
entrance [7]   19/9
20/12 20/24 21/15
22/19 24/14 25/1
entry [1]   21/25
equipment [1]   36/25
equipped [1]   20/11
escalated [1]   21/16
essentially [2]   8/9
22/8
established [1]
22/19
establishing [1]
20/23
estimated [1]   16/22
evacuate [1]   19/15
evacuated [2]   19/3
23/10
even [8]   5/16 6/24
8/13 10/13 10/18
30/5 37/8 38/1
event [2]   3/15
16/17
events [7]   14/2
14/2 16/9 25/12
36/19 37/15 37/17
eventually [2]
23/10 23/20
everybody [4]   30/22
32/12 33/8 34/3
evidence [4]   4/25
5/7 5/10 25/16
evidentiary [3]
14/12 14/17 14/21
exactly [2]   27/22
27/24
examination [1]   5/2
example [1]   12/13
excuse [1]   27/17
exercise [1]   11/6
exhausted [1]   21/8
exist [1]   8/25
exit [6]   19/17
19/25 20/5 21/3
23/3 24/11
exits [1]   20/6
expand [1]   27/9
expect [1]   12/23
expended [1]   19/7
experience [1]
28/23
experienced [3]
37/5 37/5 37/10
experiences [1]
34/19

**E**

explain [3]   11/12
32/23 33/2
expose [1]   2/25
exposure [1]   21/9
extent [3]   5/12
5/14 13/22
exterior [1]   28/6
extraordinary [2]
25/5 26/9
extremely [1]   18/14
eyes [2]   34/17
36/17

**F**

F.3d [1]   6/10
fabric [1]   35/3
face [5]   7/11 30/6
34/16 34/21 37/1
faced [2]   15/23
21/18
facing [1]   25/20
fact [4]   5/12 12/3
32/8 34/5
facts [2]   6/25
14/20
factual [5]   5/3 5/7
7/20 9/2 9/4
failed [1]   37/12
faith [1]   35/10
familiar [1]   17/16
family [4]   32/12
32/13 33/3 34/3
Fanone [9]   15/4
15/17 15/18 16/1
26/3 27/20 32/4
32/7 35/24
far [1]   34/9
fashion [1]   11/10
FBI [1]   2/11
Federal [1]   3/9
feeling [1]   34/16
feet [1]   20/2
fellow [8]   26/7
26/10 26/19 26/24
28/24 31/16 31/18
35/1
felt [3]   28/22 29/3
32/16
female [4]   23/4
23/6 23/9 23/10
fence [1]   36/12
fencing [1]   17/5
Ferris [1]   2/10
few [6]   10/4 10/9
11/25 20/2 28/16
32/15
fight [5]   21/7
21/24 22/3 22/12
30/18
fighting [4]   19/8
19/12 29/11 31/7
file [2]   3/13 13/9
filed [1]   3/17
final [2]   9/6 24/13
finally [2]   28/1
36/4
find [3]   9/21 13/13
34/12

findings [3]   5/3
5/7 5/12
fine [6]   11/1 12/8
13/3 14/8 14/24
15/7
fired [1]   18/25
fireworks [1]   18/22
first [11]   12/2
16/7 16/14 17/24
17/25 18/2 24/22
27/16 27/18 28/4
31/2
flagpoles [1]   21/19
focus [2]   11/12
13/17
followed [1]   2/5
following [1]   6/15
footage [2]   36/20
36/21
For the Defendant [1]
1/19
force [4]   17/9 18/5
22/9 22/13
forced [2]   19/7
20/25
forcibly [1]   9/15
foregoing [1]   39/4
forever [1]   35/4
forget [1]   38/3
form [2]   18/19
20/13
formed [1]   20/10
former [2]   15/3
15/25
forward [6]   7/16
8/25 9/2 14/7 35/9
38/11
fought [3]   18/24
24/20 25/1
found [1]   28/7
frankly [1]   4/14
Freedom [1]   30/19
freedoms [1]   29/18
friends [2]   34/4
35/10
front [8]   13/24
16/16 22/14 22/16
23/5 23/17 27/19
36/12
full [1]   25/21
fully [2]   35/8 35/9
further [8]   3/21
13/11 13/11 20/18
21/20 24/21 38/7
38/9
future [1]   37/13

**G**

gain [1]   21/13
gained [1]   4/1
gained the [1]   4/1
gallantly [1]   18/24
Garland [1]   6/10
gas [2]   19/1 20/21
gave [2]   20/3 21/15
gear [1]   20/11
gentleman [1]   34/16
George's [1]   24/6
gets [1]   26/25
given [2]   7/2 24/21

giving [1]   29/4
glass [1]   21/1
Glover [4]   17/22
18/6 18/9 24/5
goal [2]   19/9 29/25
God [2]   30/1 33/17
goes [3]   6/13 12/23
35/24
good [12]   2/8 2/12
2/13 2/16 2/17
10/15 10/22 13/20
15/24 27/6 27/7
36/9
gouge [1]   34/16
government [13]
1/13 2/5 3/5 4/8
6/15 9/25 11/3 14/6
14/9 31/19 31/21
37/22 38/7
grade [1]   18/22
graduated [1]   30/20
gratitude [1]   26/11
grave [2]   17/20
20/9
gravity [3]   18/7
33/7 33/9
greatest [1]   31/22
greatly [1]   17/8
grip [1]   35/9
ground [1]   24/8
group [9]   17/3 17/6
18/14 19/15 19/21
20/24 23/15 24/22
27/14
guess [3]   28/8 29/2
29/10
guidance [1]   32/21
guilty [3]   5/19
5/20 36/14
gun [2]   7/1 23/18

**H**

half [2]   27/24
29/11
hallmark [1]   31/4
hallway [6]   20/5
20/12 21/24 22/23
23/7 25/4
hallways [1]   22/20
hammer [1]   21/1
hammers [1]   21/20
hand [8]   6/5 8/11
9/12 18/14 18/14
19/1 21/16 21/16
hand-thrown [1]
19/1
hand-to-hand [2]
18/14 21/16
handful [3]   19/19
20/7 20/16
hands [2]   7/2 19/1
happened [9]   5/1
5/7 5/8 5/18 9/4
26/13 26/23 35/20
36/19
happens [2]   7/10
7/10
happy [3]   5/14
12/22 15/1
hard [4]   9/21 28/6

28/21 32/23
harm [3]   29/15
29/24 33/12
Harrington [5]
17/24 36/5 36/5
36/10 37/19
haste [1]   21/5
HBO [1]   34/1
head [2]   9/10 25/2
headaches [1]   37/1
headed [1]   34/21
hear [1]   4/11 5/15
7/12 7/23 9/6 9/24
11/16 12/16 15/1
25/15 26/5
heard [5]   3/21
10/19 27/10 32/18
32/19
hearing [9]   1/9 5/9
9/2 13/11 13/14
14/13 14/17 14/21
17/16
hearing or [1]
14/13
heart [7]   25/10
26/1 31/12 32/4
32/8 32/10 33/2
held [2]   17/9 31/4
help [2]   17/13
32/21
helpful [1]   14/1
heroic [2]   26/25
26/25
heroism [2]   21/23
25/5
hesitation [2]
22/25 24/20
HI [1]   1/20
hiding [1]   20/1
high [3]   24/8 30/19
32/9
higher [1]   19/15
history [2]   35/4
36/17
hit [10]   5/25 6/4
6/4 7/1 8/15 8/16
9/15 9/18 34/11
36/25
hold [5]   20/3 20/12
24/2 28/11 31/11
holding [1]   9/11
honest [1]   28/5
Honolulu [1]   1/20
Honor [35]   2/8 2/13
2/17 3/3 3/23 4/3
4/8 10/3 10/7 10/17
11/1 11/23 12/12
14/11 15/2 15/11
15/16 15/24 16/6
17/14 25/9 26/2
27/2 27/3 27/6
30/22 35/11 36/2
36/4 36/9 36/21
37/18 37/21 38/8
38/10
HONORABLE [1]   1/10
HOOK [3]   1/22 39/3
39/10
hooked [1]   32/8
hope [2]   25/25

**H**

hope... [1]   34/24
Horos [1]   16/25
horrific [1]   15/22
horrifying [1]   7/9
hour [1]   21/7
hours [11]   16/19
17/3 17/21 19/5
23/25 27/23 27/24
28/15 28/18 28/19
29/11
House [3]   16/17
17/1 19/24
human [1]   20/13
hundred [1]   25/23
hurt [4]   28/1 32/24
33/1 33/1

**I**

idea [3]   10/15
10/22 13/21
identify [1]   2/6
impact [2]   15/12
37/22
impacts [1]   37/17
impartially [1]
36/17
imperiled [1]   7/4
impose [2]   4/7
11/18
improvised [2]
18/22 23/11
inaugural [1]   17/7
inauguration [1]
20/7
included [5]   3/14
18/18 22/2 22/17
36/13
including [1]   7/9
inconsistent [1]
12/3
incorporated [1]
18/10
indicated [1]   2/24
individual [1]   9/15
individuals [3]
29/17 29/23 33/11
inflict [1]   18/20
inherently [1]   6/14
initial [4]   18/2
18/16 21/4 21/18
injured [4]   21/8
21/25 24/25 27/21
injuries [8]   19/6
25/2 25/2 29/12
32/22 37/3 37/7
37/12
injury [6]   6/17 8/8
8/20 18/21 25/10
30/2
innocuous [1]   8/7
input [3]   4/15 8/22
11/13
inside [3]   17/18
19/14 20/15
Instead [1]   36/16
institution [1]
31/18
insurrection [2]

**J**

24/19 34/2
intelligence [1]
16/20
intended [1]   9/10
intent [6]   6/3 6/4
8/14 8/15 8/15 8/19
intention [2]   5/24
5/25
intentionally [2]
8/17 9/17
interested [1]
25/24
interesting [2]
28/8 34/18
intervened [1]
23/22
intervention [1]
23/23
into [13]   7/11 7/22
18/5 18/11 22/17
22/22 22/24 23/7
23/17 25/19 28/10
30/25 37/13
introduced [1]
15/25
invoking [1]   35/23
involved [2]   21/6
30/15
Iraq [1]   30/18
ironic [1]   34/12
irritant [1]   21/9
irritants [2]   21/22
25/2
issue [2]   12/2
13/22
issues [10]   7/24
8/22 9/4 11/4 11/4
13/4 13/5 13/17
13/17 13/20

**J**

James [1]   2/10
January [5]   16/9
16/11 24/16 25/17
36/11
Jason [1]   19/23
jaw [2]   37/1 37/2
JEFF [3]   1/22 39/3
39/10
JENNIFER [2]   1/13
2/9
job [2]   26/14 26/16
John [1]   36/5
joined [1]   30/20
joint [4]   13/9
14/10 16/12 17/18
jointly [1]   13/12
JR [1]   1/19
judge [5]   1/10 6/10
12/14 12/19 26/5
judgment [1]   35/11
July [2]   1/5 13/9
jump [1]   7/22

**K**

KEARNEY [2]   1/16
2/9
Kearny [3]   10/1
11/22 14/24
keep [4]   19/2 19/10

27/17 28/17
kill [5]   29/15 33/4
33/5 33/6 33/12
KK [6]   9/16 13/23
14/2 27/4 36/6
36/20
KK's [1]   9/10
knew [2]   33/13
33/19
knows [2]   30/1
32/12
Kyle [5]   19/21 20/3
20/14 20/16 22/13

**L**

ladders [1]   21/20
landing [1]   20/25
language [2]   12/6
12/6
large [2]   16/14
16/21
last [4]   24/1 28/18
28/19 30/24
lasting [1]   37/3
later [4]   9/16 16/5
20/1 33/23
lateralling [1]
16/4
law [3]   1/19 30/16
30/21
lawn [1]   17/4
leader [2]   27/12
27/13
leaders [1]   19/13
leading [1]   14/3
leads [1]   4/13
learn [1]   20/1
learned [2]   22/5
33/22
least [6]   5/12 9/23
14/22 20/10 29/17
31/3
led [2]   19/21 22/19
left [2]   19/19 30/7
legal [2]   7/25 13/4
less [2]   18/25 19/6
lethal [2]   18/25
19/6
letters [3]   3/14
3/22 3/24
level [2]   19/15
37/10
libbed [1]   35/14
Lieutenant [7]
16/25 17/22 19/22
19/22 22/16 22/16
23/25
life [4]   23/24 31/5
33/19 33/23
lifeless [1]   23/4
light [5]   2/23 5/12
7/24 8/25 10/2
likely [6]   7/3 7/4
7/6 23/22 25/15
25/19
line [14]   2/23 3/7
17/5 17/9 19/10
20/12 20/15 22/15
23/2 23/5 23/7
23/17 23/21 36/12

lines [1]   18/8
listening [2]   3/7
25/17
little [6]   10/13
11/11 12/21 15/5
34/10 34/24
locate [1]   22/4
long [2]   10/12
25/11
look [4]   6/19 9/13
13/1 38/11
lose [1]   24/15
loss [1]   25/3
lost [2]   22/22
23/23 25/12 25/14
lot [4]   12/12 29/9
30/21 33/18
lots [1]   11/8
love [1]   29/7
loved [1]   25/13
lower [2]   17/7 20/2
LUCAS [4]   1/6 2/3
2/14 2/21

**M**

machine [1]   20/15
mail [1]   3/12
majority [1]   16/6
makes [4]   25/24
26/6 31/19 31/21
making [2]   5/3 8/24
manner [6]   6/18
6/22 8/7 8/13 8/18
9/9
manpower [1]   24/12
many [14]   16/10
17/23 19/12 20/1
21/3 21/11 24/1
26/13 26/22 26/22
30/2 30/3 30/5
37/14
Marine [2]   30/17
30/20
Marshall [1]   3/25
mask [1]   30/7
masks [1]   21/6
match [1]   24/22
matter [6]   2/22
9/23 13/6 13/12
32/20 39/5
Max [1]   34/1
may [16]   3/7 3/14
3/14 4/19 5/5 5/13
8/25 10/12 10/13
14/17 14/19 15/2
15/6 15/20 30/1
31/20
maybe [7]   8/18
10/10 10/13 12/16
27/12 27/23 35/17
McFadden [2]   12/14
12/19
mean [3]   8/21 14/14
14/17
means [3]   5/8 8/9
8/18
medical [2]   22/24
32/7
member [3]   17/19
23/8 23/14

**M**

members [29]   18/2
18/13 18/17 18/23
19/2 19/14 19/16
19/18 20/1 20/4
21/11 21/18 21/23
22/2 22/4 22/11
22/15 22/17 22/21
23/6 24/6 24/6
24/13 24/17 24/19
24/22 24/25 25/5
26/17
memorable [1]   34/19
memorandum [2]   6/20
6/20
men [1]   27/14
mental [2]   37/7
37/11
mentally [1]   32/20
mere [1]   17/15
met [1]   16/11
metal [1]   18/18
Metropolitan [7]
16/1 16/2 16/4
16/20 17/13 24/17
27/11
Michael [3]   15/4
16/1 17/19
midlevel [1]   19/17
midst [1]   23/14
might [4]   11/10
28/3 28/11 34/23
migrate [1]   16/22
military [1]   30/15
mind [10]   5/16 6/6
6/23 8/23 10/8
23/13 30/1 30/24
31/14 33/25
minutes [9]   10/4
10/9 10/11 10/25
11/15 18/12 20/23
22/1 24/3
mirror [1]   8/1
mixed [1]   24/22
moments [2]   9/12
11/25
monitor [1]   32/9
months [1]   33/23
more [14]   4/13 5/16
7/4 11/6 11/10
11/11 14/12 18/12
21/7 25/18 27/23
31/6 31/8 32/16
morning [2]   12/19
14/18
MOSS [1]   1/10
most [9]   19/6 19/14
25/15 30/14 31/13
32/5 32/13 34/19
35/5
mounting [1]   19/6
movement [1]   16/24
moving [1]   35/9
MPD [16]   15/3 17/25
18/8 18/12 18/17
18/23 19/14 19/16
19/21 22/1 23/7
24/6 24/13 24/23
27/3 33/18

MPD's [2]   19/6 24/9
Mr. [24]   3/11 3/25
4/4 5/23 6/21 9/8
9/13 10/12 10/14
10/24 11/2 12/1
12/11 14/20 16/9
25/14 25/19 25/22
25/25 27/4 36/5
36/10 37/19 38/9
Mr. Denney [12]   4/4
5/23 6/21 9/8 9/13
11/2 14/20 25/14
25/19 25/22 25/25
27/4
Mr. Denney's [1]
16/9
Mr. Harrington [3]
36/5 36/10 37/19
Mr. Marshall [1]
3/25
Mr. Shipley [7]
3/11 10/12 10/14
10/24 12/1 12/11
38/9
Ms. [3]   10/1 11/22
14/24
Ms. Kearny [3]   10/1
11/22 14/24
much [5]   11/6 25/22
28/6 29/16 32/14
multiple [2]   30/4
31/1
munitions [4]   18/25
19/1 19/7 24/12
must [4]   6/16 6/18
29/13 31/2
myself [5]   8/2 22/2
32/3 32/11 34/10

**N**

name [2]   3/13 35/23
narrow [3]   11/4
13/4 13/17
narrowed [1]   11/12
narrowing [2]   13/20
13/25
nation [1]   26/7
near [1]   31/11
nearly [1]   30/9
necessarily [1]
15/13
necessary [2]   9/3
15/8
neck [2]   37/1 37/2
need [11]   2/25 3/20
4/20 5/9 7/14 11/2
14/12 14/17 14/18
14/21 37/15
needs [2]   5/2 35/8
new [2]   1/17 32/24
news [2]   34/5 34/9
next [1]   27/3
night [3]   28/18
28/19 30/24
NM [1]   1/15
normally [1]   28/3
noted [2]   17/14
21/3
nuance [1]   14/5
number [1]   30/5

numbers [1]   16/21
NW [2]   1/14 1/24
NY [1]   1/17

**O**

oath [14]   5/2 5/19
9/13 20/7 30/17
30/18 30/21 30/25
31/3 31/4 31/11
31/23 31/24 35/1
object [2]   6/14
6/16
objection [5]   3/2
3/3 3/4 10/21 15/15
obligation [1]
32/16
observe [1]   3/1
obtained [1]   4/1
obvious [1]   25/21
obviously [6]   4/5
12/12 16/8 28/13
32/6 35/7
OC [3]   6/2 7/1 30/6
occurred [2]   4/17
11/8
OEF [1]   30/18
off [6]   11/20 12/23
13/1 22/8 28/8 32/7
offense [2]   4/17
4/22
offering [1]   4/25
office [2]   2/18
20/7
officer [31]   5/23
5/24 5/25 6/4 7/5
7/7 9/10 9/16 9/19
13/23 14/2 15/4
15/17 15/18 16/1
16/4 16/7 17/15
26/3 27/20 31/1
31/17 32/3 32/7
33/15 33/18 35/1
35/24 36/14 36/20
36/23
officer's [1]   7/2
officers [36]   7/8
7/12 15/23 17/6
18/23 19/7 19/19
20/8 20/10 20/11
20/13 20/16 20/18
21/2 21/3 21/7
21/22 22/9 22/22
22/23 22/25 23/7
23/12 24/9 24/15
24/23 25/7 26/7
26/10 26/19 26/24
28/25 31/17 32/20
33/13 35/3
officers' [1]   20/22
Offices [1]   1/19
Official [2]   1/23
39/3
officials [3]   17/25
20/8 24/23
often [1]   26/4
once [2]   30/25 31/3
one [40]
ones [1]   30/7
only [10]   5/24 6/4
13/22 19/18 20/2

21/13 24/2 25/17
25/24 35/2
onslaught [5]   20/19
21/18 23/14 23/16
30/8
onslaughts [1]
18/17
open [5]   2/23 3/18
3/19 12/21 20/22
Operation [1]   30/18
Operations [1]
17/21
opinion [2]   6/10
31/23
opposing [1]   16/15
orange [2]   7/11
36/22
order [3]   3/6 15/5
20/3
ordered [1]   18/8
organization [1]
16/14
organized [5]   18/9
18/11 22/14 22/17
24/5
original [2]   21/10
22/21
others [2]   26/13
36/22
out [12]   7/1 9/12
15/5 21/24 23/2
27/19 28/7 28/15
30/24 34/8 34/17
35/15
outermost [1]   17/5
outnumbered [2]
17/8 17/12
over [8]   8/14 24/17
27/23 30/4 33/25
34/8 34/9 34/9
overarching [1]
8/24
overran [1]   17/5
overuse [1]   27/1
overused [1]   26/25
owes [1]   26/10
own [6]   4/5 25/6
28/22 28/23 29/18
30/1

**P**

p.m [4]   1/6 11/20
11/21 38/14
pain [2]   30/3 37/3
pains [3]   29/9
29/12 30/3
Park [1]   23/8
parking [1]   33/18
part [4]   4/2 20/20
27/16 37/4
particular [3]   5/21
8/5 21/14
parties [9]   5/10
5/13 7/23 8/22 9/7
9/24 12/1 13/9
14/15
passion [1]   31/11
past [2]   28/17 31/4
patriot [1]   35/6
patrol [1]   16/7

**P**

Paul [1]   22/13
penalty [1]   4/24
Pence [2]   17/19
19/2
people [5]   2/24
28/24 29/15 32/17
32/22
people's [1]   29/4
pepper [1]   7/1
perceive [1]   5/13
percent [1]   35/16
perfect [1]   31/21
performed [1]   23/8
perhaps [1]   5/16
period [1]   11/7
perjury [1]   4/24
person [4]   6/17 8/8
8/14 27/4
personal [1]   29/18
personally [4]
15/20 26/12 29/15
33/13
personnel [1]   22/24
photojournalist [3]
36/5 37/10 37/14
physical [5]   29/6
29/9 30/2 37/7
37/11
physically [1]   23/1
pick [1]   23/1
picked [1]   7/6
piece [1]   6/21
pipe [1]   9/18
piping [2]   6/21
18/18
pistol [1]   23/19
place [3]   15/5 15/6
16/16
placed [1]   17/12
Plaintiff [1]   1/4
plan [2]   18/10
20/10
planned [1]   16/14
platoon [5]   18/1
19/13 24/10 27/14
27/18
platoons [3]   16/25
19/13 20/8
play [2]   33/25
34/14
played [1]   34/8
Plaza [1]   1/17
plea [11]   5/19 5/20
7/15 7/15 7/16 7/17
9/1 9/14 12/2 25/15
25/19
please [1]   2/6
plus [2]   28/15 37/9
podium [4]   2/6 10/5
12/17 15/6
point [8]   4/9 7/2
8/21 13/16 14/22
15/1 21/22 22/20
pole [7]   9/9 27/4
34/11 34/17 34/21
36/6 36/7
police [28]   16/1
16/2 16/4 16/5

16/21 17/6 17/9
17/9 17/11 17/13
17/20 18/11 18/13
18/21 19/19 21/5
23/5 23/6 23/8
23/17 23/21 24/7
24/10 24/17 27/11
31/1 31/17 35/3
pops [1]   34/1
portion [1]   26/21
portions [1]   35/14
position [8]   7/14
14/6 14/6 18/12
20/24 24/1 24/3
36/6
positioned [1]
20/14
possible [3]   8/5
36/18 36/19
possibly [1]   30/15
post [1]   28/16
preliminary [2]
2/21 9/23
preparation [1]   9/5
prepared [2]   20/19
27/8
preparing [1]   11/8
preponderance [1]
5/6
presence [2]   20/18
23/13
present [5]   2/4
2/10 2/14 27/20
37/22
presentence [1]
4/19
president [6]   16/17
16/19 17/19 19/2
20/6 26/18
president-elect [1]
20/6
pressure [1]   32/9
pretrial [1]   12/18
pretty [1]   28/6
prevent [1]   17/9
Prince [1]   24/6
print [1]   4/10
prior [1]   25/1
pro [1]   16/14
pro-Trump [1]   16/14
probably [3]   11/4
29/5 35/16
probation [2]   2/6
2/18
Procedure [1]   3/9
proceed [7]   4/14
7/24 8/23 10/2
10/15 11/16 11/24
proceeding [2]
14/13 15/15
proceedings [7]   3/1
3/8 7/21 7/22 38/1
38/14 39/5
productive [1]   11/6
profession [2]   31/3
31/5
projectile [1]
18/19
projectiles [3]
18/18 18/21 21/19

prolonged [1]   22/12
promise [1]   37/25
properly [2]   4/2
13/23
propose [2]   12/1
13/10
prosecutor [1]   13/2
prosecutors [1]
30/21
protect [5]   26/7
26/8 26/8 26/15
26/16
protection [1]   30/8
protective [3]
20/11 21/6 36/24
protesters [3]
29/11 36/13 36/15
protesting [1]
36/16
protests [1]   37/9
proud [4]   25/7 26/6
31/6 31/9
provide [2]   29/3
32/20
PTSD [1]   25/11
public [3]   2/23 3/7
28/25
pull [1]   23/6
pulled [1]   23/17
pulling [1]   22/21
pulse [1]   32/9
purports [1]   4/22
purpose [1]   6/25
purposes [3]   6/1
8/10 13/24
pursuit [1]   37/13
push [4]   21/11 24/5
24/9 24/13
pushed [3]   17/6
21/1 23/4
put [3]   13/1 20/10
28/12
PVC [1]   6/21

**Q**

quick [1]   18/6
quickly [4]   17/4
19/18 19/23 21/12
quite [6]   4/14 4/18
6/6 7/9 28/8 29/14

**R**

radioed [1]   24/1
raise [2]   2/22
14/25
raises [1]   5/16
rallied [1]   20/16
Ramey [1]   19/21
RANDOLPH [1]   1/10
range [3]   7/7 9/4
21/22
ranging [1]   21/19
rapid [4]   24/5
27/13 27/17 27/18
rapidly [1]   19/5
rather [1]   10/19
ray [1]   20/15
reach [4]   14/15
14/19 17/25 24/11
read [3]   8/2 9/7

28/2
reading [2]   8/5
25/17
real [1]   4/4
realized [4]   18/7
19/18 19/23 21/12
realizing [2]   17/11
22/11
really [4]   28/5
33/6 33/10 33/11
rear [1]   22/18
rebroadcast [1]   3/8
received [3]   2/22
3/12 32/7
recognition [1]
24/21
recognize [1]   3/13
recognized [1]
17/20
recognizes [2]
34/25 35/2
recollection [2]
34/20 34/23
reconcile [2]   7/16
9/21
reconvene [1]   38/12
record [7]   2/7 3/8
4/3 11/20 11/21
28/10 39/5
reestablish [1]
19/9
refer [1]   27/13
referred [2]   27/22
36/21
refers [1]   36/20
reflection [1]   35/9
refusing [2]   21/23
21/25
regard [1]   25/14
regards [1]   33/24
relation [1]   30/13
relevance [1]   28/11
relevant [1]   14/3
relief [2]   22/12
22/15
remain [1]   38/4
remained [1]   37/3
remaining [4]   18/10
20/10 20/18 38/5
remains [1]   37/8
remember [12]   27/24
28/15 28/16 30/11
30/16 30/16 33/3
33/15 33/17 33/20
34/20 35/21
remembered [1]
24/16
remembrance [1]
34/6
remind [1]   34/15
reminded [1]   34/15
remorseful [1]
34/24
remove [1]   23/19
render [1]   23/14
reorganized [1]
20/21
repeated [1]   18/17
repeatedly [2]
36/24 36/25

**R**

report [5]   4/19
13/10 13/15 14/10
38/12
reported [1]   37/15
reporter [4]   1/22
1/23 12/16 39/3
reporting [1]   16/21
repositioning [1]
16/25
reprehensible [1]
35/5
request [2]   2/22
10/16
required [4]   6/16
8/3 8/4 36/18
requires [2]   6/11
8/19
resolve [5]   4/20
9/3 11/4 13/19
14/20
respect [3]   4/18
9/1 15/8
respond [1]   17/13
responded [3]   3/15
24/18 24/20
response [7]   16/23
18/2 24/4 24/5
27/13 27/17 27/18
responsibility [2]
25/16 25/21
restore [1]   24/20
result [1]   25/9
resulted [2]   26/17
37/1
results [2]   16/13
16/15
resuscitate [1]
23/10
retreat [3]   7/12
19/12 21/24
retreating [1]
20/17
revelation [1]   28/7
right [4]   6/23 7/10
11/14 11/14
Riley [1]   22/14
rioters [6]   20/19
20/24 20/25 21/21
22/5 24/8
ripped [1]   18/18
road [3]   8/10 8/12
8/17
Robert [1]   17/22
rocks [1]   18/19
role [1]   36/15
Ronald [3]   17/22
19/22 23/25
Room [1]   1/24
rotunda [2]   21/15
22/7
ROZZONI [2]   1/13
2/9
rules [3]   3/9 3/9
3/10
run [1]   8/14
running [1]   8/12
rushed [1]   25/19

**S**

safe [1]   3/18
safely [1]   19/3
safety [2]   7/5 25/6
Saint [1]   1/17
same [4]   6/8 9/11
13/15 33/14
saw [1]   15/19
saying [4]   3/15
7/19 8/6 9/22
scaffolding [1]
18/19
scale [1]   16/14
scare [1]   8/15
scared [1]   29/2
schedule [3]   12/9
13/10 14/8
school [2]   30/19
31/10
second [2]   12/5
34/2
section [3]   6/7
6/11 7/25
secured [1]   21/10
seemed [1]   33/8
seems [1]   5/4
seized [1]   22/7
self [1]   35/9
self-reflection [1]
35/9
selflessness [1]
25/5
Senate [1]   19/24
sense [3]   10/24
29/22 29/24
sentence [2]   4/7
35/11
sentenced [1]   25/23
sentencing [13]   1/9
2/20 4/16 5/5 6/19
6/20 13/12 13/13
13/24 14/3 14/13
38/2 38/4
separated [3]   19/16
20/8 21/11
September [1]   30/19
September 11th [1]
30/19
sergeant [5]   22/13
22/14 27/4 27/11
36/6
serious [4]   6/16
8/8 8/19 35/9
seriously [1]   33/12
served [5]   16/6
17/23 25/7 30/15
32/17
service [2]   17/16
36/15
serving [1]   31/8
session [2]   16/12
17/18
set [5]   12/13 12/19
12/20 12/22 13/3
sets [2]   31/20
31/21
setting [1]   18/7
seven [1]   19/20
several [1]   22/1

severely [1]   21/8
Sherry [1]   2/17
SHIPLEY [10]   1/19
1/19 2/14 3/11
10/12 10/14 10/24
12/1 12/11 38/9
shoes [1]   21/19
shooting [1]   32/25
shop [1]   33/15
short [2]   26/24
27/8
shorter [1]   11/7
showed [2]   21/23
25/5
shower [1]   30/10
showered [1]   37/6
Sicknick [1]   33/15
side [4]   21/14 22/4
22/6 37/1
sides [2]   13/18
22/9
sight [1]   20/16
signed [1]   4/23
significance [2]
16/13 20/4
significant [1]
5/17
simply [3]   12/25
14/1 14/13
sitting [1]   26/5
situation [3]   18/7
29/20 33/9
six [1]   30/10
Sixth [2]   17/23
18/1
sizable [1]   22/12
sized [1]   22/18
sledgehammers [1]
21/20
sleeping [1]   37/2
slightly [1]   27/9
small [4]   19/15
22/9 25/3 26/21
smash [1]   21/1
snatch [1]   9/12
sole [1]   6/25
solidifies [1]
25/18
somebody [6]   7/5
8/12 8/16 14/16
31/23 32/25
someone [1]   3/12
sometimes [1]   34/3
sore [1]   37/2
sorry [2]   10/6
12/15
space [1]   21/17
speak [2]   4/5 35/12
special [3]   2/10
17/21 34/2
specifically [2]
30/13 34/5
speech [2]   16/18
16/20
spending [1]   33/20
spent [2]   28/18
32/19
split [1]   19/13
spoke [1]   35/18
spoken [1]   9/22

spray [11]   6/1 6/2
6/2 7/1 7/1 18/23
21/21 30/6 30/6
36/22 37/5
sprayed [3]   7/9
7/11 30/5
spraying [1]   6/2
squad [3]   22/17
27/12 27/13
staff [2]   17/11
33/16
stage [1]   17/7
stand [4]   11/13
20/17 24/24 34/10
start [2]   9/24 15/3
started [2]   15/19
24/22
starting [2]   2/4
16/22
starts [1]   34/3
State [1]   24/10
statement [12]   4/17
4/21 15/9 15/12
27/8 28/2 28/13
29/3 29/4 29/8
34/13 34/17
statements [4]   9/21
10/18 29/5 37/22
STATES [23]   1/1 1/3
1/10 2/3 2/9 2/20
6/9 16/3 16/23 17/1
17/4 17/5 17/8 17/8
17/11 18/3 18/10
18/13 18/15 19/8
21/5 26/18 35/22
status [4]   13/9
13/15 14/10 20/9
statute [1]   12/5
statutory [1]   12/6
step [1]   26/4
steps [4]   18/24
20/20 20/25 22/18
sticks [1]   34/8
still [1]   12/21
stood [4]   26/19
28/15 30/24 36/11
storm [1]   18/15
stormed [1]   22/7
storming [1]   19/11
story [1]   36/17
Street [1]   1/14
1/20
stretcher [1]   23/11
strike [1]   5/24
strikes [1]   7/3
strip [1]   25/3
struck [4]   5/23
36/7 36/23 36/24
struggled [2]   28/12
33/7
stuff [1]   32/6
stun [1]   23/18
style [1]   14/13
subject [2]   5/1
14/4
subjected [1]   18/17
submit [4]   3/19
3/22 4/2 5/10
submitted [1]   28/9
substance [2]   6/1

**S**

substance... [1]
7/11
substantial [1]
4/13
suffer [1]   32/10
suffered [9]   25/10
26/12 29/9 29/11
30/2 30/2 30/4 30/8
32/22
suffering [1]   21/8
suffers [1]   26/1
Suite [2]   1/14 1/20
suppression [1]
16/8
sure [8]   3/2 4/6
5/17 8/24 12/15
17/15 25/11 35/14
surrounded [1]
22/10
surrounds [1]   7/21
suspect [1]   14/21
sustained [1]   25/9
swearing [1]   15/15
swelled [1]   19/11
swing [1]   9/9
sworn [2]   15/10
15/12
swung [2]   27/4
36/23
system [2]   22/14
31/21
systematic [1]
11/10

**T**

table [1]   2/10
talk [4]   11/16 32/3
32/14 33/18
talked [1]   32/15
talking [2]   32/4
33/16
target [1]   9/10
targeting [1]   9/9
teeing [1]   8/22
television [2]   34/1
34/14
tentative [1]   12/13
terrace [18]   17/7
18/3 18/9 18/16
18/24 19/14 19/17
19/18 19/25 20/2
20/5 20/23 21/2
21/14 23/3 24/8
24/11 24/15
Terry [1]   22/14
that day [1]   27/15
them trying [1]
29/23
theories [1]   6/23
therefore [1]   3/17
thinking [3]   14/18
26/14 26/16
Thorn [1]   22/14
though [4]   3/6
13/21 35/18 38/1
thought [6]   4/1
31/2 33/6 33/9
34/18 35/19

thousand [1]   25/23
thousands [2]   18/4
25/4
three [8]   10/17
15/2 27/23 27/24
28/15 29/10 37/21
37/25
throughout [1]
17/16
throw [1]   31/24
thrown [1]   19/1
tight [1]   21/17
times [3]   30/5 31/1
32/15
today [28]   4/3
10/18 10/19 11/17
13/1 15/3 16/8 25/8
27/8 27/10 28/4
28/7 28/8 28/13
28/20 29/2 30/25
32/2 32/14 34/12
34/17 34/23 35/7
37/23 37/25 38/3
38/7 38/9
today's [4]   3/1
7/21 13/8 38/1
together [1]   28/13
told [2]   5/19 20/16
tomorrow [1]   12/19
took [10]   16/16
30/10 30/16 30/18
30/21 30/25 31/23
32/24 33/19 33/22
top [1]   20/14
torso [1]   9/10
totally [1]   31/15
towards [1]   16/22
transcript [2]   1/9
39/4
transportation [1]
8/10
traumatic [1]   25/10
traveling [3]   4/1
12/11 31/7
tremendous [1]
26/10
trial [4]   12/13
12/20 12/21 12/23
tried [5]   9/12
29/15 33/4 33/4
34/22
true [2]   26/13 39/4
Trump [1]   16/14
Trump's [1]   16/20
truth [1]   37/13
try [5]   4/10 13/16
27/17 33/5 34/5
trying [12]   28/17
28/19 28/21 29/23
29/23 32/20 32/25
33/6 33/7 33/12
34/11 34/16
tunnel [3]   20/2
26/23 27/21
turn [1]   34/1
turned [2]   21/12
32/6
TV [1]   30/20
twice [1]   31/3
two [4]   4/19 8/24

9/1 25/7
type [2]   9/2 32/24
Typically [1]   15/7

**U**

U.S [9]   1/23 17/14
17/25 19/19 22/6
23/8 24/18 30/17
36/12
ultimate [1]   29/25
ultimately [1]
27/21
unable [1]   23/9
unanswered [1]   11/9
unbelievable [1]
23/12
uncertainty [1]
7/20
under [6]   4/23 5/2
5/19 8/3 9/13 28/17
Understood [1]
14/23
unfathomable [1]
32/1
unfortunately [5]
30/7 32/19 33/23
33/25 34/13
unit [4]   16/24
18/11 24/7 24/10
UNITED [23]   1/1 1/3
1/10 2/3 2/9 2/20
6/9 16/3 16/23 17/1
17/4 17/5 17/7 17/8
17/10 18/3 18/10
18/13 18/15 19/8
21/5 26/18 35/22
units [5]   18/8
18/11 19/12 22/2
22/5
unknown [1]   30/6
unless [2]   14/14
14/25
unmatched [1]   21/23
unnecessarily [1]
2/25
unpleasant [1]
30/12
unsuccessful [1]
23/20
unusual [2]   4/15
5/5
up [13]   3/18 7/6
8/22 14/3 19/13
20/25 23/2 24/24
26/19 28/19 31/7
32/8 34/10
uphold [3]   30/22
31/23 35/1
upon [4]   13/3 22/4
25/14 26/19
upper [1]   24/8
upset [2]   30/14
33/22
USA [2]   35/22 35/22
USAO [2]   1/14 1/16
use [7]   5/22 6/11
6/18 6/21 8/6 18/20
21/21
used [6]   7/6 18/22
20/25 33/14 33/18

36/22
using [7]   5/25 8/10
8/13 8/17 18/25
23/11 26/25
usually [3]   4/16
4/17 28/6
utility [1]   23/19
utilized [1]   23/9

**V**

valid [1]   7/15
valor [1]   24/21
varying [1]   22/2
vast [1]   16/6
vastly [1]   17/12
vehicle [1]   30/8
version [1]   6/25
versus [1]   35/15
veteran [1]   35/1
veterans [1]   32/22
vice [4]   16/7 17/19
19/2 26/18
victim [5]   15/8
15/12 15/12 27/3
37/22
victims [6]   10/17
11/17 15/1 15/3
15/9 37/25
video [2]   7/8 35/20
videos [3]   15/19
15/20 26/21
view [2]   13/22
29/18
violation [2]   6/11
7/18
violence [3]   21/16
23/8 37/9
violent [7]   18/14
20/24 21/12 21/16
23/15 24/19 25/4
violently [1]   23/18
Virginia [1]   24/10
virus [1]   2/25
visually [1]   36/18
vividly [2]   28/14
30/24
voices [1]   32/18
votes [1]   16/12
vulnerability [1]
19/24

**W**

wants [1]   10/12
Washington [2]   1/5
1/25
watch [1]   34/5
watched [4]   15/19
26/21 26/23 30/19
watching [1]   35/20
way [10]   4/4 8/2
17/6 18/5 20/25
21/2 21/13 22/3
29/6 33/1
ways [2]   14/19
14/20
weapon [8]   5/22
6/12 6/22 9/19
18/20 36/14 36/23
36/25
wearing [1]   36/24

**W**

Wednesday [1]   16/11
week [2]   30/10
 30/11
weeks [1]   30/3
weight [2]   28/22
 28/23
well-being [1]   7/4
weren't [1]   29/22
west [17]   17/4 17/7
 18/3 18/9 18/16
 18/24 19/14 19/16
 19/17 19/25 20/2
 20/5 21/2 21/14
 23/3 24/11 24/14
western [1]   27/19
what's [2]   4/18 8/3
whereas [1]   8/18
White [2]   16/16
 17/1
who's [1]   8/12
whole [1]   9/3
wielded [1]   36/25
Wilkins [4]   17/22
 19/22 22/16 24/1
WILLIAM [3]   1/19
 1/19 2/13
withdrawal [2]   19/8
 20/22
withdrawing [1]
 25/1
within [4]   20/23
 21/17 22/1 24/11
without [4]   15/15
 22/25 23/22 24/20
witness [1]   36/16
women [1]   27/14
word [3]   9/6 26/25
 29/2
work [5]   12/24 14/8
 26/14 26/15 37/13
worked [1]   16/1
world [3]   31/7
 31/20 31/22
wounded [2]   20/11
 21/11
writing [2]   14/6
 14/7
written [1]   35/4
wrong [1]   5/14
wrote [6]   6/11 28/6
 28/12 34/13 34/23
 35/15

**X**

x-ray [1]   20/15

**Y**

year [1]   16/5
years [5]   16/2
 17/16 17/23 29/13
 37/9
yesterday [1]   3/25
York [1]   1/17
young [1]   27/14
younger [1]   33/20