

                                    U.S. Department of Justice

                                    Matthew M. Graves
                                    United States Attorney

                                  *District of Columbia*

*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C.  20530*

                                      August 9, 2022

<u>VIA FED EX</u>

Credit One Bank N.A.
6801 South Cimarron Road
Las Vegas, NV  89113
Attn: Litigation Support

                              Re:    U.S. v. Lucas Denney
                              <u>Crim. No. 22-CR-00070 (RDM)</u>
                              Trial Subpoena No. TR2022080393350

Dear Credit One Bank N.A.:

      Enclosed is a subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with a hearing in the above-referenced case.  The subpoena directs you to appear on **August 23, 2022** before Judge **Randolph D. Moss** in Courtroom **#8** at **2:00 PM**.  The subpoena also requires you to appear with the requested records as described in the attached subpoena.

      In lieu of appearing at the above-referenced status hearing, you may electronically produce the documents requested in the attached subpoena, along with the completed declaration attached to that subpoena, to the United States Attorney's Office, at the contact information provided in the attachment to the subpoena.

      If you need the United States Attorney's Office to arrange your travel and accommodations, please contact our Witness Coordinator, Tonya Jones, at (202) 252-7133, or by email at <u>TONYA.JONES@USDOJ.GOV</u>.  Please call me immediately if there are any scheduling problems.

      We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

                                              Sincerely,

                                            Matthew M. Graves
                                            United States Attorney

                              By: _____
                                            Benet J. Kearney
                                            Assistant United States Attorney
                                            212-637-2260

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
| Lucas Denney | ) | Case No. 22-CR-00070 (RDM) |
|  | ) |  |
| *Defendant* | ) |  |

## District of Columbia

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:   Credit One Bank N.A.
      6801 South Cimarron Road
      Las Vegas, NV  89113
      Attn: Litigation Support

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia<br>333 Constitution Avenue, N.W,<br>Washington, D.C. 20001 | Courtroom No.: 8 |
|---|---|
|  | Date and Time: Tuesday, August 23, 2022 at 2:00 PM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

   SEE ATTACHMENT A

Date: August 8, 2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
, _____ who requests this subpoena, are:

Benet J. Kearney, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street N.W.
Washington, DC  20530
Phone: 212-637-2260
Email: benet.kearney@usdoj.gov

Subpoena #TR2022080393350
USAO #2021R00920
In re PVO:  18 U.S.C.§1752a1
Preparer:  SROUHI

Case No.  22-CR-00070 (RDM)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* <u>Credit One Bank N.A.</u>
was received by me on *(date)* _____.

_____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or, _____

☐ I returned the subpoena unexecuted because: _____

_____
.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____                       _____
                                                         *Server's signature*

                                            _____
                                                         *Printed name and title*

                                            _____
                                                         *Server's address*


Additional information regarding attempted service, etc.:




**SUBPOENA #TR2022080393350**

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Financial Information Authorization,
Purchase Order, Receiving Report

This form shall only be used when requesting financial records of individuals and partnerships of five or fewer individuals

| 1 Purchase Order Number: TR2022080393350 | 2 Date Order Prepared: 8/3/2022 | 3 Case Number: (*Optional*) 2021R00920 |
|---|---|---|

## Section A - Authorization and Purchase Order

4 Name and Address of Financial Institution:

A. _____   B. _____
   Funds available   Amount   Date         Approving Official           Date

Credit One Bank N.A., 6801 South Cimarron Road, Las Vegas, NV  89113

5 Deliver To:  Benet J. Kearney
              601 D Street N.W.
              Washington, DC  20530

6 Return Date: 9/28/2022

7 Remarks:  Do not proceed with compliance if the total cost will exceed $200.00 without prior approval. To obtain approval, call the requestor listed in item 8. If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.

| 8 Name of Requestor: (*Type or Print*) Benet J. Kearney/SROUHI | 9 Telephone Number: 212-637-2260 | 10 Date of request: 8/3/2022 |
|---|---|---|

## Section B - Financial Institution Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or On Your Form To Be Attached.

| 11 Service/Financial Records provided: | Quantity | Unit Price | | Amount |
|---|---|---|---|---|
| | | Cost | Per | |
| Federal Tax ID number (TIN) and Data Universal Numbering systems (DUNS) required before payment can be made  **Tax ID#** _____  **DUNS#** _____ | | | | |

| 12 Signature of Financial Institution Official: | 13 Date Signed: | Total Amount Claimed By Financial Institution | |
|---|---|---|---|

## Section C – Receiving Report

| 14 I certify that the articles and services listed were received: | 15 Date Received: | 16 Disallowance (*See Attached*) | |
|---|---|---|---|
| | | 17 Net to Financial Institution | |

18 Right to Financial Privacy Act – Public Law 95-630
(12 U.S.C. 3401-3422) Request Pursuant To: (*Check One Only*)

| SECTION | | OBJECT CLASS |
|---|---|---|
| ☐ 3404 | Customer Authorization | 2540 |
| ☐ 3405 | Administrative Subpoena or Summons | 2541 |
| ☐ 3406 | Search Warrant | 2542 |
| ☐ 3407 | Judicial Subpoena | 2543 |
| ☐ 3408 | Formal Written Request | 2544 |
| ☐ 3413 | Grand Jury Subpoena | 2545 |
| ☐ 3414 | Special Procedures | 2546 |

19 Signature of Approving Official:

20 Accounting Classification Code

| FY | FC | 1 | 2 | 3 | 4 | 5 | PROJ |
|---|---|---|---|---|---|---|---|
|    |    |   |   |   |   |   |      |

21 Schedule and Voucher Number:

DC#

22. Remarks:

The financial records received are those of an individual or partnership of five or fewer individuals

_____
AUSA Signature                                Date

FORM OBD-211
APR. 84

PLEASE Read FIN-1 instructions before completing this form. Original and one copy required.

| | |
|---|---|
| **BILL TO:** | UNITED STATES ATTORNEY'S OFFICE - DISTRICT OF COLUMBIA<br>FINANCE SECTION, 601 D STREET N.W., WASHINGTON, D.C. 20530<br>202-252-1700 |

DCN (FINANCE use only) **If blank please call 202-252-1700**

C1

LP

## *ADVICE OF OBLIGATION / RECEIVING REPORT*

| 1. AUSA | 2. SUPPORT PERSON | 3. REQUESTING DIV | 4. TELEPHONE CONTACT | 5. USAO NUMBER | 6. GJ DATE |
|---|---|---|---|---|---|
| Benet J. Kearney | SROUHI | CRIMINAL DIVISION | 212-637-2260 | 2021R00920 | |

| 7. CASE NAME | 8. CASE NUMBER | 9. ACCOUNT TYPE | 10. GJ NUMBER |
|---|---|---|---|
| U.S. v. Lucas Denney | 22-CR-00070 | DIR O   OCDETF O   HCF O   AF O   ACE O | |

| 11. ESTIMATED DELIVERY DATE | 12. EST. COST (If Over $3,000, MUST be submitted to PROCUREMENT SECT.) | 13. VENDOR NAME | 14. VENDOR TAX I.D. |
|---|---|---|---|
| 8/23/2022 | $75.00 | Credit One Bank N.A.<br>6801 South Cimarron Road<br>Las Vegas, NV  89113 | |

**15. TYPE OF OBLIGATION**

| | | | |
|---|---|---|---|
| O TRANSCRIPT (Grand Jury) | (25225) | O CONSULTANT | (25107/25LC) |
| O TRANSCRIPT (Court) | (25225) | ● LEGAL RESEARCH | (25213) |
| O TRANSCRIPT (Deposition) | (25225) | O CERTIFIED CONVICTION | (25213) |
| O FILING (Copy Abstract of Title, Filing Document Required) | (25215) | O OTHER (Specify below) | (25107) |
| O STENOGRAPHY & INTERPRETER SERVICES | (25206) | | |

| 16. TYPE OF TRANSCRIPT REQUESTED | 16a. For **Court Reporter requests** ONLY | 17. TRANSCRIPT TYPE | 18. TRANSCRIPT FORMAT |
|---|---|---|---|
| O REGULAR<br>O INTERMEDIATE<br>O DAILY (Approval Required) | O SPECIAL (Hourly – Approval Required)<br>O EXPEDITE (Approval Required)<br>O EXPRESS (Approval Required) (3 Days) | O COPY<br>O ORIGINAL<br>O TAPE | O FULL PAGE<br>O CONDENSED<br>O ELECTRONIC |

**19. REQUESTED ITEM**

TR2022080393350

| 20. SIGNATURE OF REQUESTOR | 21. DATE | 22. APPROVED BY (Must have OBD-234 on File) | 23. DATE |
|---|---|---|---|
| Typed/Printed Name of Requestor | | Typed/Printed Name of Approving Official | |

| 24. FUNDS CERTIFICATION | 25. DATE | | |
|---|---|---|---|

**26. INVOICE**

| Number and Date of Order | Date of Delivery or Service | Articles of Service(s) | Transcript Type | Quantity | Unit Price Cost | Per | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

Payee Signature: _____   Date: _____   *No payments should be made unless expenses are itemized.

**27. CERTIFICATION**
       I certify that these goods and/or services were received on _____ (date) and accepted on _____ (date). Oral purchase was authorized and no confirming order has been issued."

_____     _____
                             SIGNATURE                                                                                            DATE

Printed or Typed Name and Title: _____

# **DECLARATION OF CUSTODIAN OF RECORDS**

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR2022080393350 dated August 8, 2022, signed by Assistant United States Attorney <u>Benet J. Kearney</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
*(Brief description of type of documents being subpoenaed)*
_____ responsive to the subpoena. I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**Credit One Bank N.A.**
**Trial Subpoena No. TR2022080393350**
**ATTACHMENT A**

For the time period from **November 3, 2020 through January 6, 2021**, for account ████████, please provide:

1. Any and all account statements;

2. Signature cards / account opening documents;

3. Records of fraudulent transactions/claims of fraudulent activity, including correspondence, investigation, and resolution.

**Please deliver all records via email or law enforcement portal to:**

**Shirine Rouhi (Shirine.Rouhi@usdoj.gov) and**
**Benet Kearney (Benet.Kearney@usdoj.gov, and 212-637-2260)**

**U.S. Attorney's Office for the District of Columbia**
**Patrick Henry Building**
**601 D St. NW,**
**Washington, D.C.  20530**