# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LUCAS DENNEY,<br><br>*Defendant*. | Criminal Action No. 22-70 (RDM) |

## ORDER

Upon consideration of the United States's unopposed Motion for Early Return of Hearing Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), Dkt. 58, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that:

1. That WebBank be required to comply with Trial Subpoena No. TR2022080393349 by producing records as described in Attachment A to that subpoena, a redacted copy of which was appended to the government's motion;

2. That WebBank, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before August 23, 2022;

3. That Credit One Bank, N.A. ("Credit One") be required to comply with Trial Subpoena No. TR2022080393350 by producing records as described in Attachment A to that subpoena, a redacted copy of which was appended to the government's motion;

4. That Credit One, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before August 23, 2022;

5.    That the United States shall produce any subpoena results received promptly to the defendant through the discovery process; and

6.    That the United States may grant either of the entities subpoenaed any requested necessary extensions of time to comply with the subpoenas.

**SO ORDERED.**

/s/Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: August 8, 2022