# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 22 CR 070 (RDM) |
| : | |
| **LUCAS DENNEY,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF JOINT STATEMENT OF OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the attached document is a Joint Statement of Offense, agreed to by the United States and defendant Lucas Denney. Denney and his counsel intend to sign in court at the sentencing proceeding currently scheduled for September 28, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _/s/ Benet J. Kearney_
BENET J. KEARNEY
Assistant United States Attorney
NY Bar No. 4774048
1 Saint Andrew's Plaza
New York, New York 10007
Benet.Kearney@usdoj.gov
(212) 637 2260

CERTIFICATE OF SERVICE

      I certify that a copy of the Government's Notice of Filing of Joint Statement of Offense was served on all counsel of record via the Court's electronic filing service.

                                             */s/ Benet J. Kearney*  
                                             BENET J. KEARNEY  
                                             Assistant United States Attorney

Date:   August 19, 2022