**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.: 22-CR-070 (RDM)** |
| | : | |
| **LUCAS DENNEY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

<u>**STATEMENT OF OFFENSE**</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, LUCAS DENNEY, with the concurrence of his attorney, agree and stipulate to the facts below, in advance of the sentencing hearing currently scheduled for September 28, 2022:

*The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began

at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States

Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Lucas Denney's Planning for January 6, 2021*

8. In the weeks prior to January 6, 2021, LUCAS DENNEY, the self-declared President of a Texas-based militia called the Patriot Boys of North Texas ("PBONT"), used Facebook extensively.

9. On December 3, 2020 at 10:13 p.m. EST, Denney sent a Facebook message stating:

> I'm going to DC because I have to meet with the PB chairman. The rally that is happening is just a treat while I'm there.

10. On December 5, 2020, at 3:37 a.m. EST, Denney posted the following, signing it "President of DFWPB chapter:"

> [unknown emoji] For me, it was really only a matter of time before I dusted off my boots. I've hunted the most evil men the world has ever seen and they didn't scare me. I loved it. The time is coming to choose a side. And they're 3 sides to choose from. The right side, the wrong side and the side where you aren't doing shit but sitting on the sidelines watching. DFW Proud Boys are now recruiting. We also have a few guys that are doing martial arts training, weapons training and field training. We are very active in countering ANTIFA, BLM and any other communist radical groups that decide to pop up. We also hold pro America rally's, pro Trump rally's and back the blue rally's. We show the communist that Patriots are here and not hiding. PM me for any questions you have about membership. "We Don't Back Down, We Take Care Of Our Own." [unknown emoji]

11.     On December 7, 2020 at 9:33 a.m., EST, Denney sent a Facebook message

stating:

> This weekend I'm actually headed to DC with a group to meet the PB chairman and
> to join then [sic] on their March.  Which ANTIFA is already putting out flyers to
> counter us.  That will be a brawl and you'll probably see that on the news. . . . So
> if you're tired of sitting back and watching ANTIFA and BLM on TV destroying
> shit and want to be on the front lines doing something about it as a Patriot American,
> come on, brother.  Would love to have you.

12.     Between December 10, 2020 at 7:51 a.m. EST and December 11, 2020 at 5:37 p.m.,

Denney and co-defendant Donald Hazard engaged in the following exchange over Facebook

messenger:

| | |
|---|---|
| **DENNEY:** | DC brother?  You going?  I'm leaving this evening |
| **HAZARD:** | Unfortunately I can't get out of work Friday and even got to go to work Saturday. |
| **DENNEY:** | Ok |
| **HAZARD:** | wish i could go but it might cost me my job. |
| **DENNEY:** | It's ok.  We are leaving tonight. |
| **HAZARD:** | how's dc? |
| **DENNEY:** | We left last night, got stuck in major traffic in Dallas and decided fuck it, not to make the 20 drive because it's just too far with no rest making it there in time so we turned around.  So we didn't go. Flying is too expensive. |

13.     Between December 10, 2020 at 9:47 a.m. EST and December 14, 2020 at 10:02 p.m.,

Denney and another Facebook user engaged in the following exchange over Facebook messenger:

| | |
|---|---|
| **DENNEY:** | . . . . As soon as I get back from DC we will get things back to normal . . . |
| **USER:** | . . . Talk to you soin and be safe and watch you ass in DC |

*   *   *

**USER:**     Yall stay safe brother.

**USER:**     Well did you get to talk to anyone and get any good information?

**DENNEY:**   Well we didn't make the trip.  We were leaving at night because we were waiting on another guy to get off work.  So we were driving though Dallas and they had the whole damn freeway shut down during rush hour traffic for some reason.  We were stuck in that crap for a long time.  That's when we decided to turn back and not make the 20 hour drive. . . .

14.     On December 21, 2020 at 4:04 p.m. EST, Denney sent a Facebook message to Hazard stating the following, in part:

> Trump himself is calling for a big protest in DC on January 6th. I'm not going to miss this one. If you can go, it's paid for.

15.     On December 24, 2020, at 7:09 p.m. EST, Denney sent a Facebook message stating:

> Hey we got another group birthed out here called the Patriot Boys and it's growing. We are allied with the Patriot Prayer and the Proud Boys. I wanted to ask if you and [redacted] would be interested in starting your own chapter there since y'all have at least 5 guys or more. I got the north texas chapter and one in west Texas is starting up so far and one in Tennessee. Anyways I wanted to throw you guys the offer.

Denney followed this message by sending the following images:

 

16.     On December 24, 2020, at 7:18 p.m. EST, Denney sent a Facebook message stating:

Hey we birthed another group here called the Patriot Boys. We are allied with the Patriot Prayer and the Proud Boys. . . . Anyways I am building other chapters right now in west Texas, south Texas and tennessee so far.

17. On December 25, 2020 between 8:21 p.m. and 8:31 p.m. EST, Denney and Hazard engaged in the following exchange over Facebook messenger:

| | |
|---|---|
| **DENNEY:** | Hey if your trip is paid for can you go to DC? Leaving on the 5th, coming back 7th.<br>I'm making you a sergeant at arms. |
| **HAZARD:** | I'm sure I could .sounds good man. What does a sergeant at arms do?as in What will be my responsibilities? |
| **DENNEY:** | An SA watches the president's back. Kinda like security. |
| **DENNEY:** | You'll have stripes on your hoodie and shirts |
| **HAZARD:** | Oh ok. That sounds right up my alley. [unknown emoji] |
| **DENNEY:** | You're perfect for that lol |
| **DENNEY:** | So the 6th is going to be bigger than the last rally. I can't tell you everything I know over media here but it's gonna be big. Millions and millions will be there I can tell you that. |
| **DENNEY:** | We will need linking up with proud boys though. I've been in contact with a few different chapters and they're helping us out with safe hotels to get. |
| **DENNEY:** | We'll be staying in the same hotels that they are |
| **HAZARD:** | Cool bro let me look at the dates on the calendar. |
| **DENNEY:** | Don't worry about money. Just get the days off of work if you can. |
| **DENNEY:** | Tell your boss you're going to do your part saving the country from communist |

18. On December 26, 2020 between 9:19 a.m. and 7:33 p.m. EST, Denney and Hazard engaged in the following exchange over Facebook messenger:

| | |
|---|---|
| **DENNEY:** | Hey DC is definitely on. We are going for sure. Have plenty of money now. I just got a 1 thousand dollar donation from just one person for the trip. I have more donations coming in to. |

* * *

**DENNEY:**   If you know any other guys that can go thats like us an will fight, we could use them.  And it will be paid for.

**HAZARD:**   Alright 10-4. I'll see who I can find

19.   On December 26, 2020 between 3:10 p.m. and 7:27 p.m. EST, Denney sent a series of Facebook messages to a particular user, including the following:

You wanna to go DC with us brother? It's gonna be paid for if you can get off work.  The rally on the 6th is going to be historic I promise you that.

If you know anyone like us that can go and that will actually fight, then we could use them. The trip is paid for.

20.   On December 28, 2020 between 8:51 a.m. and 7:41 p.m. EST, Denney sent a series of Facebook messages to a particular user, including the following:

You going to DC this time around? This is the big one. Me and hazard and a few other guys are going. If you want to go you can stay in our hotel rooms we got. Our whole chapters trip is paid for through donations. I had one guy give me 1k just to get my guys to DC.

If you need us to swing by and pick you up we can do that too. But I'll let you know where our hotel room is as soon as I book it today either way.

Denney then sent a screenshot of a hotel booking confirmation and stated:

Got this booked today. It's the same place everyone else is getting in the Proud Boys crew and other militia's until it gets full.

21.   On December 28, 2020 at 6:18 p.m., EST Denney sent a message to Hazard stating:

Got the room booked.  We are teaming up with thousands of others that will be in the same hotel and the one around it. I wish I could tell you more but I can't over messenger. But bro, you're going to love it and it's going to be historic.

Denney followed this message by sending a screenshot of a hotel booking confirmation.

22.     On December 29, 2020 between 12:35 a.m. and 12:52 a.m. EST, Denney sent a series

of Facebook messages to a particular user, including the following:

> Hey do you or do you know anyone that wants to go to DC with me and a few other guys
> for the January 6th rally? I need guys willing to fight ANTIFA back.
>
> Everything will be paid for
>
> We are meeting with thousands of other fighters
>
> . . . It's paid for.  Leaving the 4th and we'll be back here on the 8th.
> Gonna be one hell of a time.  Trump called this.  There's so much more going on but to
> much to type.

23.     On December 29, 2020 between 12:40 a.m. and 12:50 a.m. EST, Denney sent a series

of Facebook messages to a particular user, including the following:

> Going to DC if you can go it's paid for.
>
> Leaving on the 4th. We'll be back here on the 8th.  We are linking up with thousands of
> Proud Boys and other militia that will be there. This is going to be huge. And it's going to
> be a fight.
>
> Everything is paid for through donations to our chapter
>
> Trump is calling this rally himself. It's the day that Congress is going to try and certify the
> electoral college. But pence can deny the ones coming from the states where fraud took
> place. So we are thinking Trump wants us there to keep the area from being burned down
> by ANTIFA thugs when they get mad
>
> Biden ain't getting into office

24.     On December 29, 2020 between 12:44 a.m. and 1:04 a.m., EST, Denney sent a series

of Facebook messages to a particular user, including the following::

> I'm going to DC. Leaving on the 4th with a big group of my guys. Big rally on the 6th.
> Been taking all day everyday to organize and make sure everyone has the right equipment
> and supplies.
>
> It's the rally Trump has called for. It's the day that Congress is going to try and certify the
> results with the electoral college. But Pence oversees that and he can deny the ones from

the states that cheated. After he does that, you're going to see ANTIFA and BLM start rioting. That's why Trump has called everyone there to fight back and show support. The media is not reporting how big this really is because they are trying to hide it from being big news. But keep an eye on my Facebook January 6th. I'll post pics, videos and go live as much as I can.

25.     On December 29, 2020 12:17 p.m. EST, Denney sent a Facebook message stating:

Gonna be a historic rally that's for sure. Got the room booked and plans to meet with about 1 thousand other guys that we are all in a Intel chatroom together.

26.     On December 29, 2020 at 11:26 p.m. EST, Denney commented on a Facebook post, stating:

REMINDER: For everyone going to DC remember, no guns. They have strict weapon laws. Look them up before you go. Pepper spray is legal though.

27.     On December 30, 2020 at 1:56 p.m. EST, Denney sent a Facebook message stating the following, in part:

If you know anyone else that can donate let me know about us. I still need to get some more protective gear for some more of my guys and other supplies before we leave Sunday.

28.     Between December 30, 2020 at 2:47 p.m. EST and December 31, 2020 at 9:22 p.m. EST, Denney and Hazard engaged in the following exchange over Facebook Messenger:

| | |
|---|---|
| **DENNEY:** | Do you have to work Saturday? |
| **DENNEY:** | If you're off then I want to pick you up and take you to get a helmet and pick up some other gear. We also have a chapter meeting at 4pm in the Stockyards. You can stay with me Saturday night because we are gonna leave Sunday and head out. We have 3 guys so far. But we are meeting hundreds of others at our hotel. |
| **HAZARD:** | No I'll be off Saturday. |
| **DENNEY:** | Cool |
| **DENNEY:** | Just picked us each up a bottle of police grade pepper spray from the Fort Worth police store. I'm gonna have you a vest to |
| **HAZARD:** | Alright!!! |

DENNEY:



DENNEY:        These are Sergeant stripes. This will be sewn in to your hoodie on the right front chest to show who you are.

DENNEY:        Sergeant at arms

HAZARD:        Totally cool!!!

29.    On December 30, 2020 at 4:31 p.m. EST, Denney replied to another user's Facebook post, stating:

> I got a good group going to DC. We are linking up with thousands of other militia's the 5th and the 6th

30.    On December 30, 2020 between 8:28 p.m. and 9:08 p.m. EST, Denney sent a series of Facebook messages to a particular user, including the following:

> Been really busy organizing this trip with about a hundred other people. Got the hotel rooms in DC. Leaving Sunday. Now trying to make sure all my guys have the right equipment they need. We need a medical girl lol

> So Trump has called this himself. For everyone to come. It's the day the electoral college is suppose to be certified by congress to officially elect Biden. But, Pence is in charge of this and he's going to throw out all the votes from states that were proved to have fraud. There's so much more going on behind the scenes though. That's why he's called this rally for support.

> Trump will stay President.

> That's why I've been super busy. I'm the President of the Patriot Boys in North Texas and have over 200 guys. We are 3%ers. Since I'm retired from the military this is what I do mainly. Would love to have you go. If you want to just let me know.

31.     On December 30, 2020 at 8:44 p.m. EST, Denney sent a Facebook message stating:

> Hey can you or anyone you know donate to this chapter that isn't going to DC with us? I got the hotel rooms paid for. But two of the guys that's going need helmets and vest and medical equipment. If you know anyone we need donations by Friday. We are leaving Sunday.

32.     On December 30, 2020 between 9:34 p.m. and 11:23 p.m. EST, Denney sent a series

of Facebook messages to a particular user, including the following::

> [L]eaving this Sunday and heading out.  Be back Friday. I got a lot of donations so everything is plenty paid. If something changes just let me know. Free trip and would love to have you.
> I've been so busy. Having to organize everything with my guys and linking with other militias across the US. Going to be a historic rally.
>
> I have 5 of my guys going but I'm linking up with over 300 in DC.

33.     On December 30, 2020 at 9:57 p.m. EST, Denney sent a Facebook message stating

the following:

> I raised a little over 1k. Half of that went to hotel room. Other half is going towards gas and food. I'm still trying to take donations to get two helmets and stab proof vest that two guys need. And medical supplies.

34.     On December 30, 2020 between 10:27 p.m. and 10:32 p.m. EST, Denney and another

Facebook user engaged in the following exchange over Facebook Messenger:

| | |
|---|---|
| **DENNEY:** | Leaving Sunday morning. Got a 20 hour drive. Going to drive halfway stay in hotel somewhere then drive rest of the way. |
| **USER:** | Ok so can u get supplies on sat? |
| **DENNEY:** | A lot of the Presidents and commanders of militias like myself are meeting on the 5th to organize and plan |
| **DENNEY:** | Yes I can get supplies on Saturday |
| **USER:** | Ok ill get to work on this. Put in next text to me what you need to buy the guys.<br>*   *   * |

> **DENNEY:** 2 helmets, 3 stab proof vest, cans of pepper spray, medical supplies and gloves. And our own food and water because places might get shut down.
>
> \* \* \*
>
> **DENNEY:** If I have enough left over I'll need to get batteries and a few more communication radios (walkie talkies)

35.     On December 30, 2020, Denney attempted to post the following photographs in response to comments on Facebook:



These images appear to have been removed from Facebook that same day.

36.     On December 31, 2020 at 3:11 a.m. EST, Denney sent a Facebook message stating:

> It's 209am.  I'm still up chatting with all my brothers that going to DC.  All the Presidents have been so busy organizing, planning and talking lol

37.     On December 31, 2020 at 7:47 p.m. EST, Denney commented on a Facebook post, stating:

> I'm so pumped brother. I can't wait to be in the middle of it on the front line on the 6th.

38.     On January 1, 2021 between 3:11 a.m. and 3:16 a.m. EST, Denney and another

Facebook user engaged in the following exchange over Facebook Messenger:

| | |
|---|---|
| **DENNEY:** | I bought a couple cans of pepper spray earlier and one vest. That's all I could get for now |
| **DENNEY:** | Right now we have enough for the hotel rooms including one we have to stay at on the way. Gas, food and water |
| **DENNEY:** | Still need two more vest, two helmets, two more cans of spray, two more radios and medical supplies. Then we are set |
| **DENNEY:** | But we will do with what we got if we have to. |
| **USER:** | Once these guys get the vest and trump gets in on the 20th. They got these vest for good right? |
| **USER:** | Cause you guys be back again or won't go to that |
| **DENNEY:** | Oh yeah. These are vest to protect from being stabbed. Oh we will definitely be back on the 20 with whatever happens |

39.     On January 1, 2021 between 3:29 a.m. and 3:32 a.m. EST, Denney sent a series of

Facebook messages to a particular user, including the following:

DC will shut down completely.

If it gets bad

Which I can tell you, it's gonna get bad with the Intel I'm getting about ANTIFA and BLM and their plans right now

Because if we aren't there, and no one shows up, then ANTIFA and BLM will burn down that city and take over all the neighborhoods.

Trump knows militia's will protect people and property

40.     On January 1, 2021 at 2:27 p.m. EST, Denney sent a Facebook message to Hazard

stating the following:

We got to go out tomorrow and get you a helmet for yo head

41.     On January 1, 2021 between 10:58 p.m. and 11:20 p.m. EST, Denney and another

Facebook user engaged in the following exchange over Facebook Messenger:

> **DENNEY:**     I'm going to be cutting it close. I didn't get anymore donations
> either. I have to get 2 helmets though tomorrow at leastn for my
> guys.
>
> **USER:**       Will another 100 help?
>
> **USER:**       How much are helmets
>
> **DENNEY:**     You don't have to do that. You've already done enough and we
> thank you for that.
> They are about $40 each.
>
> **USER:**       How much are vest
>
> **DENNEY:**     Those are a little more. But with my military discount I can get
> them for about $80
>
> **USER:**       A piece
>
> **DENNEY:**     A piece yep lol. Vest are expensive. But that's actually a good price
> for me because they go up to $200 a piece with the armor plating

42.     On January 2, 2021 at 2:31 a.m. EST, Denney commented on a Facebook post,

stating:

> Me and my guys leave Sunday for DC to be in the fight on the 6th. It will get Western I
> can tell you that

43.     On January 2, 2021 at 2:47 a.m. EST, Denney commented on a Facebook post,

stating:

> I'm hearing some bad stuff today about Pence. First everyone thought he was going to be
> a hero and now I'm hearing he's stabbing Trump in the back through backdoor deals. The
> 6th in DC is going to be interesting

44.     On January 2, 2021 at 2:54 a.m. EST, Denney sent a Facebook message stating:

> I'm leaving Sunday for DC with my group. There's gonna be millions there. I can't
> tell you everything over Facebook here but I can say Trump will stay President and
> the liberals and deep state Republicans are not going to win against the people.
> They rigged this election and that's no conspiracy theory and we ain't dumb. They

think we are just going to roll over and let that happen. That's what they're hoping
for anyways lol.

45.     On January 2, 2021 at 2:15 p.m. EST, Denney sent a Facebook message stating:

I'm in other chat groups and one for the president's of other groups and there are
certain plans being made right now. It's gonna be historic is all I can say and we
will be taking back the country on the 6th up there.

46.     On January 4, 2021 at 7:25 p.m. EST, Denney sent a Facebook message stating the

following:

Things are going to be happening here. Trump is going to be speaking to everyone Wed
before everyone marches to the capital. Rumour has it that he may march with us. I'll tell
you more when you get here on where to be wed and what time so you have the best seats

47.     On January 4, 2021 between 8:02 p.m. and 8:05 p.m. EST, Denney and another

Facebook user engaged in the following exchange over Facebook Messenger:

| **DENNEY:** | DC police have joined forces with [ANTIFA] per orders of the mayor. DC police are even escorting them to our Rally to protest |
| **USER:** | World War 3 here lol |
| **DENNEY:** | Civil war |
| **DENNEY:** | Ww3 isn't too far away though |

48.     On January 6, 2021 at 1:27 a.m. EST, Denney sent a Facebook message stating the

following, in part:

Things got crazy at BLM plaza. I posted video Sorry for the cussing in it but that's
what happens when you get into that warrior mode.

49.     On January 6, 2021 at 1:33 a.m. EST, Denney sent a Facebook message stating the

following:

You'd be getting you some blood here. Good night. Check out that live feed I made
before we started fighting. Tomorrow will be epic and historic so keep an eye out

tomorrow for live feeds as well. Trump talks to us around 11am. Fuck ANTIFA
and BLM. They lost tonight and they're going to lose tomorrow.

50.     On January 6, 2021 at 1:33 a.m. EST, Denney sent a Facebook message stating the
following:

> Check out my live videos I made earlier before we started fighting. It was crazy. We
> made it back to the hotel safe and ready for tomorrow. Trump speaking to us around
> 11am then we march to the capital and after that we have special plans that I can't say
> right now over Facebook. But keep an eye out for live feeds tomorrow from me.
> Tomorrow will be historic.

51.     On January 6, 2021 at 1:33 a.m. EST, Denney sent a Facebook message stating the
following, in part:

> Things got crazy at BLM plaza tonight. . . . Tomorrow is going to be a historic day so
> keep an eye on my Facebook for live videos. I'll do them the best I can when we're not
> fighting.

### *Lucas Denney's Participation in the January 6, 2021, Capitol Riot*

52.     By approximately 1:30 p.m. on January 6, 2021, Denney had entered the restricted
grounds of the Capitol and approached the police line protecting the west side of the Capitol building.
Metal bike rack barricades separated the crowd and the police officers.  At approximately 1:37 p.m.,
Denney approached the line of police officers and began yelling words to the effect of "Who y'all
protecting?  Who are you all protecting?"  Denney then reached out and grabbed one of the metal
barricades and attempted to pull it away from the officers standing behind it.  Officers pulled the
barrier back and Denney then lunged forward, kicking at the barrier.  After being sprayed by crowd-
control spray, Denney ran away from the barrier, yelling "Fuck you! Fuck you!" and raised his
middle finger.  These events are depicted in Government Exhibit 9.

53.     Approximately two minutes later, at 1:39 p.m., Denney rattled the metal barrier and
then again attempted to pull the barrier away from officers.  When unsuccessful, Denney moved

slightly south to another barricade and again attempted to pull the barricade both away from and into the officers protecting the Capitol building.  These events are depicted in Government Exhibit 10.

54.     A short time later, Denney was positioned underneath the scaffolding covering the Northwest stairs of the Capitol, leading from the West Front to the Upper West Terrace.  The middle landing of the stairs were guarded by a line of USCP officers behind a metal barricade.  At one point, Denney reached over the crowd, holding a small object in his hand, which he extended in the direction of the USCP officers.  These events are depicted in Government Exhibit 11.

55.     By 2:09 p.m., Denney was positioned on the west side of the Capitol and was yelling at the police officers guarding the Capitol building.  These events are depicted in Government Exhibit 12.

56.     Shortly thereafter, by 2:13 p.m., Denney was positioned slightly farther south, gesturing towards the police line.  At approximately 2:14 p.m., when a Metropolitan Police Department (MPD) officer approached him, Denney grabbed the officer's baton and engaged in a tug-of war over the baton with the officer.  These events are depicted in Government Exhibit 13.

57.     In a similar location, sometime between 2:03 p.m. and 2:23 p.m., Denney and Hazard moved through the crowd in the direction of a line of police officers.  Each had an arm raised over his head and was holding a small cannister in his hand, which they extended towards the line of officers. After a few seconds, Denney threw his object in the direction of the officers. These events are depicted in Government Exhibits 14 and 15.

58.     By at least 2:23 p.m., MPD Sgt. K.K. had assumed a position on an elevated structure between the crowd and the west side of the Capitol building.  Rioters below were throwing debris at police officers, including Sgt. K.K., who was armed with crowd-control spray and occasionally used it to repel the rioters.  Denney worked his way through the crowd and attempted to grab the canister

of crowd-control spay away from Sgt. K.K.  Sgt. K.K. then deployed the crowd-control spray and Denney retreated into the crowd.  These events are depicted in Government Exhibits 15 and 16.

59.     Less than a minute later, Denney picked up a long PVC pole from the ground and swung it towards Sgt. K.K.  The pole fell short of directly striking Sgt. K.K., but struck a photojournalist – J.H. – who was positioned below Sgt. K.K.  Sgt. K.K. and several other officers attempted to pull the pole away from Denney and the other rioters, but were unsuccessful.  These events are depicted in Government Exhibits 15, 16, and 17.

60.     At approximately 2:24 p.m., Denney and another rioter grabbed a large tube and together they launched it towards the location where Sgt. K.K. had been positioned les than a minute earlier.  These events are depicted in Government Exhibit 18.

61.     By approximately 3:12 p.m., Denney had relocated to the vicinity of the terrace on the west side of the Capitol building where a stage for the Presidential Inauguration was being constructed (the "Lower West Terrace").  Denney entered a passageway that connects the Lower West Terrace and the interior of the U.S. Capitol building (the "Tunnel") and joined with a crowd of rioters, waving his hand.  These events are depicted in Government Exhibit 19.

62.     By approximately 3:14 p.m., as multiple other rioters exited the Tunnel, Denney had pushed himself farther into the Tunnel.  These events are depicted in Government Exhibit 19.

63.     At approximately 3:15 p.m., Denney and another rioter pushed a riot shield into and on top the line of officers for more than a minute.  These events are depicted in Government Exhibits 20 and 21.

64.     At approximately 3:18 p.m., other rioters had pulled an MPD officer -- Officer M.F. – off of the police line and out into the crowd on the Lower West Terrace.  Several seconds before the rioters pulled Officer M.F. out of the Tunnel, Denney exited the Tunnel onto a set of steps.  When

Denney and Officer M.F. were both on the steps, Denney gestured to the crowd, turned toward Officer M.F., and moved his arm and hand towards Officer M.F.  Denney himself then fell backwards into the crowd. These events are depicted in Government Exhibits 19, 22 and 23.

### *Lucas Denney's Post-January 6, 2021, Conduct*

65.    On January 7, 2021 at 7:57 p.m. EST, Denney commented on a Facebook post, stating, in part:

> The whole Capitol building thing was a set up. It was peaceful. The police even opened up the barricades to let people come closer. The protesters were still peaceful at the second barricades when the Capitol police started firing flash bangs and gas into the crowd. It was a total set up.

66.    On or about January 9, 2021 between 4:29 p.m. and 5:01 p.m. EST, Denney sent a series of Facebook messages to Hazard, including the following:

> Remember to keep quite this week

> . . . In the meantime, don't talk or message anything to anyone.

67.    On January 12, 2021 between 12:13 a.m. and 12:18 a.m. EST, Denney and another Facebook user engaged in the following exchange over Facebook Messenger:

| | |
|---|---|
| **USER:** | Pence is the backstabber |
| **USER:** | Riot my ASS |
| **DENNEY:** | Yep. A traitor |

68.    On January 12, 2021 at 4:51 p.m. EST, Denney sent a Facebook message stating:

> I know I heard a bunch of ANTIFA was in the crowd wearing MAGA hats or other clothes that aren't all black.
> Now there were a lot of Patriots pushing back on the police riot shields trying to get through. But that was intentionally and unnecessarily started by a few of the police when they started throwing gas and flash bangs at the crowd that were just there yelling. There was women and children in the crowd. No one from what I seen was trying to go over barricades at that time. The whole thing was instigated on purpose.

69.     On January 13, 2021 between 5:51 p.m. and 5:54 p.m. EST, Denney and Hazard engaged in the following exchange over Facebook Messenger:

> **HAZARD:**      I know you already know bro but please remember the gun and ammo and [pile of] clothe on the weight bench.  I've been stressing not having a gun in the house.  Especially in these times.
>
>                  \*      \*      \*
>
> **DENNEY:**      Great.  See you tonight.  Remember don't talk about certain things to anyone.  You know what I mean.
>
> **HAZARD:**      Yep I know exactly what you mean. . . .

70.     Denney deleted his Facebook account in mid-January 2021.

71.     On February 26, 2021, Denney and another individual voluntarily met with Special Agents from the Federal Bureau of Investigation ("FBI").  During the meeting, Denney told the interviewing agents the following, among other things:

> a.  Denney did not know anyone who went into the U.S. Capitol building on January 6, 2021.
>
> b.  Denney did not know of anyone who traveled to Washington, D.C. to go into the U.S. Capitol.
>
> c.  Denney saw on social media, probably in December 2020, discussions of people who wanted to travel to Washington D.C. to attend the Trump rally.
>
> d.  Denney believed he saw postings on Facebook regarding the rally.

72.     On August 26, 2021, Denney posted a video to Tik Tok.  That video is Government Exhibit 25.

73.     Denney was again interviewed by the FBI following his arrest on December 13, 2021. During that interview, Denney stated the following, among other things:

a. On January 6, 2021, Denney went to the U.S. Capitol building with Donald Hazard.

b. Denney saw "no fights, no riots, nothing like that. All [he] saw was guys in black."

c. Denney could not say whether he had bumped into officers on January 6, 2021.

d. Denney did not strike anyone on January 6, 2021, but could have pushed somebody back.

e. Denney did not remember laying a finger on anybody on January 6, 2021.

f. Denney threw a cardboard tube into the crowd on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     BENET J. KEARNEY
Assistant United States Attorney, Detailee
NY Bar No. 4774048
1 Saint Andrew's Plaza
New York, NY 10007
(212) 637-2260
Benet.Kearney@usdoj.gov

JENNIFER M. ROZZONI
Assistant United States Attorney, Detailee
NM Bar No. 14703
201 3rd Street, Suite 900
Albuquerque, NM 87102
(505) 350-6818
Jennifer.M.Rozzoni@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, LUCAS DENNEY, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: _____          _____
                                        LUCAS DENNEY
                                        Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _____          _____
                                        William L. Shipley, Esq.
                                        Attorney for Defendant