UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No: 22-CR-070 (RDM) |
| | : |
| LUCAS DENNEY, | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of the United States' Motion for Early Return of Hearing Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby ORDERED:

1. That Capitol One Bank (USA), N.A. ("Capital One") be required to comply with Trial Subpoena No. TR2022083194304 by producing records as described in Attachment A to that subpoena, a redacted copy of which was appended to the government's motion;

2. That Capitol One, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before September 19, 2022;

3. That Synchrony Financial Bank ("Synchrony") be required to comply with Trial Subpoena No. TR2022083194305 by producing records as described in Attachment A to that subpoena, a redacted copy of which was appended to the government's motion;

4. That Synchrony, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before September 19, 2022;

5. That PayPal Holdings, Inc. ("PayPal") be required to comply with Trial Subpoena No. TR2022083194306 by producing records as described in Attachment A to that subpoena, a redacted copy of which was appended to the government's motion;

6. That PayPal, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before September 19, 2022;

7. That Forth Worth Community Credit Union ("FWCCU") be required to comply with Trial Subpoena No. TR2022083194307 by producing records as described in Attachment A to that subpoena, a redacted copy of which was appended to the government's motion;

8. That FWCCU, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before September 19, 2022;

9. That the United States shall produce any subpoena results received promptly to the defendant through the discovery process; and

10. That the United States may grant any of the entities subpoenaed any requested necessary extensions of time to comply with the subpoenas.

So ordered.

Date: Sept. 1, 2022

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE