UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No: 22-CR-070 (RDM) |
| LUCAS DENNEY, | : |
| Defendant. | : |

## ORDER

Upon consideration of the United States' Motion for Early Return of Hearing Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby ORDERED:

1. That Kohls Credit Card ("Kohls") be required to comply with Trial Subpoena No. TR2022092195002 by producing records as described in Attachment A to that subpoena, a redacted copy of which was appended to the government's motion;

2. That Kohls, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before September 26, 2022;

3. That Chase Bank USA, N.A. ("Chase") be required to comply with Trial Subpoena No. TR2022092195003 by producing records as described in Attachment A to that subpoena, a redacted copy of which was appended to the government's motion;

4. That Chase, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before September 26, 2022;

5. That Sutton Bank ("Sutton") be required to comply with Trial Subpoena No. TR2022092195004 by producing records as described in Attachment A to that subpoena, a redacted copy of which was appended to the government's motion;

6. That Sutton, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before September 26, 2022;

7. That the United States shall produce any subpoena results received promptly to the defendant through the discovery process; and

8. That the United States may grant any of the entities subpoenaed any requested necessary extensions of time to comply with the subpoenas.

So ordered.

Date: 9/21/22

RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE