EXHIBIT 26

