IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 22 Cr. 070 (RDM) |
| LUCAS DENNEY | : | |

### GOVERNMENT'S SUPPLEMENTAL NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibit that was provided to the Court and defense counsel on September 22, 2022 via USAfx, in relation its sentencing memorandum (ECF No. 46) and supplemental sentencing memorandum (ECF No. 67).  This exhibit will be offered into evidence during the sentencing hearing scheduled for September 28, 2022.   Because it is a video clips, the exhibit is not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibit is as follows:

1. Government Exhibit 27 is a clip from a video available at https://archive.org/details/2S69NcvXrFEfnuJCC.  The clip is approximately 59 seconds long.  The events depicted in the exhibit occurred at approximately 2:09-2:10 p.m. EST on January 6, 2021.

If the Court accepts these proposed exhibit into evidence on September 28, 2022, the United States takes the position that the entered exhibit should be promptly released to the public.

                                                   Respectfully submitted,

                                                   MATTHEW M. GRAVES
                                                   United States Attorney

BY:    */s/ Benet J. Kearney*
         Jennifer M. Rozzoni
         NM Bar No. 14703
         Benet J. Kearney
         NY Bar No. 4774048
         Assistant United States Attorneys
         601 D Street, N.W.
         Washington, D.C. 20530
         (505) 350-6818 / (212) 637-2260
         Jennifer.M.Rozzoni@usdoj.gov
         Benet.Kearney@usdoj.gov