UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CASE NO. 22 Cr. 070 (RDM) |
| LUCAS DENNEY, : | |
| : | |
| Defendant. : | |

## STATUS REPORT

The United States of America, by and through the United States Attorney, hereby submits this joint status report.

### FACTUAL BACKGROUND AND PROPOSED SCHEDULE

On March 17, 2022, the defendant, Lucas Denney, pled guilty to a one-count Indictment charging him with Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b). At the sentencing hearing on July 21, 2022, the Court indicated that it believed an evidentiary hearing might be necessary to resolve certain disputes between the parties. On August 19, 2022, the Government, on behalf of both parties, filed a Joint Statement of Offense (ECF No. 60-1), to which the parties agreed and stipulated. In light of that statement, the Government informs the Court that, after conferring with defense counsel, it is the Government's understanding that neither party intends to call witnesses at the hearing scheduled for September 28, 2022. The parties intend to make arguments based on the Joint Statement of Offense and the various exhibits filed in this case (Government

Exhibits 1-27 and Defense Exhibits 1-3).

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                    United States Attorney
                                                    DC Bar No. 481052

By:     */s/ Benet J. Kearney*
           JENNIFER M. ROZZONI
           NM Bar No. 14703
           203 3rd Street, Suite 900
           Albuquerque, New Mexico 87101
           Jennifer.M.Rozzoni@usdoj.gov
           (505) 350 6818

           BENET J. KEARNEY
           NY Bar No. 4474048
           Assistant United States Attorney
           1 Saint Andrew's Plaza
           New York, New York 10007
           (212) 637 2260
           Benet.Kearney@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

     I certify that a copy of the Joint Status Report was served on all counsel of record via the Court's electronic filing service.

                                        /s/ *Benet J. Kearney*
                                        BENET J. KEARNEY
                                        Assistant United States Attorney

Date:   September 27, 2022