UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCAS DENNEY,<br><br>Defendant. | Case No. 22-cr-70-RDM |

### GOVERNMENT'S NOTICE OF RESITUTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of restitution in connection with the above-captioned matter and pursuant to the Court's direction at the sentencing hearing held on September 28, 2022.

As a result of the assault of Metropolitan Police Department Officer K.K. on January 6, 2022, the Metropolitan Police Department incurred the following costs:

    K.K. Medical Bills:    $3,976.26

    K.K. Sick leave:    <u>$1,625.68</u>

    Total:    $5,601.94

Documentation of the costs is attached as Exhibits 1 and 2 to this notice. It is therefore requested that restitution in this matter be ordered in the amount of $5,601.94, made payable to the Metropolitan Police Department.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

BY:   */s/ Jennifer M. Rozzoni*
        Jennifer M. Rozzoni
        NM Bar No. 14703
        Benet J. Kearney
        NY Bar No. 4774048
        Assistant United States Attorneys
        601 D Street, N.W.
        Washington, D.C. 20530
        (505) 350-6818 / (212) 637-2260
        Jennifer.M.Rozzoni@usdoj.gov
        Benet.Kearney@usdoj.gov