

920 Varnum Street, NE  
Washington, DC 20017-2145  
Office: (202) 854-7400  
Fax: (202) 854-7827

# INVOICE

Re: K█ K█████  
Date: 9/30/2022

| D.O.S | Procedure Code | Duty Status | Charge |
|---|---|---|---|
| 1/7/2021 | 99203 | SICK | $236.04 |
| 1/14/2021 | 99213 | RTFD | $0.00 |
| | | Total | $236.04 |

**Please Make Check Payable:**  
## DC Treasurer
Accounts Payable  
300 Indiana Ave. Room 4080  
Washington, DC 20001  
Fax: 202-727-4845

*Please issue a check made payable to the DC Treasurer for these services.*

*A joint partnership of Providence Health Services and Washington Hospital Center to provide occupational medicine services for District of Columbia's public safety officers.*



**INVOICE**

920 Varnum Street, NE
Washington, DC 20017-2145
Office: (202) 854-7400
Fax: (202) 854-7827

Re: K█ K█████
Date: 9/30/2022

| DOS | Facility | Payment |
|---|---|---|
| 1/6/2021 | G.W. University Hospital | $3,508.05 |
| 1/6/2021 | George Washington University | $232.17 |
| | Total | $ 3,740.22 |

**Please Make Check Payable:**
**DC Treasurer**
Accounts Payable
300 Indiana Ave.
  Room 4080
Washington, DC 20001
Fax: 202-727-4845

*Please issue a check made payable to the DC Treasurer for these services.*

*A joint partnership of Providence Health Services and Washington Hospital Center to provide occupational medicine services for District of Columbia's public safety officers.*