Favorites ▾    Main Menu ▾    > Payroll for North America ▾ > Payroll Processing USF ▾ > Produce Payroll ▾ > Review Paycheck Summary

Home    Worklist    Add to Favorites    Sign Out

Welcome ▆▆▆▆▆▆▆▆ (MPD) ▆▆▆▆▆▆

Favorites ▾    Main Menu ▾    > Payroll for North America ▾ > Payroll Processing USF ▾ > Produce Payroll ▾ > Review Paycheck Summary

Home    Worklist    Add to Favorites    Sign Out

Welcome ▆▆▆▆▆▆▆▆ (MPD) ▆▆▆▆▆▆

