UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 22-cr-00070 |
| ) | |
| LUCAS DENNEY ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT LUCAS DENNEY'S NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Lucas Denney, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of this Court entered on October 24, 2022.

Dated: October 31, 2022                Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*