# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3084**              **September Term, 2023**

**1:22-cr-00070-RDM-1**

**Filed On: June 5, 2024** [2058111]

United States of America,

    Appellee

  v.

Lucas Denney,

    Appellant

## M A N D A T E

    In accordance with the judgment of April 12, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                        BY:    /s/
                               Daniel J. Reidy
                               Deputy Clerk

Link to the judgment filed April 12, 2024