# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Lucas Denney, #78422-509
FCI Florence
P.O. Box 6000
Florence, CO 81226



LET IT BE FILED

V.

U.S. District Court for
the District of Columbia
Washington, D.C.

RECEIVED
Mail Room

JUL 31 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## MOTION

## REQUEST FOR IMMEDIATE RELEASE FROM CUSTODY

### I. RELIEF REQUESTED

Respectfully request my immediate release from the custody of the BOP and probationary period, with the return of my seized / confiscated property as the grand jury proceeding, trial, and sentencing has concluded.

### II. AUTHORITIES
- U.S. Constitution
- Rule 5 Criminal Procedure
- Bail Reform Act
- Speedy Trial Act

1

## III. STATEMENT OF FACTS

- **Initial Arrest:** 12/13/2021 Del Rio, Texas, detained, Rule 5 of Criminal Procedure violated in Del Rio, Texas. See enclosed court record. (Exhibit A)

- **Diesel Therapy: ORDERED** Removed from Texas on **12/17/21**, moved to Oklahoma on **1/10/22**, arrived at Northern Neck Regional Jail in Virginia on **1/31/22**. Detained without BOND, still no Preliminary Hearing. (Exhibit B)

- **Preliminary Hearing:** Did not have one, nor within the required 14 days, as required by Rule 5 of Criminal Procedure - **no preliminary hearing conducted in the jurisdiction of the arrest (Del Rio, Texas) - and subsequently transferred** to two other jurisdictions (Oklahoma and Northern Neck Regional Jail - Warsaw, Virginia) without indictment, then **detained over 83 days before any hearing was conducted.** Per court docket Magistrate and Article III judges acknowledgment and apology. See enclosed court transcript. (Exhibit C)

- **Indictment:** There was no indictment - violation of Rule 5 of Criminal Procedure, **unlawfully detained from 12/13/2021 through 3/6/2022**, arrest took place outside of jurisdiction of the crime (Texas), documents never returned to the sentencing court docket (DC) prior to any indictment (3/7/22), and no preliminary hearing was conducted by the arresting jurisdiction (Texas) as stated by the court document, therefore it was supposed to take place in DC. **This was a series of cascading judicial errors and inept, malicious prosecutorial misconduct by the government.** See enclosed court documents of record. (Exhibit D)

- **FOIA Request Email:** Email reply from Northern Neck Regional Jail, verifying the ARRIVAL and duration of time that Denney was held in custody without a Preliminary Hearing, Indictment, or the return of Rule 5 documents. It demonstrates his long transportation trek across the country, violating his Speedy Trial Act and Bail Reform Act rights. (Exhibit E)

- **More Injustice at Sentencing:** As noted on the court's Judgment and Criminal Case form (J&C) that goes to the BOP for delivery of the sentence, "time served" held in detention without bond at ALL jails was not granted on the J&C, therefore

2

the BOP Computation Center does not grant time served. Time served began 12/13/21 and ended at sentencing. (Exhibit E)

- **Criminal Documents (Cases of Record):**

    1. 2:21-mj-02264-CW (Western District of Texas, Del Rio Division)
    2. 1:21-mj-00686-RMM-ZMF
    3. 1:22-cr-00070-RDM
    4. DC Habeas Corpus filed 7.29.24 (civil case ending)

## IV. ARGUMENT

This is an easy argument to make. Nothing short of a complete release from current Bureau of Prisons custody, to include any probationary period is essential to begin the necessary remedies to me and my family for the government's egregious behavior in my case. For months, not days, I traveled around the country illegally, landing at Northern Neck Regional Jail, illegally, and continued to be held illegally for months. The government had no indictment and knew it, and only when it was brought to their attention did they do a "Hail Mary" to save themselves. For that egregious and malicious error, I and my family have suffered irreparable harm. There is nothing anyone can say to change that fact. However, what the court could have done at sentencing was to at least acknowledge their error and grant "time served" on the J & C to assist with the actual amount of time to be served in federal prison.

But no, it went further, not only was it federal prison, but the most violent in the country, 1200 miles from family, where family can't visit due to continual lockdowns due to murders and stabbings, many months long lockdowns, no programs, can't come out of cells, also known as "hard prison time" for a (1) charge and NO prior criminal history on a (1) count indictment that was "shoved through" late and in violation of the Speedy Trial and Bail Reform Acts. This is the result of sloppy and careless judicial work. Totally inhumane treatment and uncalled for by anyone. Additionally, it has been discovered that, the same BOP inmate number assigned now in federal prison, was the SAME inmate prison number assigned in each location I traversed. It appears that the whole thing was a set up for federal prison before I even had a trial! Typically you do not get assigned a

BOP number unless you are in BOP custody.  Supposedly, I wasn't in the BOP until I landed at the federal prison via the court's J&C, or was I?  Either way, the whole case should be thrown out with a complete release from custody, as it was tainted from the beginning arrest.

## V. CONCLUSION

Every rule of criminal procedure for any arrest in accordance with the United States Constitution was violated, and even worse, Magistrate and Article III appointed judges acknowledged it was wrong on the record and I was still sent to the most violent prison in the nation for one charge and no criminal history.  The judge had to admonish the prosecution for their inept and malicious behavior openly in this case too.  I am a 100% disabled veteran of Iraq, Honorably Discharged, a Military Policeman, member of both the American Legion and the VFW (Veteran of Foreign Wars), Christian, and father of two wonderful children, whose lives I've missed while illegally incarcerated.  Many times I've wished I was back in Iraq in a combat zone, it was far safer than this prison.  I've been robbed of my vital VA treatment for severe PTSD, and now it is essential that I resume my treatment.  In light of the above reasons and exhibits, I respectfully request this court to immediately release me and my seized property to my Texas home.  I am seeking many remedies for the egregious behavior of the federal government, commencing on 12/13/2021, perpetrated against me and my family.

Date:  30 July, 2024

Lucas Denney
#78422-509
FCI Florence
P.O. Box 6000
Florence, CO 81226

I Lucas Denney do hereby authorize Karen D. Saffron to generate, create, sign, contact, and to speak on my behalf during my legal transactions.

Lucas Denney
2-8-2024

Commonwealth of Virginia
County of Newport News, VA

Morgan Kirk Holland
REGISTRATION NUMBER
7952807
COMMISSION EXPIRES
May 31, 2025

The foregoing instrument was acknowledged before me on 02/14/2024 by KAREN DENISE SAFFRON.

Morgan Kirk Holland
7952807

My commission expires: 05/31/2025

Notarized remotely online using communication technology via Proof.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Request for the Immediate Release from Custody** was served by first-class mail, postage prepaid, on the **30th** day of **July, 2024**, upon:

Lucas Denney
#78422-509
FCI Florence
Federal Correctional Institution
P.O. Box 6000
Florence, CO 81226

Date: Wednesday February 14, 2024

To: Whom It May Concern

From: Karen D. Saffron

I just wanted to let you know that Lucas Denney sent the enclosed hand-written paper authorization to me on 2/13/24. This should be filed with any of his files.

Please let me know when any of his cases are filed or updated, so that I can follow his docket and keep him informed in a timely manner.

Best regards,

*Karen D. Saffron*

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

Commonwealth of Virginia
County of Newport News, VA

The foregoing instrument was acknowledged before me on 02/14/2024 by KAREN DENISE SAFFRON.

*Morgan Kirk Holland*
7952807

My commission expires: 05/31/2025

Notarized remotely online using communication technology via Proof.

Morgan Kirk Holland
REGISTRATION NUMBER
7952807
COMMISSION EXPIRES
May 31, 2025