# EXHIBIT A

(Pages 1-2)

Original

AO 442 (Rev. 11/11) Arrest Warrant



FILED
DEC 14 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ MA _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Lucas Denney

Defendant

Case No. 2:21-M-02264,001

RECEIVED
Mail Room

JUL 3 1 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Lucas Denney

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon
18 U.S.C. 231(a)(3) – Civil Disorder
18 U.S.C. § 1512(c)(2) – Obstruction of an Official Proceeding
18 U.S.C. § 1512(k) – Conspiracy to Obstruct an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and 1752(b)(1)(A) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. §§ 1752(a)(2) and 1752(b)(1)(A) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. §§ 1752(a)(4) and 1752(b)(1)(A) – Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence in the Capitol Building.

Date: 12/07/2021

_____ /s/ R. Meriweather _____ 2021.12.07 17:49:36 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/13/2021, and the person was arrested on *(date)* 12/13/2021
at *(city and state)* Kinney County, TX.

Date: 12/13/2021

_____ /s/ _____
*Arresting officer's signature*

SA Trevor Tucker
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

FILED
DEC 1 4 2021
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Donald Hazard , (06/17/1978) | ) Case No. 21-2244M |
| Lucas Denney, (05/24/1977) | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

wrong date

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 7, 2021 _____ in the county of _____ in the
_____ in the District of ___ Columbia ___, the defendant(s) violated:

RECEIVED
Mail Room
JUL 3 1 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**Code Section** | **Offense Description**

Hazard Charges
18 U.S.C. §§ 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers, Inflicting Bodily Injury
18 U.S.C. 231(a)(3) – Civil Disorder
18 U.S.C. § 1512(c)(2) – Obstruction of an Official Proceeding
18 U.S.C. § 1512(k) – Conspiracy to Obstruct an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and 1752(b)(1)(B) Entering and Remaining in a Restricted Building or Grounds, Resulting in Significant Bodily Injury
18 U.S.C. §§ 1752(a)(2) and 1752(b)(1)(B) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds, Resulting in Significant Bodily Injury
18 U.S.C. §§ 1752(a)(4) and 1752(b)(1)(B) – Engaging in Physical Violence in a Restricted Building or Grounds, Resulting in Significant Bodily Injury
40 U.S.C. § 5104(e)(2)(C) – Entering and Remaining in Certain Rooms in the Capitol Building
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in the Capitol Building
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence in the Capitol Building
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in the Capitol Building

Denney Charges
18 U.S.C. §§ 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon   20 y.r
18 U.S.C. 231(a)(3) – Civil Disorder   5 y/r
18 U.S.C. § 1512(c)(2) – Obstruction of an Official Proceeding   20
18 U.S.C. § 1512(k) – Conspiracy to Obstruct an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and 1752(b)(1)(A) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon   10 y.r
18 U.S.C. §§ 1752(a)(2) and 1752(b)(1)(A) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon   10 y/r
18 U.S.C. §§ 1752(a)(4) and 1752(b)(1)(A) – Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon   10 /r
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence in the Capitol Building   6 m   5000   NTR

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

James P Farris, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____ 12/07/2021 _____

2021.12.07 17:55:01 -05'00'

_____
Judge's signature

City and state: _____ Washington, D.C. _____

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title