# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 22 Cr. 70 (RDM) |
| : | |
| LUCAS DENNEY, : | |
| : | |
| Defendant. : | |

## MOTION TO EXTEND DEADLINE TO FILE RESPONSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to extend the deadline to respond to defendant Lucas Denney's Motion for Immediate Release from Custody (the "Motion," Dkt. 85), which was docketed on August 12, 2024. On that same date, the Court ordered that the government file its response by September 2, 2024. The assigned AUSA will be out of the country form August 30, 2024 until September 10, 2024. The government therefore respectfully requests that the deadline to file its response be extended until September 16, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Benet J. Kearney*
BENET J. KEARNEY
Assistant United States Attorney
NY Bar No. 4774048
1 Saint Andrew's Plaza
New York, New York 10007
Benet.Kearney@usdoj.gov
(212) 637 2260

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion for Extension of Deadline was served on the defendant via U.S. Mail.

                                                    /s/ Benet J. Kearney
                                                    BENET J. KEARNEY
                                                    Assistant United States Attorney

Date:   August 22, 2024