# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 22 Cr. 70 (RDM) |
| | : | |
| **LUCAS DENNEY,** | : | |
| | : | |
| **Defendant.** | : | |

## SECOND MOTION TO EXTEND DEADLINE TO FILE RESPONSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to extend the deadline to respond to defendant Lucas Denney's Motion for Immediate Release from Custody (the "Motion," Dkt. 85), which was docketed on August 12, 2024. The Court initially ordered that the government file its response by September 2, 2024. At the government's request the Court extended that deadline until September 16, 2024. The government therefore respectfully requests an additional week to respond, until September 23, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ Benet J. Kearney
BENET J. KEARNEY
Assistant United States Attorney
NY Bar No. 4774048
26 Federal Plaza
New York, New York 10278
Benet.Kearney@usdoj.gov
(212) 637 2260

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion for Extension of Deadline was served on the defendant via U.S. Mail.

                                                 */s/ Benet J. Kearney*
                                                 BENET J. KEARNEY
                                                 Assistant United States Attorney

Date:   September 13, 2024

2