LET IT BE FILED *
*Randy D. Moss*, USDJ
10/3/24

**To:**
US District Court for DC
Clerk of Court/Judge Moss
320 First St., NW
Washington, D.C. 20534

22-cr-00070-RDM-1

**Date:**
September 13th, 2024

Dear Judge Moss,

*Subject to the Court's forthcoming order,
RDM

Today I respectfully request that you review **Lucas Denney, #78422-509** for release to the Halfway House or Home Confinement immediately. He is **within 12 months of his release date** already, which is beyond the BOP regulation. Currently, he is incarcerated at FCI Florence, Colorado.

At the present time, the designated Halfway House is in Lubbock, Texas (West Texas), and his RRM is in Dallas, however, this is nearly 5 hours from his probation release/home address in Mullins, Texas. The designated probation office and officer have already surveyed the home and area for acceptability (Feb. 2024).

Additionally, today we found out that his father is terminal, and this is the location where he will serve his probation. He was the primary caregiver for his father prior to his incarceration, and now must return to care for his end of life treatment.

We respectfully request that his Halfway House/Home Confinement assignment be changed to either of the below listed areas in East Texas as soon as possible:

1) **Fort Worth, Texas**
2) **Dallas, Texas**
3) **Hutchins, Texas (near Seagoville, where he was supposed to be incarcerated per the J & C at sentencing per the judge)**
3) **Tyler, Texas**

All are closer to his home confinement address and where he will serve his probationary sentence. I am his Legal Assistant, and due to the many unscheduled lockdowns, our communication is so far delayed that any correspondence in an emergency is nearly impossible.

We respectfully ask that you consider this one last humanitarian act for another human being and his family in time of need and compassion, as they transition through the end of life process with his father.

I can be contacted at the following (Eastern Standard Time):

*Karen D. Saffron*
Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

RECEIVED
Mail Room
SEP 16 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

I Lucas Denney do hereby authorize Karen D. Saffron to generate, create, sign, contact, and to speak on my behalf during my legal transactions.

Lucas Denney
2-8-2024

Date: Wednesday February 14, 2024

To: Whom It May Concern

From: Karen D. Saffron

I just wanted to let you know that Lucas Denney sent the enclosed hand-written paper authorization to me on 2/13/24. This should be filed with any of his files.

Please let me know when any of his cases are filed or updated, so that I can follow his docket and keep him informed in a timely manner.

Best regards,

*Karen D. Saffron*

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va.  22042
571-425-1840
karen.d.saffron@gmail.com

