United States District Court
For the District of Columbia

RECEIVED Mail Room
SEP 30 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

LET IT BE FILED
Randolph D. Moss
USDJ
10/15/24

**Lucas Denney,**
**Defendant**

v.

**UNITED STATES OF AMERICA**

Case No. 22-cr-070 (RDM)

## RESPONSE TO GOVERNMENT'S OPPOSITION TO MOTIONS FOR RELEASE AND TO VACATE, SET ASIDE, OR CORRECT SENTENCE

I, Lucas Denney, #78422-509 respectfully submit this writing in response to the governments' response to my filing. While ineffective counsel was simply "one" of the many reasons cited and demonstrated in the motions filed, it resulted in prison sentence and placement to a place not warranted by a person without a criminal history, let alone a veteran who is 100% disabled. I've served that sentence honorably and to the best of my ability because that is what the honorable court adjudged me. I believed in that justice system, but it did not treat ALL defendants equally or fairly. Instead, it cared so little for a defendant, lost them, and then made excuses for that error, rather than owning up to it and dealing with the consequences per our justice system. I respectfully request that I be moved to my halfway house, per the BOP guidelines at the soonest. I am less than twelve (12) months from my release date, and was eligible at 16 -17 months.

Additionally, these willful errors were clearly pointed out by a magistrate judge of your own circuit and court, and yet ignored. That fact cannot be denied. An apology does not come close to mending the irreparable harm and injustice done to me, my family, and children and likely other Americans too. Nothing will ever be acceptable. I'm not looking for an apology. There was no fairness or honor in that act, and no excuse will ever remove it. It is irrelevant as to how many "attempts or phone calls were made," and the fact remains that the information was not acted upon. That error was accepted without repercussions or consequences, and yet, every case should have been put on hold once this egregious error was discovered, but it didn't happen, was accepted, and I served prison time over it. **The motion must go forward and be granted, as**

1

**my adjudicated prison sentence on the J & C from this court is not challenged, however, I am eligible and overdue for my halfway house placement which is paramount at this time.**

Furthermore, I have complied with all of my adjudged sentencing from this court in one of the harshest prisons in this nation, a Supermax facility, reserved for the hardest of criminals, resulting from the Sentencing and Computation Center not complying with the judge's order for placement. Also, during my various detention locations, severe human rights and constitutional rights abuses existed and is one of the reasons for this filing. I was eligible for Halfway House placement long ago, and now because of the continual granted extensions of this motion, I'm within 12 months of my Halfway House/Home Confinement period, which normally is the last 16 -17 months of a sentence. This placement is approved per the BOP's own regulations, which is part of the DOJ.

Most importantly, the halfway house placement serves to ready the released inmate for the future probation period, find resources in the community, seek mental health treatment, and in my case, become deinstitutionalized to open society. I've lived in a closed off society since my incarceration, without contact except with other inmates. No, visitation did not exist here, and my family was unable to travel 1500 miles on a "chance." I've not seen my family since court. I've watched other J6 defendants come through this court, get longer sentences for the same charge, and placed in "Low" facilities and already in Halfway Houses near their homes. How is that equal justice and treatment? It's not, and it's time to move me to my Halfway House placement to complete my sentence near my home. I'm dealing with my consequences honorably, can you say the same? You have the power and opportunity to order my placement immediately. Don't fall down on the job this time too. The government does not address or show cause for these facts in their response.

### I. Background Facts

While serving a lengthy pre-trial detention in various states across the nation, apparently without anyone's knowledge since my initial arrest out of jurisdiction, when finally the charging district begins making "phone calls for a hearing" Finally? I'd been traveling around for over 83 days, one would think the prosecution could do more than "make phone calls." Sadly, they

didn't go above and beyond to correct their error and so it went. Lawyers showed up, many saying the same things, evidence ignored, the government word taken as gospel. **This court knew of those human/constitutional rights abuses at the hand of the government.** I'm pointing out the abusive nature and lack of concern for a defendant's rights here. My trial and sentence is nearly over, the damage done, no one has to recover from that mistreatment but me and my family.

Similarly, I'm calling this out so that no other defendant in this nation has to suffer such abhorrent treatment by the Constitutional Republic court system. This is the first open challenge to what has been exerted upon the political prisoners from January 6th while detained. The fact is that this is how the government still treats its own citizens when they do not agree with them or they are challenged. While procedurally, there may be missteps, factually, ethically, and morally, it is everyone's duty to uphold the U. S. Constitution, the governing authority for this filing, the founding document of our Constitutional Republic whether you agree or not. It does not give authority to commit human rights abuses and alter facts to show another picture. The Constitution is the law of the land and includes everyone.

In short, the government did not show cause for their inaction, but provided "excuses" as to why they didn't. They could have said openly, "We screwed up, and will drop everything to make this right," and apologize on behalf of the DOJ, but they didn't - they chose the "softer easier way rather than the harder road" resulting in the willful ignorance of this case from the beginning. The government was more intent on going for the "big fish" and a news story headline with a conviction and likely promotion in the circuit, than to worry needlessly about another defendant's rights. Making feverish calls to "schedule" a hearing when it's already screwed up to cover tracks is poor planning and wrong. **Therefore, if these words sting, it is because they are true and a defendant was injured as a result.**

## II. Response to the Government Argument

This motion should not be dismissed and halfway house granted for the following reasons:

3

1) **Detention of any means must be humane, lawful, and appropriate without discrimination per the U.S. Constitution - Fundamental Rights.** It seems that the government grossly misses the point of the motion filing by citing the D.C. criminal case as their sole criteria, thereby holding their original narrative and conviction rate at the expense of all rules, procedure, and fairness to every defendant that comes before the court. However, this is their singular focus, and they have responded as such. It should have been the prosecutions' ONLY priority when they realized late that a defendant was arrested and waiting for 83 days. Unexplainable error, and "tried to schedule by calling" does not cut it when a defendant is sitting in solitary somewhere. You wouldn't appreciate being treated that way, would you? I wouldn't expect you to be treated that way as an American. It is unconstitutional. This was a clear error, and no apology will ever make up for the wrong committed. God have mercy on any of the prosecutors if they are ever treated the way I was treated by the justice system. **The government response does not address the constitutionally guaranteed fundamental rights that prevent such heavy handed and lackadaisical abuses.**

2) **The government's argument that my detention and motion is meritless is false.** What it clearly demonstrates is that length that the government will go to in order to imprison those who oppose them lawfully. Those who exercise constitutionally protected speech to oppose something, through outward demonstration are targeted, instigated, and eventually arrested for that speech. So much so, they will circumvent well established judicial rules and order, make excuses for judicial errors, and proceed despite them, and get others to bend to them. My imprisonment per the adjudged J & C of the honorable court was never challenged, however, the gross mismanagement, illegality, and treatment of my case from the original criminal complaint until my arrival here in FCI Florence prison (Medium Security of an FCC Supermax prison, the "Alcatraz of the USA" is challenged. **A gross error was made, when no prior criminal history existed.**

    **It is my free speech right and duty to call out and bring light to the behavior of an out of control tyrannical government.** My prison assignment is a prime example of the crime not fitting the punishment. NO ONE in this whole scheme lived this sentence but me, my family, and children. For my entire sentence thus far, the prison stays locked down 23/1, no programs occur, standing counts 6 x's a day, sometimes no food or commissary for no reason, retaliatory

4

and punitive punishment for others is the norm, and **all for a late (1) count indictment by the DC District Court.**

**A prosecutor's error caused this. NO amount of "phone calling to schedule" will make up for the damage done.** Furthermore, it was just an excuse. You should understand what real prison life is like here, since you are sentencing other Americans without criminal histories to such places: while serving time with murderers, rapists, gang bangers, drug dealers, Gitmo detainees and El Chapo **with real deadly weapons such as: machetes, .357 Magnums, .44's, .38 Specials, 9mm's, Glock 17/19's with Switch to auto, sawed-off shotguns, on and on - those are deadly weapons!** They committed murders..Heck, there are inside murders here about every 2-3 weeks, constant gang fights, stabbings in the yard, and just think, I'm with them and NO criminal history - they couldn't believe it! The gang bangers made me prove to them on the yard (the one time they let us go out) my court J & C to prove what you did to me. The prison population in Colorado knows what you did was wrong and that is coming from hardened criminals with long violent criminal histories and sentences. **The government response does not address or show cause for the gross mismanagement and abhorrent treatment of defendants without prior criminal histories.**

3) Simply put, because no exceptional circumstances were listed in the criminal case, does not mean that they did not exist. I could only submit what I recalled and had proof of, hence the example is the submitted exhibits about finally arriving at **Northern Neck Regional Jail with a BOP inmate number before any trial took place,** its horrible conditions, no medical treatment for PTSD, being in solitary, being lost there, and much more. **The government argument does not address or show cause for the mishandling of an arrested and detained defendant, per their own criminal complaint and warrant.**

4) Errors that violated constitutional rights of defendants detailed in this motion are presented here for the honorable court to see, read, and judge. These "errors" also known as violations constitute a severe problem in the justice system. My sentence is nearly completed, I can't go back, however, I can make known what happened in my case so that it never happens again to anyone who finds themselves in the courtroom. **These mistakes were not simple one offs, overlooks, shortcomings, bad day, slip up, boo-boo, but, they were screw ups, failures,**

**egregious incompetence and ineptness at the expense of a defendant. A defendant with NO prior criminal history that served a prison sentence in a harsh, violent prison as a result. The government response does not address, explain, or show cause for just providing excuses for complete ineptness pertinent to my case.**

5) The motion is not being used to preempt or avoid criminal proceedings, conversely, **it is exposing the deep corruption, challenging the legality, treatment of defendants, treatment of specific classes of defendants, and their constitutional rights when imprisoned in the United States by the federal government.** This court and its venue has applied the highest level of review to this case, and the law of the U.S. The Constitution will be upheld. **The government response does not address or show cause for the discriminatory practices perpetrated upon federal defendants and their constitutional rights.**

## III. Conclusion

All available remedies are exhausted for me and my sentence is less than twelve (12) months from release back into society without any mental health treatment, programming, or way to move forward unless I can get to my halfway house. I tried to focus on fundamental defendant rights as cited by the exhibits presented to the court in the original filing. The singular focus of the government on a criminal proceeding shows their ignorance of the real issue at hand. The human rights abuses and mistreatment are abhorrent and should not be tolerated by any American court. Likewise, the exhibits do demonstrate exceptional measures taken by the federal government to simply hold a criminal proceeding together. It shows the length, depth, and willingness by the federal government to wield power and control over American citizens. **Finally, this motion and relief, to get me to my halfway house assignment per BOP guidelines should be granted without delay.**