United States District Court
For the District of Columbia

**Lucas Denney,**
**Defendant**

LET IT BE FILED
*[signature]* USDJ 10/24/24

Case No. 22-cr-070 (RDM)

v.

**UNITED STATES OF AMERICA**

## MOTION FOR COMPLETE TERMINATION OF ALL FILINGS

I, Lucas Denney, #78422-509 respectfully submit this writing to the honorable court requesting that all cases I have filed be dropped, closed, terminated, or dismissed immediately. I originally requested an immediate response, however, it never came in time, and now, I must turn my focus to my family situation. Please drop, end, or terminate the following cases filed and any response to them:

- 1:22-cr-00070-RDM All Defendants USA v. DENNEY **Date of last filing:** 09/24/2024
- 1:24-cv-02445-RDM DENNEY v. USA **Date filed:** 08/02/2024
- 1:24-mc-00095-RDM **Date terminated:** 08/13/2024
- 1:24-cv-02284-RDM DENNEY v. GOETZ **Date of last filing:** 08/07/2024

Thank you in advance for this consideration.
Lucas Denney, #78422-509
Date: October 10th, 2024



RECEIVED Mail Room OCT 16 2024 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

1