To: Judge Moss

From: Lucas Denney, #78422-509

Date: November 24, 2024

Dear Judge Moss,

Please terminate William Shipley, Jr from all of my court dockets. I do not want his services, nor need them.

Thank you,

Lucas Denney
#78422-509
FCI Florence
P.O. Box 6000
Florence, CO 81226

22-cr-70

LET IT BE FILED
Randolph Moss
USDJ
12/11/24

